1   UNITED STATES DISTRICT COURT
    SOUTHERN DISTRICT OF NEW YORK
2   ------------------------------------x

3   UNITED STATES of AMERICA,

4           -against-                        16 Cr. 832(KMK)

5   NICHOLAS TARTAGLIONE,

6                   Defendant.

7   ------------------------------------x

8
                                    United States Courthouse
9                                   White Plains, New York

10                                  April 26, 2017

11
    B e f o r e:
12
                        THE HONORABLE KENNETH M. KARAS,
13                              District Court Judge

14  A P P E A R A N C E S:

15  JOON KIM
    Acting United States Attorney for
16  the Southern District of New York
    MAURENE COMEY
17  MICHAEL GERBER
            Assistant United States Attorneys
18

19
    BRUCE BARKET
20  MARK DE MARCO
    ANTHONY RICO
21  AIDA LEISENRING
            Attorneys for Nicholas Tartaglione
22

23

24

25

1        THE CLERK:  The Honorable Kenneth M. Karas presiding.

2   United States of versus Nicholas Tartaglione, 16CR832.

3        Counsel, state your appearances.

4        MR. GERBER:  Good morning, your Honor.  Maurene Comey

5   and Michael Gerber for the government.

6        THE COURT:  Good afternoon to you both.

7        MR. BARKET:  Good afternoon.  Bruce Barket, Aida

8   Leisenring, Anthony Rico and Mark De Marco for Mr. Tartaglione.

9        THE COURT:  Good afternoon to you all.

10        MR. DE MARCO:  Good afternoon, your Honor.

11        MS. LEISENRING:  Good afternoon.

12        MR. RICO:  Good afternoon.

13        THE COURT:  Please be seated.

14        So what's the update?

15        MS. COMEY:  Your Honor, the latest from the lab is

16   that most of the testing has been completed and is undergoing

17   review so that a final report can be issued.  The only testing

18   that is still ongoing is ballistics testing which has been

19   initiated but needs more time to complete.  I am hopeful within

20   a month we will have those reports, but I cannot put a deadline

21   on it because I'm at the will of Quantico at this point.

22        THE COURT:  Okay.  I know you're pressing as best you

23   can.  They, of course, tell you they've got a lot of work.

24        MS. COMEY:  Yes, your Honor.

25        THE COURT:  So once that's done, what's going to be

1    left on discovery?

2         MS. COMEY:  Nothing to our knowledge, your Honor.

3    Although, obviously, if we find anything else that is

4    discoverable, we will turn it over promptly.

5         THE COURT:  All right.

6         MR. BARKET:  I think there is a -- there was talk of

7    a further work by medical examiner on, by the government at

8    least, on at least one of the victims.  I don't know if that's

9    going to happen.

10         THE COURT:  Let's inquire.  Yes.

11         MR. BARKET:  And one other.  There was a gentleman

12    involved in the case in some capacity, Mr. Benderoth I believe

13    is his name, and I understand his car was to be searched or his

14    vehicle was to be searched for some forensics.  There's at

15    least a warrant we saw.  So I guess there would be some test

16    results from that as well coming back.

17         THE COURT:  Okay.

18         MR. GERBER:  May we have one moment, your Honor?

19         THE COURT:  Yes, of course.

20         (Counsel confer)

21         MS. COMEY:  Your Honor, with respect to both of those

22    issues, at this point there's nothing to produce.  To the

23    extent that something does come out of the car that is

24    discoverable, we will certainly turn it over.  With respect to

25    the autopsies, there is one victim who the government may seek

1  to have further examined.  If the government elects to do that,

2  we will absolutely turn anything that comes from that over to

3  the defense, but at this point there's nothing else to turn

4  over.

5          THE COURT:  Okay.

6          MR. RICO:  Judge, on the issue of Mr. Benderoth, what

7  I was conferencing with the government about is that the issues

8  related to Mr. Benderoth are a little more complex than just

9  that issue, and I didn't want them to feel cabined into

10 responding in that way.  But we had planned to give the

11 government a specific demand with specific items to respond to,

12 and I'm sure they'll respond to them.

13         THE COURT:  Okay.

14         MS. COMEY:  Yes, your Honor, we will.

15         THE COURT:  Obviously, I'm going to assume that you

16 all are going to try to work out informally any unresolved

17 issues, and if you need a referee, you'll let me know.

18         MR. RICO:  That's correct, your Honor.  Yes.

19         THE COURT:  All right.  So given that representation

20 then, what do you want to do in terms of scheduling going

21 forward?

22         MR. BARKET:  I suppose five weeks, I don't know how

23 long the trial is going to take.

24         THE COURT:  I know, Gerber's promised two weeks.

25         MR. BARKET:  Oh, great, so we'll come back in three.

1          THE COURT:  Two weeks.

2          MR. BARKET:  So maybe in about a month or so, five

3   weeks, towards the end of May or --

4          MS. COMEY:  That should be fine, your Honor.

5          MR. BARKET:  The end of May or beginning of June.

6          THE COURT:  See what we can do.

7          How about June 7 at three o'clock?

8          MR. BARKET:  I'm sorry, your Honor.

9          THE COURT:  June 7 at 3.  We're on trial.

10          MR. BARKET:  What day of the week is that?

11          THE COURT:  It's a Wednesday, June 7 is a Wednesday.

12          MR. BARKET:  It works for me.  I think that's fine.

13   Trying to think of kindergarten graduation.

14          THE COURT:  We might run into the after party.

15          MR. BARKET:  Yes.

16          THE COURT:  Hey, look, if it turns out not to work,

17   just give us a call.

18          MR. BARKET:  I think the 7th is fine.

19          THE COURT:  All right.  Does that work for you all?

20          MS. COMEY:  Yes, your Honor.

21          THE COURT:  Because you'll be done and rested after

22   your two-week trial.

23          MR. GERBER:  After the two-week trial, yes.

24          THE COURT:  We'll get together June 7th.

25          Mr. Barket, you'll confirm if that works for you.

1    MR. BARKET:  I'll leave it at June 7.  If there's a

2  problem, I'll call.

3    THE COURT:  June 7 at three o'clock.  Any objection

4  to excluding time until then?

5    MR. BARKET:  No.

6    THE COURT:  Okay.  Then I'll prospectively exclude

7  time from today until June 7, finding it's in the interest

8  justice to do so.  That finding the based on the fact that,

9  while the government has produced a substantial amount of

10  discovery, there are still some lab reports that await.  The

11  government has indicated it is pushing as hard as it can, and I

12  accept that representation.  And it sounds like there may be a

13  few other issues to be worked out among counsel.  So I

14  therefore find that the interest of justice from this exclusion

15  outweigh Mr. Tartaglione's and the public's interest in a

16  speedy trial.  The finding is made pursuant to 18 U.S.C.,

17  Section 3161(h)(7)(A).

18    Are there any other issues we need to work out?

19    MR. BARKET:  No.  Obviously, we don't want to take up

20  the Court's time in talking to Nick up here.

21    Does he get brought back downstairs?  Downstairs?

22    That's it.

23    THE COURT:  So you can talk to him downstairs.

24    MR. BARKET:  That's fine.

25    THE COURT:  Anything else then?

1          MR. BARKET:  No.

2          THE COURT:  Anything else?

3          MR. RICO:  No, your Honor.

4          MS. COMEY:  Not from the government, your Honor.

5          THE COURT:  Enjoy the rest of day.  Good to see you

6   all.

7          (Proceedings concluded)

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25