```
 1   UNITED STATES DISTRICT COURT
     SOUTHERN DISTRICT OF NEW YORK
 2
     ------------------------------------x
 3   UNITED STATES OF AMERICA,

 4                          Plaintiff,

 5                          Case No. 16-cr-832
          -vs-
 6
     NICHOLAS TARTAGLIONE,
 7
                          Defendant.
 8
     ------------------------------------x
 9
                               United States Courthouse
10                             White Plains, New York
                               February 7, 2018
11                             12:00 p.m.

12
     Before:
13             HONORABLE KENNETH M. KARAS

14                               District Judge

15

16   APPEARANCES

17   GEOFFREY S. BERMAN
          Acting United States Attorney for the
18        Southern District of New York
     MAURENE COMEY
19   Assistant United States Attorneys
     Attorneys for the Plaintiff
20
     BARKET, EPSTEIN & KEARON, LLP
21   BRUCE A. BARKET
     AIDA LEISENRING
22   Attorneys for the Defendant, Nicholas Tartaglione

23   LAW OFFICE OF MARK S. DeMARCO
     MARK S. DeMARCO
24   Attorney for the Defendant, Nicholas Tartaglione

25
```

```
 1   A P P E A R A N C E S:  (CONT.)

 2   LAW OFFICE OF ANTHONY L. RICCO
     ANTHONY L. RICCO
 3   Attorneys for the Defendant, Nicholas Tartaglione

 4
     ALSO PRESENT:
 5
     NICHOLAS TARTAGLIONE
 6

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1        THE CLERK:  All rise.  The Honorable Kenneth M. Karas
 2   presiding.  United States of America versus Nicholas
 3   Tartaglione, 16-cr-832.
 4        Will counsel please state your appearances?
 5        MS. COMEY:  Good afternoon, Your Honor.  Maurene Comey for
 6   the government.
 7        THE COURT:  Good afternoon, Ms. Comey.
 8        MR. BARKET:  Good afternoon, Judge.  Bruce Barket, Aida
 9   Leisenring, Mark DeMarco and Anthony Ricco for Mr. Tartaglione.
10        THE COURT:  Good afternoon to you all.  Please be seated.
11        MR. RICCO:  Good afternoon, Your Honor.
12        THE COURT:  Sorry about the delayed production.
13        MR. RICCO:  It's okay.
14        THE COURT:  I'm not sure what happened, but sorry about
15   that.  All right.
16        Status of things, Ms. Comey?
17        MS. COMEY:  Your Honor, last week we made a discovery
18   production, which included the last of the lab reports.  It
19   included as well some other financial documents and part of the
20   local police department's file, which we had not received until
21   recently.
22        Otherwise, there is one item that just came to my attention
23   that may need to be produced.  We had previously obtained more
24   than a year ago a search warrant for phones that were seized
25   from Mr. Tartaglione on the day of his arrest.  We were
```

1  technologically unable to execute those warrants because we did

2  not have the technology to get into them.  I have been informed

3  by Quantico that they can now access those phones, so I

4  anticipate seeking a new warrant, and as soon as that's been

5  executed, we will of course turn over the reports that are

6  generated from those phones as soon as we get them.

7      Otherwise, to my knowledge, there is no other discovery to

8  produce.

9      THE COURT:  Okay.  Do you have any sense of how long that

10  process will take?

11      MS. COMEY:  I expect we will be getting the warrant next

12  week, and then within 14 days of getting the warrant, they will

13  begin to execute it.  I don't know how long the technology takes

14  in order to complete the execution and the report, Your Honor,

15  but it shouldn't be more than a month from today, I would think.

16      THE COURT:  Okay.  And where are we with the bureaucrats?

17      MS. COMEY:  Still no word, Your Honor.

18      THE COURT:  Okay.  Is there any word on when you are going

19  to get word?

20      MS. COMEY:  No, Your Honor.  I am sorry.

21      THE COURT:  Okay.  When was the last time you talked to

22  them?

23      MS. COMEY:  I have not had an update since our last

24  conference.

25      THE COURT:  Okay.

1      Mr. Barket?

2      MR. BARKET:  Good afternoon again, Judge.

3      THE COURT:  Good afternoon.

4      MR. BARKET:  The -- I am going to ask for a little bit

5  longer this time.

6      THE COURT:  Okay.

7      MR. BARKET:  One of the things that happens with the long

8  delay between our submission and our mitigation and their

9  decision is that there is a -- it runs the risk that our

10  mitigation -- I don't know if it becomes stale is the right

11  word but --

12      THE COURT:  Maybe a little outdated.

13      MR. BARKET:  Maybe a little outdated; may need some -- may

14  need some supplementing.

15      THE COURT:  Sure.

16      MR. BARKET:  So it may be worth a little extra time to do

17  that and perhaps another conversation with the government about

18  their theories of the case and to make sure that we are at least

19  meeting them where they are as opposed to where they were back

20  in August.

21      THE COURT:  Sure.  Okay.  So what do you have in mind?

22      MR. BARKET:  I think 60 days, a little longer than we

23  usually go.

24      THE COURT:  Okay.

25      MR. BARKET:  But I think that makes sense.  Can I just have

1   one second?

2        THE COURT:  Sure.  Of course.

3        MR. BARKET:  So 60 days makes sense.

4        THE COURT:  Okay.  Are you okay with that, Ms. Comey?

5        MS. COMEY:  That's fine, Your Honor.

6        THE COURT:  Good.  So let's say then April.  Tuesday,

7   April 10th at 3:00?

8        MR. BARKET:  Can we have not a Tuesday?  That's

9   Mr. Tartaglione's visiting day --

10        THE COURT:  Oh.

11        MR. BARKET:  -- at his current location.

12        THE COURT:  Okay.

13        MR. BARKET:  It's always subject to change, but right now

14   it's Tuesday.

15        THE COURT:  How about Monday, April 9th at 11:00?

16        MR. BARKET:  That is -- that's fine.

17        THE COURT:  Is that fine?

18        MR. BARKET:  Can I bring up one small thing I mentioned to

19   the government?

20        THE COURT:  I want to -- Ms. Comey, you okay with that?

21        MS. COMEY:  Yes, Your Honor.  Thank you.

22        THE COURT:  Yes, go ahead.

23        MR. BARKET:  Nick was moved from MDC to MCC.

24        THE COURT:  Okay.

25        MR. BARKET:  And the housing facility where he is now is,

1   you know, relatively speaking, fine, but --

2       THE COURT:  Which I think was part of the problem as to his

3   delayed production today.

4       MR. BARKET:  Oh, they didn't know he had moved?

5       THE COURT:  Yes.  I think that nobody bothered to tell the

6   marshals.

7       MR. BARKET:  Things happen.

8       THE COURT:  Yes.

9       MR. BARKET:  But he has not yet had his personal items

10  catch up to him, and it's been at least a couple of weeks.  Part

11  of that is the discovery.  So we want to be able to make sure

12  that happens.

13      THE COURT:  Okay.  Can you check on it?

14      MR. BARKET:  I will call over to the jail, the facility,

15  whatever it's called.  I am just hoping the government can maybe

16  do the same, and that might expedite the delivery of his books,

17  some photographs, but I guess for the case most important is the

18  discovery.

19      THE COURT:  Well, he should have his stuff.  So you can

20  just make a phone call.

21      MS. COMEY:  Certainly, Your Honor.  I can call Adam

22  Johnson.

23      THE COURT:  You never know with the government.  Maybe it

24  got sent from MDC to MCC by way of Spokane, you know, just

25  because.

1      MR. BARKET:  I mean, and Mr. Johnson has been great.  I

2  spoke to him when the transfer first happened about the housing

3  because the housing there before was -- was not ideal.

4      THE COURT:  Yes.

5      MR. BARKET:  And he has been great, but it just hasn't

6  caught up yet.  So I will call him, and then they can call him.

7      THE COURT:  Okay.  So if there is any -- if there is

8  anything you all need from me, just let me know, but I am going

9  to assume it's going to get fixed.

10     Okay.  Any objection to excluding time from now until

11 April 9th?

12     MR. BARKET:  No.

13     THE COURT:  Okay.  Then I will prospectively exclude time

14 from now until April 9th.  I find it in the interests of justice

15 to do so.  Mr. Barket has explained the benefits to having our

16 next conference be a little further out than normal in terms of,

17 as he says, making sure that his team can sort of figure out

18 where the government is and also make sure that the submission

19 to the justice department doesn't become outdated.

20     In addition, it sounds like there is some new discovery

21 material that Ms. Comey is going to expeditiously try to get

22 produced to the defense team, and so for all of those reasons I

23 find it in the interests of justice that this exclusion

24 outweighs Mr. Tartaglione's and the public's interest in a

25 speedy trial; the finding is made pursuant to 18 U.S.C. Section

PROCEEDINGS

```
1    3161(h)(7)(A).

2         Anything else, Ms. Comey?

3         MS. COMEY:  No.  Thank you, Your Honor.

4         THE COURT:  Mr. Barket, anything else?

5         MR. BARKET:  No.

6         THE COURT:  Marshals, thank you for getting Mr. Tartaglione

7    here.  We are adjourned.

8         (Time noted:  12:19 p.m.)

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```