

# BARKET EPSTEIN
### BARKET EPSTEIN & KEARON, LLP

666 OLD COUNTRY ROAD, SUITE 700  
GARDEN CITY, NEW YORK 11530  
516.745.1500 • [F] 516.745.1245  
WWW.BARKETEPSTEIN.COM

350 FIFTH AVENUE, SUITE 6400  
NEW YORK, NEW YORK 10118  
212.972.1710  
ALL MAIL TO GARDEN CITY ADDRESS

June 12, 2018

Hon. Kenneth M. Karas  
United States District Court  
Southern District of New York  
300 Quarropas Street  
White Plains, NY 10601

Re: *United States v. Nicholas Tartaglione*  
**16 Cr. 832 (KMK)**

Dear Honorable Karas:

I write on behalf of the defense to offer our consent to the process for the Court's further review of the potential Brady material provided by government for in camera review which the Court outlined at our last conference. We ask only that the Court consider whether the defense might also be helpful to the Court's deliberative process.

Thank you for your consideration.

Respectfully submitted,

Bruce A. Barket  
Aida F. Leisenring  
Anthony L. Ricco  
Mark DeMarco

cc via EFC: AUSAs Maurene Comey & Michael Gerber