UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x

UNITED STATES OF AMERICA,

    -against-

Nicholas Tartaglione,

    Defendant.

--------------------------------------------------------x

ORDER

Docket No. 16 CR 00832 (KMK)

KARAS, U.S. DISTRICT JUDGE:

    Mark DeMarco is relieved as counsel for the Defendant, Nicholas Tartaglione effective immediately. The Court will appoint new counsel.

SO ORDERED

_____
KENNETH M. KARAS
UNITED STATES DISTRICT JUDGE

Dated: White Plains, New York
        July 24, 2018