# Federal Defenders
OF NEW YORK, INC.

52 Duane Street - 10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David Patton
*Executive Director and
Attorney-in-Chief*

August 17, 2018

**MEMO ENDORSED**

VIA EMAIL

Honorable Kenneth M. Karas
United States District Court
Southern District of New York
300 Quarropas St.
White Plains, NY 10601

Re:   **United States v. Tartaglione**
      **16 Cr. 832 (KMK)**

Dear Judge Karas:

I write to offer my recommendation to the Court for capital counsel to replace Mark DeMarco who was recently relieved in the above-captioned case.

I recommend the appointment of Bruce Koffsky. Mr. Koffsky is a member of the SDNY Capital Panel. I have spoken with Mr. Koffsky, and he is available for the assignment. Lastly, neither he nor the government is aware of any conflicts of interest.

Please do not hesitate to contact me with any questions or concerns.

Best regards,

/s
David E. Patton
Executive Director
Tel.: (212) 417-8738

Mr. Koffsky is appointed to represent Mr. Tartaglione.

So ordered.
8/21/18