

**MEMO ENDORSED**

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

December 31, 2018

**BY ECF**
The Honorable Kenneth M. Karas
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re: *United States* v. *Nicholas Tartaglione*, S3 16 Cr. 832 (KMK)

Dear Judge Karas:

The Government writes, with the consent of defense counsel, to request an adjournment of the conference scheduled in this case for January 3, 2019. On December 17, 2018, the parties met with members of the Attorney General's Review Committee on Capital Cases. Because the parties are still awaiting a final decision in the capital case process, defense counsel has asked that the Government submit a request for adjournment of the upcoming conference. In particular, the parties respectfully request a new conference date in mid- or late-January, on a day other than a Thursday that is convenient for the Court.

Defense counsel consents to, and the Government hereby requests, the exclusion of time under the Speedy Trial Act through the new conference date set by the court, to allow for the continuation of the capital review process at the Department of Justice. The Government respectfully submits, pursuant to 18 U.S.C. § 3161(h)(7)(A), that the ends of justice served by granting such continuance outweigh the best interests of the public and the defendant in a speedy trial.

Respectfully submitted,

GEOFFREY S. BERMAN
United States Attorney

By: /s/ Maurene Comey
Maurene Comey
Michael Gerber
Lauren Schorr
Assistant United States Attorney
(212) 637-2324 / 2470 / 2299

Cc: Counsel of record (by ECF)

SO ORDERED

KENNETH M. KARAS U.S.D.J.  1/2/19

*The Court will hold a conference on 2/14/19 at 11:30 A.M.*