**LAW OFFICES OF**
**KOFFSKY & FELSEN, LLC**
1150 BEDFORD STREET
STAMFORD, CONNECTICUT 06905
(203) 327-1500
FACSIMILE (203) 327-7660

**MEMO ENDORSED**

March 18, 2019

Via Email

The Honorable Kenneth M. Karas
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re:   United States v. Nicholas Tartaglione
      7:16-cr-832 (KMK)

Dear Judge Karas:

Together with Anthony Ricco, I have been appointed by the Court as "learned-counsel" to represent Mr. Nicholas Tartaglione pursuant to the Criminal Justice Act. Mr. Tartaglione's matter is scheduled tomorrow, March 19, 2019, for a status conference before the Court. Unfortunately, I am currently on trial before the Honorable P. Kevin Castel in the matter entitled United States v. Robert Acevedo-Acosta et. al., 1:18cr80 (PKC) and will be unable to attend the status conference. I have notified the other counsel representing Mr. Tartaglione that I am on trial and they have indicated that they will notify the defendant as to my engagement and immediately notify me of the matters addressed at the status conference.

I respectfully move that I be excused from participating in tomorrow's status conference as I am actually engaged on trial in the Southern District of New York.

Respectfully submitted

/s/ Bruce D. Koffsky
Bruce D. Koffsky

Granted-
So Ordered.
/s/ KMK
3/18/19

BDK/me
cc:   All Counsel of Record