UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X

UNITED STATES OF AMERICA,

    -against-                                         NOTICE OF APPEARANCE

NICHOLAS TARTAGLIONE,               16 Cr. 832 (KMK)

                Defendant.

---------------------------------------------------------X

To the Clerk of this Court and all parties of record:

    Pursuant to the Criminal Justice Act, 18 U.S.C. §§ 3006A and 3005, enter my appearance as counsel in this case for:

    Nicholas Tartaglione.

    I certify that I am admitted to practice in this Court.

Dated:  New York, New York
           July 30, 2019

                                                             */S/ Michael K. Bachrach*

                                            MICHAEL K. BACHRACH, ESQ.
                                            (Fed.#: MKB-4798)
                                            276 Fifth Avenue, Suite 501
                                            New York, N.Y. 10001
                                            Tel. (212) 929-0592
                                            Fax. (866) 328-1630
                                            michael@mbachlaw.com