UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | **NOTICE OF MOTION** |
| | : | |
| -against- | : | 16-CR-832 (KMK) |
| | : | |
| NICHOLAS TARTAGLIONE, | : | |
| | : | |
| Defendant. | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

PLEASE TAKE NOTICE THAT, upon the accompanying declaration and memorandum of law, the defense will move this Court before the Honorable Kenneth Karas, at the United States District Court for the Southern District of New York, 300 Quarropas St., White Plains, New York 10601, for an Order:

1. Suppressing the cell site location data ("CSLI") recovered by the government without a warrant; and

2. For such other relief as the Court deems just and proper.

Dated: Garden City, New York
       August 1, 2019

                                               BARKET EPSTEIN KEARON ALDEA
                                               & LOTURCO, LLP

                                                   /s/Bruce Barket
                                               Bruce A. Barket, Esq.
                                               666 Old Country Road, Ste. 700
                                               Garden City, New York 11530
                                               (516) 745-1500