

August 2, 2019

Hon. Kenneth M. Karas
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

        Re:    *United States v. Nicholas Tartaglione*
                  **16 Cr. 832 (KMK)**

Your Honor:

      We consent to the full sealing of Exhibits A, C, and D attendant to our motion to suppress certain cell site evidence, and we apologize for our error in uploading these materials.

                                          Respectfully submitted,

                                          /s/ Bruce Barket
                                          Bruce A. Barket
                                          Aida F. Leisenring
                                          Alexander R. Klein

CC via ecf: all counsel