

666 OLD COUNTRY ROAD, SUITE 700
GARDEN CITY, NEW YORK 11530
516.745.1500 • [F] 516.745.1245
WWW.BARKETEPSTEIN.COM

350 FIFTH AVENUE, SUITE 6400
NEW YORK, NEW YORK 10118
212.972.1710
ALL MAIL TO GARDEN CITY ADDRESS

August 9, 2019

Hon. Kenneth M. Karas
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

Re:    *United States v. Nicholas Tartaglione*
**16 Cr. 832 (KMK)**

Your Honor:

    Pursuant to the Court's order dated August 2, 2019, we are writing to enclose redacted versions of Exhibits A, C, and D to Mr. Tartaglione's application to suppress cell site location information. The redactions reflected in these submissions have been agreed upon by the defense and government.

Respectfully,

    /s/ Bruce Barket
Bruce A. Barket
Aida F. Leisenring
Alexander R. Klein

cc: all counsel (via ECF)