UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------

In re: Order for Historical Cell Site
Information for the Cellphones Assigned
Call Numbers ██████████ 614-813-
1748, 914-355-1332, 914-999-0711, and
██████████ USAO Reference No.
2016R00670

-------------------------------------------------

**ORDER**

16 Mag. *4103*

### Order for Historical Cell Site Information
### and for Sealing and Non-Disclosure

TO:    Verizon Wireless ("Service Provider")
       Federal Bureau of Investigation & New York State Police ("Investigating Agencies")

Upon the Application submitted by the Government in this matter:

The Court hereby finds:

1.      The Target Cellphones that are the subject of this Order is assigned call numbers

██████████ 614-813-1748, 914-355-1332, 914-999-0711, and ██████████ and are

currently serviced by the Service Provider.

2.      Pursuant to 18 U.S.C. § 2703(d), the Application sets forth specific and

articulable facts showing that there are reasonable grounds to believe that the historical cell site

information and toll records for the Target Cellphones specified below are relevant and material

to an ongoing criminal investigation.

NOW, THEREFORE, pursuant to 18 U.S.C. §§ 2701 *et seq.*, IT IS HEREBY

ORDERED:

3.      The Service Provider shall provide to the Investigating Agency all available

historical cell site location information reflecting the cell towers and sectors thereof utilized in

routing any phone, text, or data communication to or from the Target Cellphones, and the

approximate range of the target phones from the cell towers during the communication

S_NT_001570

SENSITIVE MATERIAL

(PCM/RTT data), for the period from January 1, 2015 through the date of this Order, as well as all available toll records (including call detail, SMS detail, or data session detail records) for the communications.

4.    The Service Provider, including its affiliates, officers, employees, and agents, shall not disclose the existence of this Order, or the underlying investigation, to the subscriber(s) of the Target Cellphones or any other person, for a period of 180 days from the date of this Order, subject to extension upon application to the Court, if necessary.

5.    This Order, and the supporting Application, shall be sealed until otherwise ordered by the Court, except that the Government may without further order of this Court: serve this Order on the Service Provider; provide copies of the Order or the supporting Application as need be to personnel assisting the Government in the investigation and prosecution of this matter; and disclose these materials as necessary to comply with discovery and disclosure obligations in any prosecutions related to this matter.

SO ORDERED:

White Plains, New York
June 24 2016

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF NEW YORK

2

2016-06-24

S_NT_001571

SENSITIVE MATERIAL