# Exhibit G

Video Is Being Provided to the Court on DVD Under Separate Cover