UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------
UNITED STATES OF AMERICA,    :    **AFFIDAVIT**
                             :
       -against-             :    16-CR-832 (KMK)
                             :
NICHOLAS TARTAGLIONE,        :
                             :
       Defendant.            :
-------------------------------

I, Nicholas Tartaglione, the defendant in the instant indictment (Indictment No. CR-), swear and affirm:

1. On the morning of December 19, 2016, I was at my residence at 103 Long Lane, Bloomingburg, New York, when I received a call from my wife, Virag Balint, stating that she had been pulled over in their Jeep by law enforcement down the street from our residence. Immediately after receiving this call, I got into my truck and drove to meet her.

2. As I approached the intersection of Long Lane and Highway 17K, I saw multiple marked and unmarked law enforcement vehicles blocking off the intersection and the Jeep my wife had been driving pulled over on the side of Long Lane.

3. An officer directed me to pull over on the side of the road. I complied and pulled over on the same side of the road where the Jeep was parked, and behind another police vehicle. A couple of police vehicles then pulled up and parked behind and next to my truck so that my truck was surrounded by police vehicles.

4. When I stepped out of my vehicle, I was immediately approached by multiple officers who surrounded me. At about that time I received another call from ▮▮▮▮ (he called shortly before I left the house) who was trying to continue the conversation about the missing Mexican men.

5. The officers placed their hands on me and searched my person and took my cell phones. While this search and seizure was taking place, I was questioned by law enforcement about a road rage incident involving the Jeep my wife was driving.

6. I speculated that perhaps one of the workers (who is Mexican) my wife and I employed to work on our property used the Jeep. The questioning then began to shift to the missing Mexican men who I have been charged with murdering, or being responsible for their murders.

7. I was then directed to get into the back of a police vehicle to travel to a police station. I specifically asked if I could drive my own vehicle and I was told no.

8. The Police continued to question me in the back of the vehicle about the missing persons referenced in the indictment and continued questioning me during the drive to the police barracks, where they took me.

9. Once I arrived at the barracks, I was told by the same investigators that they wanted me to go over everything I had just told them. I was then brought inside the precinct into an interrogation room and read *Miranda* warnings. They then questioned me about the same subject matter they had already questioned me about in the car.

10. At no point during my first encounter with law enforcement officers on Long Lane did I feel free to leave.

_____
Nicholas Tartaglione

Subscribed and sworn to before me
this _____ day of August, 2019

_____
Notary Public