

666 OLD COUNTRY ROAD, SUITE 700
GARDEN CITY, NEW YORK 11530
516.745.1500 • [F] 516.745.1245
WWW.BARKETEPSTEIN.COM

350 FIFTH AVENUE, SUITE 6400
NEW YORK, NEW YORK 10118
212.972.1710
ALL MAIL TO GARDEN CITY ADDRESS

September 11, 2019

Hon. Kenneth M. Karas
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

        Re:    *United States v. Nicholas Tartaglione*
                **16 Cr. 832 (KMK)**

Dear Honorable Karas:

      The defense takes no position with regard to the Government's August 28, 2019 letter requesting to seal its August 23, 2019 letter or the New York Post's and the New York Daily News' request to unseal the Government's August 23, 2019 Letter.

      Thank you for your consideration.

                                      Respectfully submitted,

                                      ___/s/_____
                                      Bruce A. Barket
                                      Aida F. Leisenring

cc EFC:  all counsel