180613tartaglioneC          Conference

1   UNITED STATES DISTRICT COURT
    SOUTHERN DISTRICT OF NEW YORK
2   ------------------------------x

3   UNITED STATES OF AMERICA,

4            v.                          16 Cr. 832 KMK

5   NICHOLAS TARTAGLIONE,

6                 Defendant.

7   ------------------------------x
                                        United States Courthouse
8                                       White Plains, N.Y.
                                        June 13, 2018
9                                       12:00 p.m.

10
    Before:
11
                    THE HONORABLE KENNETH M. KARAS,
12
                                            District Judge
13

14                      APPEARANCES

15
    GEOFFREY S. BERMAN
16       United States Attorney for the
         Southern District of New York
17  MAURENE COMEY and MICHAEL GERBER
         Assistant United States Attorneys
18

19  BARKET EPSTEIN & KEARON
         Attorneys for Defendant Nicholas Tartaglione
20  BRUCE BARKET and AIDA LEISENRING

21

22  ALSO PRESENT: MARK DeMARCO

23

24

25

              SABRINA A. D'EMIDIO – OFFICIAL COURT REPORTER
                          (914)390-4053

180613tartaglioneC        Conference

1            (In open court; case called)

2            MS. COMEY:  Maurene Comey and Michael Gerber for the

3    government.

4            THE COURT:  Good afternoon to you both.

5            MR. BARKET:  Bruce Barket and Aida Leisenring for

6    Mr. Tartaglione.

7            THE COURT:  Good afternoon.  Please be seated,

8    everybody.

9            This morning I had a conference with counsel for the

10   government.  It lasted almost two hours.  And before that

11   conference, I had reviewed all of the notes and other documents

12   that had been provided at the Court's request and with the

13   acquiescence from counsel for Mr. Tartaglione.  Some of the

14   notes were a little difficult to read, so I asked the

15   government to type them up, which the government did, which

16   really did facilitate review of the notes.

17           And as a result of the conference this morning, my

18   understanding is the government is going to be making some

19   disclosures to counsel for Mr. Tartaglione.

20           And I think you're going to be doing that forthwith, I

21   assume.

22           MS. COMEY:  Yes, your Honor.

23           THE COURT:  Those disclosures are going to be, in my

24   view, things that, if nothing else out of prudence, the

25   government should be doing.

180613tartaglioneC        Conference

1          And to the extent that they are not going to be -- I

2    don't know how else to say this -- to the extent there aren't

3    going to be additional disclosures, that's going to be a result

4    of my review of the materials and conclusion that what's not

5    disclosed doesn't have to be disclosed, because either the

6    information couldn't even be regarded as *Brady* in terms of

7    being inconsistent with the government's theories of the case –

8    and I recognize the theories have evolved – or the information

9    is something that's not uniquely within the possession of the

10   government.

11          And I want to note for the record, I did ask the

12   government to give a detailed explanation of how their theories

13   have evolved, and the government obliged.  And in the Court's

14   view, the materials that I've reviewed, there was no *Brady*

15   material from the fact that the government's theory has

16   evolved.  Really, quite the contrary.  So, that's my report

17   back on the review process.

18          Thoughts?  Mr. Barket, do you want to --

19          MR. BARKET:  We look forward to the new disclosure, I

20   guess.

21          THE COURT:  Okay.  And then what do you want to do?

22   Do you want to have another short window before our next

23   conference?

24          MR. BARKET:  I don't think so.  I think it probably

25   makes sense -- how voluminous will the disclosure be?

180613tartaglioneC        Conference

1          THE COURT:  Not voluminous.  It's going to be

2     basically pointing you in the direction of potential sources of

3     information.  It's not going to be by way of document

4     production.

5          MR. BARKET:  Okay.  We'll take a look at it, and

6     then -- well, I don't know what we'll do.  We'll see.

7          THE COURT:  Okay.  What do you want to do in terms of

8     our next conference date?

9          MR. BARKET:  I guess after the Fourth of July would

10    make some sense.

11         THE COURT:  Okay.

12         MR. BARKET:  That's what we've been doing, around 30

13    days or so.

14         THE COURT:  Yes.

15         MR. BARKET:  And if we end up thinking of a motion or

16    some other, we'll file it.

17         THE COURT:  Of course.  Okay.  So, let's say July --

18    how about the 11th?

19         MR. BARKET:  I can't do the 11th.  Sorry.

20         THE COURT:  That's all right.  How about the 12th?

21         MR. BARKET:  Thursdays are his current visiting days.

22         THE COURT:  Okay.

23         MR. BARKET:  Although, the last two times we've done

24    that, just a coincidence, I'm sure, he got moved within the

25    facility, so the visiting day has been changed, but right now,

180613tartaglioneC        Conference

1    it's Thursday.

2              THE COURT:  Okay.  How about the 13th at 12:30?

3              MR. BARKET:  I have July 13 at 12:00 already in my

4    calendar.

5              THE COURT:  For this case?

6              MR. BARKET:  Yes.

7              MS. LEISENRING:  Me, too.

8              MR. DeMARCO:  Then it's perfect.

9              MR. BARKET:  I think I'm free, then.

10             THE COURT:  That's an old date, I think, because we

11   have something else on at 12:00.

12             Can we do 12:30?  If you can do 12:00, I assume you

13   can do 12:30.

14             MR. BARKET:  Yes.  Sure.

15             THE COURT:  Government, does that work for you?

16             MS. COMEY:  Yes, your Honor.  Thank you.

17             THE COURT:  Any objection to excluding time from now

18   until July 13?

19             MR. BARKET:  No.

20             THE COURT:  Then I'll prospectively exclude time from

21   today until July 13, finding it's in the interest of justice to

22   do so.  That finding is based upon the fact that there

23   continues to be a lot of work done towards I guess the

24   mitigation submission, discovery review.  So, I therefore find

25   that the interest of justice in this exclusion outweigh

180613tartaglioneC          Conference

1   Mr. Tartaglione's and the public's interest in a speedy trial.

2   The finding is made pursuant to 18 U.S.C. 3161(h)(7)(A).

3           Anything else?

4           MS. COMEY:  No, your Honor.  Thank you.

5           THE COURT:  Anything else?

6           MR. BARKET:  No.  Thank you.

7           THE COURT:  Okay.  Then we're adjourned.

8           Thank you, Marshals.

9           - - -

10  Certified to be a true and correct

11  transcript of the stenographic record

12  to the best of my ability.

13  _____

14  U.S. District Court
    Official Court Reporter

15

16

17

18

19

20

21

22

23

24

25