UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

v.

NICHOLAS TARTAGLIONE,

                Defendant.

Case No. 16-CR-832 (KMK)

ORDER

KENNETH M. KARAS, United States District Judge:

For the reasons stated on the record at the Status Conference on September 17, 2019, the Court concludes that the letters of August 23 and 28, 2019, currently filed under temporary seal, should be unsealed. The Government has advised that it will not seek an appeal. Accordingly, the Court directs the Clerk of Court to unseal Dkt. Nos. 150 and 153.

SO ORDERED.

DATED:   September 18, 2019
               White Plains, New York

_____
KENNETH M. KARAS
UNITED STATES DISTRICT JUDGE