DATE:                    December 19, 2016

PARTICIPANTS:        NICHOLAS TARTAGLIONE
                     Investigator BRIAN HAMMER
                     Investigator JAMES BROWNE

ABBREVIATIONS:   (UI) = Unintelligible

| | |
|---|---|
| INV. BROWNE: | It's ah, December 19th, 2016.      Uh, present, Investigator Brian Hammer and Investigator James Browne, New York State Police, attempting an interview with a Nicholas Tartaglione. We're on, uh, Long Lane in the Town of Crawford, Pine Bush area. |
| TARTAGLIONE: | Yeah, (UI) I'm pretty sure.  I mean, 'cause I have Mexicans that take the cars too. |
| INV. HAMMER: | Okay. |
| TARTAGLIONE: | When they go places. |
| INV. HAMMER: | Okay. |
| TARTAGLIONE: | But I, I, I don't know if they took it or not.  But I'm telling you, I've had, I mean, no one, like I didn't, nothing, I didn't run anybody off the road, nothing. |
| INV. HAMMER: | Is that something that you got to get, or is it- |
| TARTAGLIONE: | I don't know, it might be (UI) Hello?  Yeah?  Hey, what's up?  All right, all right let me call you right back.  Sorry about that. |

| | | |
|---|---|---|
| 36 | INV. HAMMER: | No, it's okay.  (UI) |
| 37 | | |
| 38 | TARTAGLIONE: | Yeah, but I'm telling you, (UI) |
| 39 | | |
| 40 | INV. HAMMER: | (UI) or anything like that? |
| 41 | | |
| 42 | TARTAGLIONE: | No, I (UI) |
| 43 | | |
| 44 | INV. HAMMER: | Uh, yeah, we got to talk to you about a couple things, um, |
| 45 | | do you want to have a seat in the car for a second here and |
| 46 | | we'll (UI) |
| 47 | | |
| 48 | TARTAGLIONE: | Sure.  Absolutely. |
| 49 | | |
| 50 | INV. HAMMER: | (UI) I'll sit in the back here with you (UI) |
| 51 | | |
| 52 | TARTAGLIONE: | Jason just called me about the, those Mexican guys. |
| 53 | | |
| 54 | INV. HAMMER: | (UI) Who's Jason? |
| 55 | | |
| 56 | TARTAGLIONE: | Jason's the guy that works - that's the Mexican's phone, |
| 57 | | actually, that's not- |
| 58 | | |
| 59 | INV. HAMMER: | Whose phone is it?  The Mexican's phone? |
| 60 | | |
| 61 | TARTAGLIONE: | The Mexican guy that uses it. |
| 62 | | |
| 63 | INV. HAMMER: | Who's the Mexican guy?  What's his name? |
| 64 | | |
| 65 | TARTAGLIONE: | One of the guys that work for me, (UI) Marcos, he (UI). |
| 66 | | |
| 67 | INV. HAMMER: | Oh.  Up, up here or is that- |
| 68 | | |
| 69 | TARTAGLIONE: | He works on the farm right here, yeah. |
| 70 | | |
| 71 | INV. HAMMER: | Oh, he does, okay, all right.  All right, no, no weapons or |
| 72 | | anything like that? |

| | | |
|---|---|---|
| 73 | | |
| 74 | TARTAGLIONE: | No, nothing. |
| 75 | | |
| 76 | INV. HAMMER: | Okay. |
| 77 | | |
| 78 | TARTAGLIONE: | Nothing at all. |
| 79 | | |
| 80 | INV. HAMMER: | I'll tell you what, we're gonna have a seat in the back |
| 81 | | over here- |
| 82 | | |
| 83 | TARTAGLIONE: | Okay. |
| 84 | | |
| 85 | INV. HAMMER: | And then, uh- |
| 86 | | |
| 87 | INV. BROWNE: | (UI), just give you a little room.  This is your wife? |
| 88 | | |
| 89 | TARTAGLIONE: | Yes. |
| 90 | | |
| 91 | INV. BROWNE: | What's her first name? |
| 92 | | |
| 93 | TARTAGLIONE: | Vee, well Virag, but Vee. |
| 94 | | |
| 95 | INV. BROWNE: | You can pull that all the way up. |
| 96 | | |
| 97 | INV. HAMMER: | You got room? |
| 98 | | |
| 99 | TARTAGLIONE: | Yeah, I'm good.   [FRONT PASSENGER DOOR |
| 100 | | CLOSES] |
| 101 | | |
| 102 | [OUTSIDE VEHICLE] | |
| 103 | | |
| 104 | INV. BROWNE: | Good? [BACK PASSENGER DOOR CLOSES] |
| 105 | | |
| 106 | UM : | (UI) a little bit? |
| 107 | | |
| 108 | UM: | I'll move it now, but- move the truck now? |
| 109 | | |

| | | |
|---|---|---|
| 110 | INV. BROWNE: | Are we towin' it? |
| 111 | | |
| 112 | UM: | No, I think he said put it in the driveway. |
| 113 | | |
| 114 | INV. BROWNE: | Hey, Bri? |
| 115 | | |
| 116 | INV. HAMMER: | Yup? |
| 117 | | |
| 118 | INV. BROWNE: | Puttin' the truck in the driveway? |
| 119 | | |
| 120 | INV. HAMMER: | (UI) waiting for (UI). |
| 121 | | |
| 122 | INV. BROWNE: | What, what, what are we doing with it though? |
| 123 | | |
| 124 | INV. HAMMER: | (UI), you wanna ask Steve? |
| 125 | | |
| 126 | INV. BROWNE: | Yeah.  Are you on, uh, the line with anybody at the |
| 127 | | command post? |
| 128 | | |
| 129 | UM: | Um, no, I have the number. |
| 130 | | |
| 131 | INV. BROWNE: | Yeah, can you just call, just 'cause I'm recording on, um- |
| 132 | | |
| 133 | UM: | Yeah. |
| 134 | | |
| 135 | INV. BROWNE: | Just ask somebody- we have the pickup truck and do we |
| 136 | | wanna tow it back to- |
| 137 | | |
| 138 | UM: | Okay. |
| 139 | | |
| 140 | INV. BROWNE: | SP Middletown, do we wanna- the driveway is right here. |
| 141 | | We could drop it off right here.  I don't know if we have a |
| 142 | | truck or not, so - but don't do anything until we lea- we're |
| 143 | | gonna leave here in two seconds, so- |
| 144 | | |
| 145 | UM: | All right, I'll call (UI).  She's on her phone (UI)? |
| 146 | | |

| 147 | INV. BROWNE: | Yeah, that's fine. |
| 148 | | |
| 149 | UM: | She's all set. |
| 150 | | |
| 151 | INV. BROWNE: | That's fine.  We have, we have nothing on her, so- |
| 152 | | |
| 153 | UM: | Okay. |
| 154 | | |
| 155 | INV. BROWNE: | -we, we could, uh, maybe just get a pedigree, you know, |
| 156 | | get the plate, and all that stuff and- |
| 157 | | |
| 158 | UM: | Sounds good. |
| 159 | | |
| 160 | INV. BROWNE: | -and we'll kick her loose once we're outta here. |
| 161 | | |
| 162 | UM: | Want me grab that now? |
| 163 | | |
| 164 | INV. BROWNE: | Yeah.  Yeah, just do that.  Joe, just- |
| 165 | | |
| 166 | UM: | These guy are agents? |
| 167 | | |
| 168 | INV. BROWNE: | Yeah, yeah, they're (UI).  And just double check about |
| 169 | | her, about if, uh, it's okay to kick her loose. |
| 170 | | |
| 171 | UM: | Okay. |
| 172 | | |
| 173 | [INSIDE VEHICLE] | |
| 174 | | |
| 175 | TARTAGLIONE: | Like a year ago. |
| 176 | | |
| 177 | INV. HAMMER: | Okay. |
| 178 | | |
| 179 | TARTAGLIONE: | And then they disappeared. |
| 180 | | |
| 181 | INV. HAMMER: | Okay. |
| 182 | | |
| 183 | TARTAGLIONE: | And that was it. |

| 184 | | |
|---|---|---|
| 185 | INV. HAMMER: | I mean, when's the last time you actually saw Martin and, |
| 186 | | and, uh, those guys?  You said a bunch of guys or just a |
| 187 | | couple guys or- |
| 188 | | |
| 189 | TARTAGLIONE: | Well, I know Martin and three other guys are missing. |
| 190 | | |
| 191 | INV. HAMMER: | Okay. |
| 192 | | |
| 193 | TARTAGLIONE: | Not- only Martin and the other guy worked for me. |
| 194 | | |
| 195 | INV. HAMMER: | Okay, all right. |
| 196 | | |
| 197 | TARTAGLIONE: | They worked for me, for like- |
| 198 | | |
| 199 | INV. HAMMER: | What'd they do (UI)? |
| 200 | | |
| 201 | TARTAGLIONE: | Fences, like horse fences and stuff.  (UI) animal rescue |
| 202 | | (UI). |
| 203 | | |
| 204 | INV. HAMMER: | Like here?  At this place or, or- |
| 205 | | |
| 206 | TARTAGLIONE: | No, at the other place. |
| 207 | | |
| 208 | INV. HAMMER: | Oh.  What place is that? |
| 209 | | |
| 210 | TARTAGLIONE: | We had a place we were gonna buy and then it didn't |
| 211 | | work out and we took the fences down since then, um- |
| 212 | | |
| 213 | INV. HAMMER: | Okay. |
| 214 | | |
| 215 | TARTAGLIONE: | On Old Mountain Road. |
| 216 | | |
| 217 | INV. HAMMER: | Okay. |
| 218 | | |
| 219 | TARTAGLIONE: | And, um, and that was, that was it.  And then Martin |
| 220 | | bought a car from me, and the last time I saw him he |

| | | |
|---|---|---|
| 221 | | didn't pay for the car; I made him bring the car back. |
| 222 | | And that was it. |
| 223 | | |
| 224 | INV. HAMMER: | Where was, uh, where do- where's Martin from?  (UI) |
| 225 | | And then, what kind of car was it? |
| 226 | | |
| 227 | TARTAGLIONE: | Middletown. |
| 228 | | |
| 229 | INV. HAMMER: | Middletown? |
| 230 | | |
| 231 | TARTAGLIONE: | It was a piece of shit, old Mercedes. |
| 232 | | |
| 233 | INV. HAMMER: | They didn't make any payments, so you wanted the car |
| 234 | | back? |
| 235 | | |
| 236 | TARTAGLIONE: | Yeah, he was supposed to pay like two or three grand |
| 237 | | (UI). |
| 238 | | |
| 239 | INV. HAMMER: | Did you have contact with him about it, like you, you |
| 240 | | called him or talked to him?  Or- how did you get the key |
| 241 | | to move the car back? |
| 242 | | |
| 243 | TARTAGLIONE: | He brought it back. |
| 244 | | |
| 245 | INV. HAMMER: | He brought it back to you, okay.  And this was all on the |
| 246 | | farm (UI)? |
| 247 | | |
| 248 | TARTAGLIONE: | Yeah. (UI) |
| 249 | | |
| 250 | INV. HAMMER: | You know the names of anybody else who was with him |
| 251 | | or? |
| 252 | | |
| 253 | TARTAGLIONE: | We've had, like, at any given time there was between five |
| 254 | | and ten guys there working. |
| 255 | | |
| 256 | INV. HAMMER: | Okay.  Just doing fence work and stuff like that? |
| 257 | | |

| | | |
|---|---|---|
| 258 | TARTAGLIONE: | Yeah, fence work, uh, we needed a shed built, you know |
| 259 | | what I mean? |
| 260 | | |
| 261 | INV. HAMMER: | All right.  What kind of, what kind of farm? |
| 262 | | |
| 263 | TARTAGLIONE: | It's not really a f-, we call it a farm.  We do animal |
| 264 | | rescue, me and my wife.  We have thirty horses that we |
| 265 | | rescued (UI). |
| 266 | | |
| 267 | INV. HAMMER: | Okay.  Were you a cop somewhere or (UI)? |
| 268 | | |
| 269 | TARTAGLIONE: | Yeah, well, I'm out injured. |
| 270 | | |
| 271 | INV. HAMMER: | Okay.  Where do you work? |
| 272 | | |
| 273 | TARTAGLIONE: | Briarcliff Manor. |
| 274 | | |
| 275 | INV. HAMMER: | Briarcliff Manor?  And Martin, when was the last time |
| 276 | | you think that you saw him? |
| 277 | | |
| 278 | TARTAGLIONE: | I'd say about a month before he went missing. |
| 279 | | |
| 280 | INV. HAMMER: | Okay. |
| 281 | | |
| 282 | TARTAGLIONE: | Give or take. |
| 283 | | |
| 284 | INV. HAMMER: | Give or take a month? |
| 285 | | |
| 286 | TARTAGLIONE: | Yeah. |
| 287 | | |
| 288 | INV. HAMMER: | So, either when he went missing (UI). |
| 289 | | |
| 290 | TARTAGLIONE: | Oh, yeah. |
| 291 | | |
| 292 | INV. HAMMER: | (UI) |
| 293 | | |

| | | |
|---|---|---|
| 294<br>295<br>296<br>297 | TARTAGLIONE: | I even told, I told the Chester detective, um, I went down and I spoke to him and I told, I told him, when I, when they, when they gave me the car back, the tire in the back |
| 298<br>299 | INV. HAMMER: | Yup. |
| 300<br>301 | TARTAGLIONE: | Was cutout.  In other words, there were drugs in it. |
| 302<br>303 | INV. HAMMER: | What kind of car was it? |
| 304<br>305 | TARTAGLIONE: | It was a Mercedes. |
| 306<br>307 | INV. HAMMER: | Okay. |
| 308<br>309 | TARTAGLIONE: | A Mercedes (UI), a piece of junk. |
| 310<br>311 | INV. HAMMER: | SUV, or (UI)? |
| 312<br>313<br>314<br>315 | TARTAGLIONE: | Yeah, like, oh, yeah (UI).  So the tire was literally cut out, okay.  So after that, I was like I don't want him here.  We're done, that's all, goodbye. |
| 316<br>317 | INV. HAMMER: | Yeah, yeah, exactly. |
| 318<br>319 | TARTAGLIONE: | (UI) these guys, (UI) they're okay. |
| 320<br>321 | INV. HAMMER: | Who, who from Chester did you talk to about it? |
| 322<br>323 | TARTAGLIONE: | It was a detective.  I went down to drop off my resume- |
| 324<br>325 | INV. HAMMER: | Okay. |
| 326<br>327 | TARTAGLIONE: | -for like a part-time position. |
| 328<br>329 | INV. HAMMER: | Okay. |

| | |
|---|---|
| TARTAGLIONE: | And when I saw him, I said, listen, I know, you know, I knew these guys.  And then I even tried talking to the- after this- half the, half the Mexicans won't show up at my house, 'cause I tried showing, I tried talking to them. |
| INV. HAMMER: | Yeah. |
| TARTAGLIONE: | And, uh, they (UI), yeah.  But the last thing I heard from the Mexicans, before they stopped showing up, was two of them are in Mexico. |
| INV. HAMMER: | Okay. |
| INV. BROWNE: | Who'd you hear that from? |
| TARTAGLIONE: | One of the Mexicans.  I don't know their names or whatever. |
| INV. HAMMER: | Does any of them still work for you, any of these guys still work- |
| TARTAGLIONE: | Marcos still works for me. |
| INV. HAMMER: | Who's Marcos? |
| TARTAGLIONE: | He's a little Mexican guy that comes, he feeds the horses. |
| INV. HAMMER: | How'd you get in touch with Martin and those guys? |
| TARTAGLIONE: | Through the other Mexicans, through the other, yeah. |
| INV. HAMMER: | Through, (UI) Marcos is this guy? |
| TARTAGLIONE: | I, I actually, no, I remember (UI).  We had a horse, when we first got the farm going- |
| INV. HAMMER: | Yeah. |

| | | |
|---|---|---|
| 367 | | |
| 368 | TARTAGLIONE: | -we had a horse that was sick and dying.  The vet came |
| 369 | | and she had a couple Mexicans with her to help her, like, |
| 370 | | lift the horse and stuff. |
| 371 | | |
| 372 | INV. HAMMER: | Okay, all right. |
| 373 | | |
| 374 | TARTAGLIONE: | So, I said to one of them, you want work on the side? |
| 375 | | |
| 376 | INV. HAMMER: | Okay. |
| 377 | | |
| 378 | TARTAGLIONE: | He was like, yeah.  And then when we needed fences and |
| 379 | | stuff he was like, I can get you more guys, I can get you |
| 380 | | more guys. |
| 381 | | |
| 382 | INV. HAMMER: | Okay. |
| 383 | | |
| 384 | TARTAGLIONE: | (UI) more guys show up. |
| 385 | | |
| 386 | INV. HAMMER: | Were they coming through, like, Martin?  Did he know |
| 387 | | people or (UI)? |
| 388 | | |
| 389 | TARTAGLIONE: | No, Martin was only, like, um, like, intermittent. |
| 390 | | |
| 391 | INV. HAMMER: | Like a middle man, like he gets people (UI)  find people, |
| 392 | | or was he, uh- |
| 393 | | |
| 394 | TARTAGLIONE: | He was just one of the guys that would show and work a |
| 395 | | couple times. |
| 396 | | |
| 397 | INV. HAMMER: | Okay. |
| 398 | | |
| 399 | TARTAGLIONE: | Like, that's it.  There was no, like I didn't have any- |
| 400 | | |
| 401 | INV. HAMMER: | Who's- was there any one guy that would get the other |
| 402 | | guys to come show up, that you know of? |
| 403 | | |

| | |
|---|---|
| 404 | TARTAGLIONE: Marcos, basically. |
| 405 | |
| 406 | INV. HAMMER: Marcos, okay. So, Marcos knows all these guys. Is he |
| 407 | from Middletown, as well, or is he (UI)? |
| 408 | |
| 409 | TARTAGLIONE: Yeah, yeah. |
| 410 | |
| 411 | INV. HAMMER: All right, all right. So, he finds these guys pretty much, |
| 412 | uh, probably illegals, that are coming up- |
| 413 | |
| 414 | TARTAGLIONE: Yeah, yeah. |
| 415 | |
| 416 | INV. HAMMER: -to do labor work and stuff like for cash, that kinda thing? |
| 417 | |
| 418 | TARTAGLIONE: Right, right, exactly. |
| 419 | |
| 420 | INV. HAMMER: Okay, all right. So, you said about a month before they |
| 421 | went missing, uh- |
| 422 | |
| 423 | TARTAGLIONE: Yeah. |
| 424 | |
| 425 | INV. HAMMER: -you discovered that- the SUV, the Mercedes SUV. Is |
| 426 | that the same one you took back from him? |
| 427 | |
| 428 | TARTAGLIONE: Yeah. |
| 429 | |
| 430 | INV. HAMMER: Okay. What, what kinda, what kinda Mercedes was that? |
| 431 | |
| 432 | TARTAGLIONE: It was a black, like, 320, 350, I don't know remember |
| 433 | (UI). It was a black SUV. |
| 434 | |
| 435 | INV. HAMMER: Where's the, the tire, is it in the back? (UI) |
| 436 | |
| 437 | TARTAGLIONE: The tire was in the back. |
| 438 | |
| 439 | INV. BROWNE: (UI) |
| 440 | |

| | |
|---|---|
| TARTAGLIONE: | Yeah, and when I went to look, I'm like, it's fucking cut open.  I'm not stupid, I'm like, you know. |
| INV. HAMMER: | Yeah, (UI) hide money in there or drugs in there or something. |
| TARTAGLIONE: | Right.  And then, too, if, um, if you talk to these guys they said that, that he was involved with the cartel. |
| INV. HAMMER: | Do you believe that? |
| TARTAGLIONE: | Yeah, because- |
| INV. HAMMER: | You do? |
| TARTAGLIONE: | -because- |
| INV. HAMMER: | What makes you think he was, uh- |
| TARTAGLIONE: | He, he said one day, like when I said, he goes, oh, no, not anymore, not anymore.  I don't do that no more.  I, uh, I did, I did and then, you know, that was it. |
| INV. HAMMER: | Okay, all right.  Um, what'd he say about the cartel when he was actually, uh- |
| TARGAGLIONE: | We didn't get into a deep conversation. |
| INV. HAMMER: | No, I mean (UI) |
| TARTAGLIONE: | Like, he used to be involved with them. |
| INV. HAMMER: | He have any problems with them at all, like they may have an axe to grind with him or something like that or- |
| TARTAGLIONE: | The other guys told me that the cartel came here, at one point, looking for them. |

13

| | | |
|---|---|---|
| 478 | | |
| 479 | INV. HAMMER: | Okay. |
| 480 | | |
| 481 | TARTAGLIONE: | Or looking for, or they got him or something, Martin, but |
| 482 | | that was, they said years ago. |
| 483 | | |
| 484 | INV. HAMMER: | Okay.  So, what happened with that one?  Did they |
| 485 | | threaten him?  Did they hurt him or anything like that or- |
| 486 | | |
| 487 | TARTAGLIONE: | (UI) |
| 488 | | |
| 489 | INV. HAMMER: | Which, is it Marcos, that told you that they're down, two |
| 490 | | of them were down in Mexico right nor or was it (UI)? |
| 491 | | |
| 492 | TARTAGLIONE: | No, it was one of the other guys.  This was a while ago. |
| 493 | | This was, like, a couple months ago.  This was when I |
| 494 | | went and handed off my resume. |
| 495 | | |
| 496 | INV. HAMMER: | Okay. |
| 497 | | |
| 498 | TARTAGLIONE: | And they were like oh, no, two are down in Mexico now, |
| 499 | | and (UI) you know. |
| 500 | | |
| 501 | INV. HAMMER: | You got guys up here now helping you out?  Is - - . |
| 502 | | |
| 503 | TARTAGLIONE: | Just Marcos is the only one. |
| 504 | | |
| 505 | INV. HAMMER: | Just Marcos, okay.  You got guys working there today |
| 506 | | though? |
| 507 | | |
| 508 | TARTAGLIONE: | No, well, not Mexicans. |
| 509 | | |
| 510 | INV. HAMMER: | Oh, Americans, okay. |
| 511 | | |
| 512 | TARTAGLIONE: | Putting up, um, the walking, a running (UI). |
| 513 | | |

| | |
|---|---|
| INV. HAMMER: | Oh, okay, gotcha, all right.  All right.  So, are you working at all or are you- |
| TARTAGLIONE: | I'm out injured.  No, no. |
| INV. HAMMER: | So, you're looking for, like, part-time stuff or- |
| TARTAGLIONE: | Yeah, yeah, exactly. |
| INV. BROWNE: | What's your injury?  What happened?  What's your injury? |
| TARTAGLIONE: | I got- I was making an eleven-ninety-two, I got creamed by a 98 year old man in a pickup truck. |
| INV. BROWNE: | Oh, are you shitting me? |
| TARTAGLIONE: | This much of my spine is titanium.  So, uh- |
| INV. BROWNE: | Wow. |
| TARTAGLIONE: | My job, it's weird 'cause, I was actually out on three-quarters- |
| INV. BROWNE: | Yeah. |
| TARTAGLIONE: | -and the state reversed it. |
| INV. BROWNE: | Really? |
| TARTAGLIONE: | I'm the second guy in the history of New York to have his three-quarters fucking reversed. |
| INV. BROWNE: | Well, how did that happen? |
| TARTAGLIONE: | Because I didn't, when I went out injured, I didn't wanna be one of these guys that gets caught, and I, I wasn't hurt, |

| | | |
|---|---|---|
| 551 | | that's the thing.  The doctor who took me out said, you |
| 552 | | know, uh, you're, you're not fit for duty.  And he saw me |
| 553 | | for 10 minutes, no x-rays, nothing. |
| 554 | | |
| 555 | INV. BROWNE: | Yeah. |
| 556 | | |
| 557 | TARTAGLIONE: | So, when I, when, when they put me in for three-quarters |
| 558 | | and I got the packet, it says in your own words list your |
| 559 | | limitations.  I wrote, none, right on the page, none. |
| 560 | | Boom.  That's it.  So, now, um, whatever, like months, a |
| 561 | | year later or something I get a thing from the state saying |
| 562 | | report and they're like, you know, you're putting on - and |
| 563 | | I'm like, yeah, I'm fit for duty.  So, they reversed it on |
| 564 | | me. |
| 565 | | |
| 566 | INV. BROWNE: | Wow. |
| 567 | | |
| 568 | TARTAGLIONE: | But now my job isn't taking me back because they filled |
| 569 | | my position.  So, I'm getting paid to stay home. |
| 570 | | |
| 571 | INV. BROWNE: | To stay home. |
| 572 | | |
| 573 | TARTAGLIONE: | But my time isn't going towards my twenty right now. |
| 574 | | |
| 575 | INV. BROWNE: | Right. |
| 576 | | |
| 577 | TARTAGLIONE: | So, it's a big fuck up. |
| 578 | | |
| 579 | INV. BROWNE: | So, who's paying, is it, uh, the pension system or- |
| 580 | | |
| 581 | TARTAGLIONE: | The state's paying me, but they even said, they're like, |
| 582 | | we're not gonna pay you forever, like- |
| 583 | | |
| 584 | INV. BROWNE: | Yeah, yeah. |
| 585 | | |
| 586 | TARTAGLIONE: | So, I gotta get on somewhere and- |
| 587 | | |

| | | |
|---|---|---|
| 588 | INV. BROWNE: | You gotta get your twenty in. |
| 589 | | |
| 590 | TARTAGLIONE: | Yeah, exactly. |
| 591 | | |
| 592 | INV. BROWNE: | How many years of service do you have? |
| 593 | | |
| 594 | TARTAGLIONE: | I got sixteen. |
| 595 | | |
| 596 | INV. BROWNE: | Oh, you're pretty close. |
| 597 | | |
| 598 | TARTAGLIONE: | I started in Mount Vernon which is a shit hole. |
| 599 | | |
| 600 | INV. BROWNE: | Yeah. |
| 601 | | |
| 602 | TARTAGLIONE: | Then I transferred to Briarcliff, which tell you the truth, I |
| 603 | | should've stayed in the shit hole. |
| 604 | | |
| 605 | INV. BROWNE: | Really? |
| 606 | | |
| 607 | TARTAGLIONE: | Yeah. |
| 608 | | |
| 609 | INV. BROWNE: | Why is that? Briarcliff's nice- |
| 610 | | |
| 611 | TARTAGLIONE: | These little towns, these little towns are the biggest- |
| 612 | | |
| 613 | INV. BROWNE: | Politics? |
| 614 | | |
| 615 | TARTAGLIONE: | I finished first on the sergeant's test twice.  I got passed |
| 616 | | over.  It's just a, it's a nightmare. |
| 617 | | |
| 618 | INV. BROWNE: | Politics. |
| 619 | | |
| 620 | INV. BROWNE: | Yeah. |
| 621 | | |
| 622 | INV. HAMMER: | Politics are what it is.  Chief's nephew gets promoted |
| 623 | | (UI). |
| 624 | | |

| | |
|---|---|
| 625 TARTAGLIONE: | And my chief, well, here's another thing too, the chief |
| 626 | who put my papers, he jus- he just got fired for sending |
| 627 | dick picks to the girls in payroll upstairs. |
| 628 | |
| 629 INV. BROWNE: | Really?  Wow, I didn't see that.   Did that make the news |
| 630 | or the press at all or- |
| 631 | |
| 632 TARTAGLIONE: | They put in the news that he's, that he resigned. |
| 633 | |
| 634 INV. HAMMER: | Wow. |
| 635 | |
| 636 TARTAGLIONE: | You know. |
| 637 | |
| 638 INV. BROWNE: | They didn't say why though? |
| 639 | |
| 640 INV. HAMMER: | They didn't want a scandal going round, that's funny. |
| 641 | |
| 642 TARTAGLIONE: | With this, I mean, I just don't want my name getting |
| 643 | attached to these fucking guys.  Like, I'm some kind of |
| 644 | drug dealer (UI). |
| 645 | |
| 646 INV. BROWNE: | Yeah, no.  We're, we're gonna, we're gonna talk about |
| 647 | that.  We'll, we'll square it all away. |
| 648 | |
| 649 INV. HAMMER: | So you hired them as laborers, then- |
| 650 | |
| 651 TARTAGLIONE: | Yeah, yeah. |
| 652 | |
| 653 INV. HAMMER: | -to do work around the farm. |
| 654 | |
| 655 TARTAGLIONE: | And that was- |
| 656 | |
| 657 INV. HAMMER: | You remember from when to when you hired 'em to do |
| 658 | work for you, how long of a period of time? |
| 659 | |
| 660 TARTAGLIONE: | I don't remember.  I mean, like I still have Mexicans |
| 661 | come here- |

662
663    INV. HAMMER:        Yeah.
664
665    TARTAGLIONE:        -when I need, another fence put up or when I need
666                        something picked up, you know what I mean?
667
668    INV. HAMMER:        Uh, do you know when they went missing?  You said it
669                        was month before is the last time you saw 'em, do you
670                        remember when it was-
671
672    TARTAGLIONE:        They went missing in April.
673
674    INV. HAMMER:        April, okay.  So, it was- you would have last seen them in
675                        what, March, some time?
676
677    TARTAGLIONE:        Yeah.  It was, it was a good, maybe March, maybe
678                        February.  It was a while because I had nothing to do with
679                        them and then, there they are on the news.
680
681    INV. HAMMER:        Okay.
682
683    TARTAGLIONE:        And then, and, of course, too, all the Mexicans are like,
684                        oh-
685
686    INV. HAMMER:        Yeah.
687
688    TARTAGLIONE:        -Martin's gone, oh, he, he's in Colombia, oh, he's here,
689                        he's there.
690
691    INV. HAMMER:        Yeah.
692
693    TARTAGLIONE:        He took money from this guy and he went to there, so-
694
695    INV. HAMMER:        Has he ever been threatened by anybody?  Has anyone
696                        else come looking for him?
697

| | |
|---|---|
| TARTAGLIONE: | I've never had, I've never seen anybody, you know, threaten, whatever.  Jason, this guy, um, he doesn't seem, he's,  he was a haunt, he drove me nuts to invest in this thing with the, after school thing or something, but then even him I lost contact with.  I was like I don't have the money (UI). |
| INV. HAMMER: | What's his last name, Jason, do you remember? |
| TARTAGLIONE: | I don't know. |
| INV. HAMMER: | How'd you meet him? |
| TARTAGLIONE: | He showed up one day at the place, um, with, I think it was Martin, with Mexicans. |
| INV. HAMMER: | Okay. |
| TARTAGLIONE: | He showed up there one day 'cause he was using them. Like, I don't know if he had to pick some up or something there and then we started bullshitting and he was like, yo, I'm doing this thing, this and that, and I was selling- I still haven't sold it, I thought I'd be able to sell it fast- I have another house in Mahopac that I'm renting now to cover the mortgage, but if I sold that I would have cleared like a hundred grand. |
| INV. HAMMER: | Okay. |
| TARTAGLIONE: | So, I was like I can invest in that.  But, that's it. |
| INV. HAMMER: | All right, so, Jason wanted you to invest in, what kind of, I think you said after school? |
| TARTAGLIONE: | An after school, I think for, like, troubled kids or something. |

735  INV. HAMMER:        Oh.

736

737  TARTAGLIONE:        I don't know-

738

739  INV. HAMMER:        Was that around here?

740

741  TARTAGLIONE:        -I yessed him for a while- no, in Florida.

742

743  INV. HAMMER:        In Florida?

744

745  TARTAGLIONE:        I yessed him for a while 'cause I don't really know the
746                      guy.  And then once Martin and stuff- I don't know if he's
747                      fucking doing drugs with these guys.

748

749  INV. HAMMER:        Right, yeah.

750

751  TARTAGLIONE:        So I just kinda, and then he call- he called me this
752                      morning.  Like I said, I got nothing to hide.  He called me
753                      this morning.

754

755  INV. HAMMER:        Yeah?

756

757  TARTAGLIONE:        He's like, police were just here, asking me about, uh, I, I
758                      didn't even- he's going, asking me about Martin.  I'm like
759                      who the fuck is Martin?  He's like Martin, Martin.  And
760                      I'm like, I don't know who the fuck Martin is.  I'm like, I
761                      didn't even know who he was at first.  I'm like, but you
762                      know how you don't want to say I don't know who you
763                      are?

764

765  INV. HAMMER:        Yeah, yeah.

766

767  INV. BROWNE:        Yeah.

768

769  TARTAGLIONE:        Cause the number showed up as local, as a Monroe
770                      number or whatever.  So, I'm like, okay, like, who the
771                      fuck is, and then I was like, oh, Martin.

| | | |
|---|---|---|
| 772 | | |
| 773 | INV. HAMMER: | Oh, okay. |
| 774 | | |
| 775 | TARTAGLIONE: | He's like yeah, Martin.  He's like, they just came.  Did |
| 776 | | you hear anything?  I'm like, dude no, I heard nothing. |
| 777 | | That's it, I got nothing. |
| 778 | | |
| 779 | INV. HAMMER: | You talked to, who did you talk to at Chester?  You said |
| 780 | | you talked to a detective about these guys, maybe, uh- |
| 781 | | |
| 782 | TARTAGLIONE: | Not at any length.  I went- |
| 783 | | |
| 784 | INV. HAMMER: | -involved in drugs or something that, or- |
| 785 | | |
| 786 | TARTAGLIONE: | When I went there to drop off a resume, he was there and |
| 787 | | I don't know if they had something on the wall or |
| 788 | | something, I was like, I know those guys. |
| 789 | | |
| 790 | INV. HAMMER: | Okay. |
| 791 | | |
| 792 | TARTAGLIONE: | I'm like, I, these guys worked for me.  I said if I, if I hear |
| 793 | | anything, I'll let you know. |
| 794 | | |
| 795 | INV. HAMMER: | What'd the guy look like you talked to?  Was he, uh, plain |
| 796 | | clothes or uniform? |
| 797 | | |
| 798 | TARTAGLIONE: | Yeah, plain clothes. |
| 799 | | |
| 800 | INV. HAMMER: | Plain clothes. |
| 801 | | |
| 802 | TARTAGLIONE: | Um, maybe 30's. |
| 803 | | |
| 804 | INV. HAMMER: | White guy, or - - . |
| 805 | | |
| 806 | TARTAGLIONE: | White guy. |
| 807 | | |
| 808 | INV. HAMMER: | Okay. |

| | | |
|---|---|---|
| 809 | | |
| 810 | TARTAGLIONE: | Um - |
| 811 | | |
| 812 | INV. BROWNE: | Were they hiring there? |
| 813 | | |
| 814 | TARTAGLIONE: | Uh, they were supposed to be hiring, I don't know if it's |
| 815 | | full-time or part-time. |
| 816 | | |
| 817 | INV. BROWNE: | Got any other applications in? |
| 818 | | |
| 819 | TARTAGLIONE: | I got an application in there.  I got one in Crawford, um, I |
| 820 | | got one in a few places, like I went around the area, but a |
| 821 | | lot of them aren't hiring.  But that's why this scares the |
| 822 | | shit- 'cause if God forbid my name comes up now that |
| 823 | | I'm involved with these fuckers, no one's gonna hire me. |
| 824 | | |
| 825 | INV. BROWNE: | Yeah, no, we get it. |
| 826 | | |
| 827 | INV. HAMMER: | But, uh, there's nothing else you've heard about where |
| 828 | | they may be or what's going on or what happened?  (UI) |
| 829 | | |
| 830 | TARTAGLIONE: | Like I said, the last the last thing I heard was two of them, |
| 831 | | now, I don't know which two, I would imagine it would |
| 832 | | be the other two, not, not Martin and, at least two of them |
| 833 | | have the same name, Martin and another one have the |
| 834 | | same name. |
| 835 | | |
| 836 | INV. BROWNE: | Same last name? |
| 837 | | |
| 838 | TARTAGLIONE: | Same last name. |
| 839 | | |
| 840 | INV. BROWNE: | Okay. |
| 841 | | |
| 842 | TARTAGLIONE: | So, I think because, the last time Mexicans were there, I |
| 843 | | just started asking, I'm like, any word on them and |
| 844 | | they're like, oh, two are in Mexico, uhhh, like laughing. |

| | | |
|---|---|---|
| 845 | | And I'm like, oh.  And then I called the detective, I'm |
| 846 | | like, this is what I heard (UI). |
| 847 | | |
| 848 | INV. HAMMER: | This is coming from the guy that works with (UI)? |
| 849 | | |
| 850 | TARTAGLIONE: | No, no, no, no.  Marcos. |
| 851 | | |
| 852 | INV. HAMMER: | Marcos does not, uh, he doesn't have any contact with |
| 853 | | them or (UI). |
| 854 | | |
| 855 | TARTAGLIONE: | No.  Marcos, as a matter of fact, um, I feel bad for Marcos |
| 856 | | because I think, um they harass him (UI). |
| 857 | | |
| 858 | INV. BROWNE: | The Mexicans? |
| 859 | | |
| 860 | TARTAGLIONE: | Yeah, the Mexicans. |
| 861 | | |
| 862 | INV. BROWNE: | What do you mean? |
| 863 | | |
| 864 | TARTAGLIONE: | I think they, I don't know if they think he's a rat for the |
| 865 | | cops or something now because, you know what I mean, |
| 866 | | 'cause now, he used to be able to get guys to come and |
| 867 | | help him and now nobody shows up to work. |
| 868 | | |
| 869 | INV. BROWNE: | Really?  So, he's out of business? |
| 870 | | |
| 871 | TARTAGLIONE: | Yeah, but I think they know he's working for a cop.  You |
| 872 | | know how they are.  They're like (UI). |
| 873 | | |
| 874 | INV. HAMMER: | (UI) especially if they're involved in drugs and stuff. |
| 875 | | |
| 876 | TARTAGLIONE: | He's a good guy.  He's, He's not a bad guy.  He's, um- |
| 877 | | |
| 878 | INV. HAMMER: | Is he a handy man?  (UI) |
| 879 | | |
| 880 | TARTAGLIONE: | Yeah, yeah.  Your guys must have picked him up today. |
| 881 | | |

| | | |
|---|---|---|
| 882 | INV. HAMMER: | What's he doing for you there now? |
| 883 | | |
| 884 | TARTAGLIONE: | He feeds the hors- like he does the rounds, he feeds and |
| 885 | | (UI). |
| 886 | | |
| 887 | INV. BROWNE: | You got horses there? |
| 888 | | |
| 889 | TARTAGLIONE: | I got 32. |
| 890 | | |
| 891 | INV. BROWNE: | 32 horses? |
| 892 | | |
| 893 | TARTAGLIONE: | Saved from slaughter. |
| 894 | | |
| 895 | INV. BROWNE: | What do you do with them? |
| 896 | | |
| 897 | TARTAGLIONE: | We try to find them homes.  We don't (UI). |
| 898 | | |
| 899 | INV. BROWNE: | Wow. |
| 900 | | |
| 901 | TARTAGLIONE: | We got like 25 dogs (UI).  I got a heated barn. |
| 902 | | |
| 903 | INV. HAMMER: | Do you guys get funding for any of that? |
| 904 | | |
| 905 | TARTAGLIONE: | We get donations and stuff.  My mother is head of a |
| 906 | | 501(c) organization. |
| 907 | | |
| 908 | INV. BROWNE: | Okay. |
| 909 | | |
| 910 | TARTAGLIONE: | So she, uh, you know, she, (UI) donations (UI). |
| 911 | | |
| 912 | INV. HAMMER: | (UI). |
| 913 | | |
| 914 | TARTAGLIONE: | (UI) doesn't cover much, but still.  I still spend more than |
| 915 | | (UI). |
| 916 | | |
| 917 | INV. HAMMER: | What got you into this?  (UI).  Your wife (UI) too or- |
| 918 | | |

| | | |
|---|---|---|
| 919 | TARTAGLIONE: | That's how I met her. |
| 920 | | |
| 921 | INV. HAMMER: | (UI) horses and (UI)? |
| 922 | | |
| 923 | TARTAGLIONE: | The thing is, I only did dogs before, (UI) now I met her. |
| 924 | | Now, I grew up in Yonkers.  Now I'm in bum fuck |
| 925 | | Orange County. |
| 926 | | |
| 927 | INV. BROWNE: | Big difference, huh? |
| 928 | | |
| 929 | TARTAGLIONE: | Yeah. |
| 930 | | |
| 931 | INV. HAMMER: | Do you own this place?  Is this your home? |
| 932 | | |
| 933 | TARTAGLIONE: | I just bought it.  We just closed on it, two and a half |
| 934 | | months (UI). |
| 935 | | |
| 936 | INV. HAMMER: | I want to try to pick your brain about, you know, when |
| 937 | | you last saw them, anything they were driving, anything |
| 938 | | you know about these guys (UI) involved in (UI). |
| 939 | | |
| 940 | TARTAGLIONE: | That's all I could- I don't know anything else. |
| 941 | | |
| 942 | INV. HAMMER: | You have anything else on that, uh, Mercedes, what |
| 943 | | happened to that or, when the tire cut out, or when he |
| 944 | | bought it from you roughly (UI). |
| 945 | | |
| 946 | TARTAGLIONE: | No.   I sold it to another guy, I don't even remember what |
| 947 | | his name is.  (UI). |
| 948 | | |
| 949 | INV. HAMMER: | Did you ever ask them about why the tire was cut out? |
| 950 | | Confront him about it? |
| 951 | | |
| 952 | TARTAGLIONE: | Yeah, I yelled at him for it.  I'm like, because the thing is |
| 953 | | I, it wasn't in his name yet. |
| 954 | | |
| 955 | INV. HAMMER: | Okay. |

956

957 TARTAGLIONE:       So, I'm like what the fuck is this?

958

959 INV. HAMMER:       (UI) was broken actually cut the (UI).

960

961 TARTAGLIONE:       No, he was running, he was, he was putting some serious
962                    shit in there.

963

964 INV. HAMMER:       Did he ever admit to you that he was involved (UI).

965

966 TARTAGLIONE:       No.  He was like, no, no, I don't do that no more.  I used
967                    to do it.  I used to do it.  I'm like really?  What the fuck is
968                    this.  I wasn't too happy.  And, and the other guys, they're
969                    like, he still does it.

970

971 INV. HAMMER:       Yeah.  They speak English okay, these guys, or, uh-

972

973 TARTAGLIONE:       (UI).  Martin, Martin, Martin did, yeah.

974

975 INV. HAMMER:       What other jobs did he do for you?

976

977 TARTAGLIONE:       (UI).  He was just one of the guys there (UI), fences and
978                    stuff.

979

980 INV. HAMMER:       That was it?  (UI).

981

982 TARTAGLIONE:       Horse fences.

983

984 INV. HAMMER:       Yeah.

985

986 TARTAGLIONE:       He was gonna, like, he was gonna do bigger work- but,
987                    then after that, you know, I just got wise (UI).

988

989 INV. HAMMER:       When you got the car back, was that in February as well?
990                    March?

991

20/01/25 ... - Tartaglione

| | |
|---|---|
| 992<br>993<br>994<br>995<br>996 | TARTAGLIONE:   Yeah, (UI), yeah.  It was, I'm saying, at least a month before he disappeared because I, I didn't have any con- like, I didn't even know he was missing until like a week or two after he was missing (UI) was on the news. |
| 997<br>998 | INV. HAMMER:   Did you get a hold of him by phone? |
| 999<br>1000 | TARTAGLIONE:   I spoke to him on the phone a few times. |
| 1001<br>1002<br>1003<br>1004 | INV. HAMMER:   You had his phone number.  Uh, the last time you, you saw him or spoke to him, was it by phone or was it in person? |
| 1005<br>1006 | TARTAGLIONE:   By phone, definitely by phone. |
| 1007<br>1008<br>1009 | INV. BROWNE:   And that would have been back in February, March, somewhere around there? |
| 1010<br>1011 | TARTAGLIONE:   Probably, yeah. |
| 1012<br>1013<br>1014<br>1015 | INV. HAMMER:   Um, and the truck, when you got that back from him, was he, was he upset about it?  Did he argue with you about taking it back or- |
| 1016<br>1017 | TARTAGLIONE:   No, no. |
| 1018<br>1019 | INV. HAMMER:   He just let it go? |
| 1020<br>1021 | TARTAGLIONE:   Yeah, whatever (UI). |
| 1022<br>1023<br>1024 | INV. HAMMER:   So, he needed a ride out of there, do you know who drove him away from there? |
| 1025<br>1026 | TARTAGLIONE:   Somebody, somebody picked him up.  Another guy (UI). |

| 1027 | INV. HAMMER: | That would be the next question, what was that person |
| 1028 | | driving, you don't remember?  Pickup, (UI) something |
| 1029 | | bigger? |
| 1030 | | |
| 1031 | TARTAGLIONE: | I – Tell you the truth, I don't even, I don't even think I |
| 1032 | | was there when he dropped the car off (UI). |
| 1033 | | |
| 1034 | INV. HAMMER: | (UI) you came back and it was there? |
| 1035 | | |
| 1036 | TARTAGLIONE: | Yeah. |
| 1037 | | |
| 1038 | INV. HAMMER: | This is why I'm trying to pick your brain because any |
| 1039 | | little detail like that could help (UI). |
| 1040 | | |
| 1041 | TARTAGLIONE: | No, I gotcha.  I, I mean, to me, I'm not trying to tell you, |
| 1042 | | you know, I'm not a detective or anything (UI) but to me, |
| 1043 | | if you got four guys, four guys that disappeared in broad |
| 1044 | | daylight, I mean, and then according to the news, one of |
| 1045 | | the girls said she spoke to him like hours later and, that |
| 1046 | | tells me that they, they played it like (UI). |
| 1047 | | |
| 1048 | INV. HAMMER: | They disappeared? |
| 1049 | | |
| 1050 | TARTAGLIONE: | Yeah, to me, they're in Colombia or something right now. |
| 1051 | | |
| 1052 | INV. HAMMER: | Yeah.  Living a good life or back in the cartel or |
| 1053 | | something like that? |
| 1054 | | |
| 1055 | TARTAGLIONE: | I just, I just, to me, how do you make four, at that diner, |
| 1056 | | or whatever, it's just (UI).  How do you get four guys, |
| 1057 | | against their will, in a van or in something? |
| 1058 | | |
| 1059 | INV. HAMMER: | Yeah. |
| 1060 | | |
| 1061 | TARTAGLIONE: | You know? |
| 1062 | | |

| | | |
|---|---|---|
| 1063 | INV. HAMMER: | And they (UI) about the diner or anything else in that |
| 1064 | | area? |
| 1065 | | |
| 1066 | TARTAGLIONE: | No.  I mean, everybody, like, you know, people talk (UI). |
| 1067 | | |
| 1068 | INV. HAMMER: | (UI) wonder what the rumors are, I mean (UI)? |
| 1069 | | |
| 1070 | TARTAGLIONE: | Like I said, the last rumor I heard was that two of them |
| 1071 | | were in Mexico, and I'm like, how'd you hear this, he was |
| 1072 | | like, well the guy's mother spoke to somebody else who |
| 1073 | | said he's here. |
| 1074 | | |
| 1075 | INV. HAMMER: | Yeah.  When they cut the tire out, uh, do you know if they |
| 1076 | | took a ride anywhere (UI) what they did with it?  Was like |
| 1077 | | a lot of mileage on it? (UI), you know?  'Cause if you |
| 1078 | | sold the car with 30,000 miles and it comes back with |
| 1079 | | fifty- |
| 1080 | | |
| 1081 | TARTAGLIONE: | No.  The car had, the car had like a hundred something |
| 1082 | | miles (UI). |
| 1083 | | |
| 1084 | INV. HAMMER: | So you don't know (UI). |
| 1085 | | |
| 1086 | TARTAGLIONE: | It was literally just a junker I was using to put dogs in, put |
| 1087 | | hay in it. |
| 1088 | | |
| 1089 | INV. HAMMER: | Still a Mercedes. |
| 1090 | | |
| 1091 | TARTAGLIONE: | I know, but it wasn't- |
| 1092 | | |
| 1093 | INV. HAMMER: | What year was it?  Was it old? |
| 1094 | | |
| 1095 | TARTAGLIONE: | Yeah.  It was like an 01 or 2000. |
| 1096 | | |
| 1097 | INV. HAMMER: | Have you ever been to where he lives? |
| 1098 | | |

| | | |
|---|---|---|
| 1099 | TARTAGLIONE: | Um, I don't know if this is where he lived.  I went, we |
| 1100 | | went, um, we went there, some- I don't know if it was his |
| 1101 | | house or some old man's house (UI).  I don't know if it |
| 1102 | | was his house (UI). |
| 1103 | | |
| 1104 | INV. HAMMER: | (UI) lived with somebody else or- |
| 1105 | | |
| 1106 | TARTAGLIONE: | Yeah, I don't remember. |
| 1107 | | |
| 1108 | INV. HAMMER: | Okay.  Was that- when was that? |
| 1109 | | |
| 1110 | TARTAGLIONE: | That was to pick, um, somebody's car or something, one |
| 1111 | | of the- Marcos's car, I don't know.  I don't remember, I |
| 1112 | | just remember, I didn't go inside or nothing.  I just |
| 1113 | | remember pulling up- |
| 1114 | | |
| 1115 | INV. HAMMER: | (UI) outside in the car? |
| 1116 | | |
| 1117 | TARTAGLIONE: | -dropping somebody off and going (UI). |
| 1118 | | |
| 1119 | INV. BROWNE: | So, Nick, the, the Montgomery State Police barracks is |
| 1120 | | right here. |
| 1121 | | |
| 1122 | TARTAGLIONE: | Yeah. |
| 1123 | | |
| 1124 | INV. BROWNE: | This is where, we're just gonna sit down for a few |
| 1125 | | minutes.  We'll talk about, uh- |
| 1126 | | |
| 1127 | TARTAGLIONE: | Okay. |
| 1128 | | |
| 1129 | INV. BROWNE: | - basically everything you're just telling us now.   Just, I |
| 1130 | | know, you guys are huge back there, so I know you're |
| 1131 | | probably tight.   I know Brian's tight back there, so it'll |
| 1132 | | be a lot more comfortable once we get inside and sit down |
| 1133 | | for a little bit.  We'll go from there. |
| 1134 | | |

| | |
|---|---|
| 1135 TARTAGLIONE: | Just try to, don't, please don't put my name in the paper, |
| 1136 | that I'm tied to these guys. |
| 1137 | |
| 1138 INV. BROWNE: | No.  All this stuff will stay inside.  It's where we keep all |
| 1139 | the stuff, you know. |
| 1140 | |
| 1141 INV. BROWNE: | Yeah, we're not looking to, you know- |
| 1142 | |
| 1143 TARTAGLIONE: | Or that I hired illegal, like, you know what I mean, I don't |
| 1144 | want any politically incorrect that I'm hiring, I'm taking |
| 1145 | advantage of Mexicans.  I pay them good. |
| 1146 | |
| 1147 INV. HAMMER: | What's his name from, uh, the New York City Police |
| 1148 | Department, they had a commissioner, that got put out |
| 1149 | because of that. |
| 1150 | |
| 1151 TARTAGLIONE: | Yeah, it's (UI). |
| 1152 | |
| 1153 INV. HAMMER: | (UI) all over the news.  You know, it's the same thing, |
| 1154 | it's- |
| 1155 | |
| 1156 INV. BROWNE: | Well, Bernie Kerik. |
| 1157 | |
| 1158 TARTAGLIONE: | Well, I'm no commissioner. |
| 1159 | |
| 1160 INV. HAMMER: | Bernie, uh, Bernie, right, Bernie Miller. |
| 1161 | |
| 1162 INV. BROWNE: | Bernie Kerik, Kerik. |
| 1163 | |
| 1164 TARTAGLIONE: | Kerik, yeah. |
| 1165 | |
| 1166 INV. HAMMER: | Yeah, that's it. |
| 1167 | |
| 1168 INV. BROWNE: | You know, Brian, let me just run in real quick just to see |
| 1169 | if, uh, the room's available. |
| 1170 | |
| 1171 INV. HAMMER: | Yeah. |

| | | |
|---|---|---|
| 1172 | | |
| 1173 | INV. BROWNE: | I'll be right back out. |
| 1174 | | |
| 1175 | INV. HAMMER: | Yeah, we're good. |
| 1176 | | |
| 1177 | INV. BROWNE: | It's, ah, 11:23 a.m.  Just arrived at S.P. Montgomery. |
| 1178 | | Walking into the barracks, look for a, uh, interview room. |
| 1179 | | |
| 1180 | [25:15] | |
| 1181 | | |
| 1182 | [CONVERSATION INSIDE BARRACKS. TARTAGLIONE NOT PRESENT] | |
| 1183 | | |
| 1184 | [29:07] | |
| 1185 | | |
| 1186 | TARTAGLIONE: | (UI) |
| 1187 | | |
| 1188 | INV. HAMMER: | Oh, really? They just wanted to get rid of it (UI) |
| 1189 | | |
| 1190 | TARTAGLIONE: | Just wanted to get rid- |
| 1191 | | |
| 1192 | INV. HAMMER: | Didn't want to feed them anymore |
| 1193 | | |
| 1194 | TARTAGLIONE: | Right, exactly (UI) out of here. |
| 1195 | | |
| 1196 | INV. BROWNE: | They have a room. |
| 1197 | | |
| 1198 | INV. HAMMER: | We're good? |
| 1199 | | |
| 1200 | INV. BROWNE: | Yeah. |
| 1201 | | |
| 1202 | INV. HAMMER: | (UI) keep those together. |
| 1203 | | |
| 1204 | INV. BROWNE: | And that belongs to- |
| 1205 | | |
| 1206 | TARTAGLIONE: | Well, it's my property, but I give it to them to use. |
| 1207 | | |

| | | |
|---|---|---|
| 1208 | INV. BROWNE: | Oh, to use, okay, so all right.  You're the owner of the |
| 1209 | | (UI). |
| 1210 | | |
| 1211 | TARTAGLIONE: | Yes, |
| 1212 | | |
| 1213 | INV. BROWNE: | Has he contacted you by any of those phones in the past |
| 1214 | | or recently (UI)? |
| 1215 | | |
| 1216 | TARTAGLIONE: | No, never.  Well, on the black, that phone- |
| 1217 | | |
| 1218 | INV. BROWNE: | (UI) |
| 1219 | | |
| 1220 | TARTAGLIONE: | -probably.  Yeah, I'm sure that's- 'cause I've had that |
| 1221 | | number a long time. |
| 1222 | | |
| 1223 | INV. BROWNE: | [KNOCKS ON DOOR] It's fucking cold.  Damn. |
| 1224 | | |
| 1225 | [BACKGROUND NOISE] | |
| 1226 | | |
| 1227 | TARTAGLIONE: | Which? |
| 1228 | | |
| 1229 | INV. BROWNE: | Yea, the one with the light on. |
| 1230 | | |
| 1231 | [30:20] | |
| 1232 | | |
| 1233 | [CONVERSATION OUTSIDE OF INTERVIEW ROOM. TARTAGLIONE | |
| 1234 | NOT PRESENT] | |
| 1235 | | |
| 1236 | [35:00] | |
| 1237 | | |
| 1238 | INV. BROWNE: | You want any water or anything or- |
| 1239 | | |
| 1240 | TARTAGLIONE: | No. |
| 1241 | | |
| 1242 | INV. HAMMER: | All right, um, I think we already got your name (UI) date |
| 1243 | | of birth here.  You just moved to this place here, for the |
| 1244 | | address and all that or- |

| 1245 | | |
|---|---|---|
| 1246 | TARTAGLIONE: | Yeah.  (UI) |
| 1247 | | |
| 1248 | INV. HAMMER: | Yeah, what is the (UI)? |
| 1249 | | |
| 1250 | TARTAGLIONE: | One-oh-three, Long, L-O-N-G, Lane.  And it's, um, |
| 1251 | | Bloomingburg. |
| 1252 | | |
| 1253 | INV. HAMMER: | Bloomingburg? |
| 1254 | | |
| 1255 | TARTAGLIONE: | Yeah. |
| 1256 | | |
| 1257 | INV. BROWNE: | What town is that? |
| 1258 | | |
| 1259 | TARTAGLIONE: | Crawford. |
| 1260 | | |
| 1261 | INV. BROWNE: | Town of Crawford.  And it's Nicholas? |
| 1262 | | |
| 1263 | TARTAGLIONE: | Yeah. |
| 1264 | | |
| 1265 | INV. BROWNE: | N-I-C-H-O-L-A-S? |
| 1266 | | |
| 1267 | TARTAGLIONE: | Yep. Tartaglione, T-A-R - |
| 1268 | | |
| 1269 | INV. BROWNE: | Do you have a middle name or- |
| 1270 | | |
| 1271 | TARTAGLIONE: | I don't use it. |
| 1272 | | |
| 1273 | INV. BROWNE: | Okay. |
| 1274 | | |
| 1275 | TARTAGLIONE: | J. |
| 1276 | | |
| 1277 | INV. BROWNE: | J. |
| 1278 | | |
| 1279 | TARTAGLIONE: | J, initial. |
| 1280 | | |
| 1281 | INV. BROWNE: | T-A-R - |

1282

1283     TARTAGLIONE:     T-A-G-L-I-O-N-E.

1284

1285     INV. BROWNE:     And it's the number for you.

1286

1287     TARTAGLIONE:     Uh, 914 -

1288

1289     INV. BROWNE:     Yep.

1290

1291     TARTAGLIONE:     - - 355 - -

1292

1293     INV. BROWNE:     Um-hmm.

1294

1295     TARTAGLIONE:     - - 1332.

1296

1297     INV. BROWNE:     1332, that's a cell?

1298

1299     TARTAGLIONE:     Yeah.

1300

1301     INV. BROWNE:     House phone or anything?

1302

1303     TARTAGLIONE:     I don't have a house -

1304

1305     INV. BROWNE:     You just have one cell phone?

1306

1307     INV. HAMMER:     What's that other cell, the one you loaned to (UI)?

1308

1309     TARTAGLIONE:     I don't know the number.

1310

1311     INV. HAMMER:     Did anyone call you?

1312

1313     TARTAGLIONE:     I don't know the number.  I'd have to look at it to,  I'd
1314                                 have to look at my phone to-

1315

1316     INV. HAMMER:     Oh, to see that number, 'cause you don't, you just give it
1317                                  to them (UI) that kind of thing?

1318

| | | |
|---|---|---|
| 1319 | TARTAGLIONE: | Yeah. |
| 1320 | | |
| 1321 | INV. HAMMER: | Okay. |
| 1322 | | |
| 1323 | INV. HAMMER: | Like we said, we want to pick your brain about, uh, these |
| 1324 | | guys, contacts, who they may have gone with, you know, |
| 1325 | | what their habits were, stuff like that, uh- |
| 1326 | | |
| 1327 | TARTAGLIONE: | I really don't know much more than what I told you. |
| 1328 | | |
| 1329 | INV. HAMMER: | Well, I mean, the little bit that we talked about already is |
| 1330 | | definitely, uh, yeah, definitely helpful, uh, as far as the |
| 1331 | | vehicle and (UI) to the fact that they cut a tire which |
| 1332 | | means they may be involved in drugs and stuff like that, |
| 1333 | | so we do wanna go through that.  Uh, um, so before we |
| 1334 | | get into that stuff there, uh, uh, you've done this before |
| 1335 | | many times.  We have to do it to cover ourselves and |
| 1336 | | cover everybody else. |
| 1337 | | |
| 1338 | TARTAGLIONE: | Well, for now, I'm not gonna ask for a lawyer but- |
| 1339 | | |
| 1340 | INV. HAMMER: | Yeah.  No, that's fine and then- |
| 1341 | | |
| 1342 | TARTAGLIONE: | I mean, I don't know what these Mexicans are saying |
| 1343 | | about me – you're trying to look at me. |
| 1344 | | |
| 1345 | INV. HAMMER: | We're not accusing you.  Like I said, we're just trying to |
| 1346 | | find a direction to go with (UI). |
| 1347 | | |
| 1348 | TARTAGLIONE: | Okay. |
| 1349 | | |
| 1350 | INV. HAMMER: | So I'm gonna read it to you.  Uh, you probably know- you |
| 1351 | | could probably recite it to me, you know.  Uh, you know, |
| 1352 | | uh, so we gotta go through that and then we'll, we'll go |
| 1353 | | back to, you know, uh, what their habits were, uh, who |
| 1354 | | they hung around with, have you ever see anybody else in |
| 1355 | | the car with them, that kinda stuff, so we'll, um- |

| 1356 | | |
|---|---|---|
| 1357 | TARTAGLIONE: | I really haven't.  Um, I can tell you now, like- |
| 1358 | | |
| 1359 | INV. BROWNE: | Okay. |
| 1360 | | |
| 1361 | INV. HAMMER: | Yeah, I read the (UI) |
| 1362 | | |
| 1363 | INV. BROWNE: | Well, piece by piece.  Let me go through this and then |
| 1364 | | we'll go through it.  So, uh, you have the right to remain |
| 1365 | | silent.  Anything you say can and will be used against you |
| 1366 | | in a court of law.  You have the right to talk to a lawyer |
| 1367 | | and have him present with you while you're being |
| 1368 | | questioned.  If you cannot afford to hire an attorney, one |
| 1369 | | will be appointed to represent you free of charge before |
| 1370 | | any questions if you wish.  You may decide at any time to |
| 1371 | | exercise these rights and not answer any questions or |
| 1372 | | make any statements. You understand these rights as I've |
| 1373 | | explained to you? |
| 1374 | | |
| 1375 | TARTAGLIONE: | Yes. |
| 1376 | | |
| 1377 | INV. HAMMER: | Having these rights in mind, do you wish to talk to us |
| 1378 | | now? |
| 1379 | | |
| 1380 | TARTAGLIONE: | Yes. |
| 1381 | | |
| 1382 | [00:37:40] | |
| 1383 | | |
| 1384 | ********** | |
| 1385 | | |
| 1386 | [END OF RECORDING] | |