# BARKETEPSTEIN

BARKET EPSTEIN & KEARON, LLP

666 OLD COUNTRY ROAD, SUITE 700
GARDEN CITY, NEW YORK 11530
516.745.1500 • (F) 516.745.1245
WWW.BARKETEPSTEIN.COM

350 FIFTH AVENUE, SUITE 6400
NEW YORK, NEW YORK 10118
212.972.1710
ALL MAIL TO GARDEN CITY ADDRESS

September 26, 2018

Hon. Kenneth M. Karas
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

     Re: *United States v. Nicholas Tartaglione*
       **16 Cr. 832 (KMK)**

Dear Honorable Karas:

Our reply memorandums to the Government's opposition to our motion to suppress historical cell site evidence and our motion to suppress statements made by Mr. Tartaglione are due on October 11, 2019. We are requesting a two-week continuance to October 25, 2019 to file our reply. Ms. Leisenring, who drafted the motion to suppress the statements and assisted in the historical cell site motion, is currently on trial in Suffolk County Court and does not expect to be finished until approximately October 16, 2019.

  Thank you for your consideration.

                Respectfully submitted,

                /s/Bruce A. Barket
                Bruce A. Barket
                Aida F. Leisenring

cc via EFC: all counsel

*Granted.*
*So Ordered*

9/26/19