```
                                    chat-7.txt
Start Time: 12/18/2016 07:22 PM(UTC-5)
Last Activity: 12/19/2016 10:52 AM(UTC-5)
Participants: +19143551332 , +18456453095 v
From: From: +18456453095 v
Timestamp: 12/18/2016 07:22 PM(UTC-5)
Source App: iMessage: +19143551332
Body:
Eta? So I know what order to tend to animals.
------------------------------
From: From: +19143551332
Timestamp: 12/18/2016 07:23 PM(UTC-5)
Source App: iMessage: +19143551332
Body:
45
------------------------------
From: From: +18456453095 v
Timestamp: 12/18/2016 07:23 PM(UTC-5)
Source App: iMessage: +19143551332
Body:
K
------------------------------
From: From: +18456453095 v
Timestamp: 12/18/2016 07:25 PM(UTC-5)
Source App: iMessage: +19143551332
Body:
If you come in house while I'm outside, on the stove is dog food, not human food.
------------------------------
From: From: +18456453095 v
Timestamp: 12/19/2016 09:03 AM(UTC-5)
Source App: iMessage: +19143551332
Body:
Any word?
------------------------------
From: From: +19143551332
Timestamp: 12/19/2016 09:04 AM(UTC-5)
Source App: iMessage: +19143551332
Body:
No answer.   I would start feeding
------------------------------
From: From: +19143551332
Timestamp: 12/19/2016 09:05 AM(UTC-5)
Source App: iMessage: +19143551332
Body:
Called several times.  He's most likely getting locked up   Do we know where this
was ?  Anything ? So I can have someone find him
------------------------------
From: From: +18456453095 v
Timestamp: 12/19/2016 09:08 AM(UTC-5)
Source App: iMessage: +19143551332
Body:
No just that he was pulled over by trooper. I'm not 100% sure but I think he takes
17 to the diner exit and then comes down from 17 to 17k to here. I don't know where
he was tho cuz he arrives at random hours daily. So I can't gage where he would have
been
------------------------------
From: From: +19143551332
Timestamp: 12/19/2016 09:30 AM(UTC-5)
Source App: iMessage: +19143551332
Body:
Come here when u can
------------------------------
From: From: +18456453095 v
Timestamp: 12/19/2016 10:51 AM(UTC-5)
                                    Page 1
```

```
                                            chat-7.txt
Source App: iMessage: +19143551332
Body:
3 troopers came out too
------------------------------
From: From: +18456453095 V
Timestamp: 12/19/2016 10:52 AM(UTC-5)
Source App: iMessage: +19143551332
Body:
Am out front
------------------------------
From: From: +19143551332
Timestamp: 12/19/2016 10:52 AM(UTC-5)
Source App: iMessage: +19143551332
Body:
Ok
------------------------------
From: From: +18456453095 V
Timestamp: 12/19/2016 10:52 AM(UTC-5)
Source App: iMessage: +19143551332
Body:
Lock up beanie
------------------------------
From: From: +18456453095 V
Timestamp: 12/19/2016 10:52 AM(UTC-5)
Source App: iMessage: +19143551332
Body:
And a volks came out
------------------------------
```