

BARKET EPSTEIN KEARON ALDEA & LoTURCO, LLP

666 OLD COUNTRY ROAD, SUITE 700
GARDEN CITY, NEW YORK 11530
516.745.1500 • [F] 516.745.1245
WWW.BARKETEPSTEIN.COM

ADDITIONAL OFFICES:
EMPIRE STATE BUILDING, NY, NEW YORK
HUNTINGTON, NEW YORK
ALL MAIL TO GARDEN CITY ADDRESS

*Ex Parte Communication*

November 12, 2019

**via FACSIMILE (914) 390-4152**
Hon. Kenneth M. Karas
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

        Re:    *United States v. Nicholas Tartaglione*
                   16 Cr. 832 (KMK)

Your Honor:

        ███████ I agree that the defense is not prepared to submit a proposed scheduling order and thus join in the application for more time to submit the proposal, ████████████████

████████████████████████████████████████████████████ I do not think the schedule proposed by Mr. Bachrach is unreasonable. Although I have explored different options, I do not have a proposed alternate schedule. ████████████████
████████████████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████████████████████████

██████████████████████████████████████████████████████
████████████████████████

I take no position on whether this or Mr. Ricco's letter should be sealed and filed ex parte.

Respectfully submitted,

/s/ Bruce A. Barket
Bruce A. Barket

cc:   *via electronic mail*
      (all co-counsel)