

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*United States Courthouse*
*300 Quarropas Street*
*White Plains, New York 10601*

December 19, 2019

**BY ECF**

The Honorable Kenneth M. Karas
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

      Re:    *United States v. Nicholas Tartaglione*, S4 16 Cr. 832 (KMK)

Dear Judge Karas:

      The Government respectfully submits this letter to update the Court regarding the defense's request for certain video footage from inside the Metropolitan Correctional Center ("MCC") on July 22 – July 23, 2019 (the "Video").  Earlier today, the Government confirmed with MCC staff that the Video was preserved by MCC staff upon defense counsel's request in July 2019, and the Government is in the process of obtaining a copy of the Video from the MCC.  Once the Government obtains a copy of the Video, the Government intends to make it available for defense counsel's review at the United States Attorney's Office.

      Respectfully submitted,

      GEOFFREY S. BERMAN
      United States Attorney

By:    _____/s/_____
      Maurene Comey & Jason Swergold
      Assistant United States Attorneys

Cc:    Counsel of record (by ECF)