

666 OLD COUNTRY ROAD, SUITE 700
GARDEN CITY, NEW YORK 11530
516.745.1500 • [F] 516.745.1245
WWW.BARKETEPSTEIN.COM

ADDITIONAL OFFICES:
EMPIRE STATE BUILDING, NY, NEW YORK
HUNTINGTON, NEW YORK
ALL MAIL TO GARDEN CITY ADDRESS

January 9, 2020

**via ECF**
The Honorable Kenneth M. Karas
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

           Re:    *United States v. Nicholas Tartaglione*
                   16 Cr. 832 (KMK)

Dear Judge Karas:

      I have reviewed the Court's Order of January 8, 2020 directing that only counsel of record for Mr. Tartaglione may review the report prepared by *Curcio* Counsel. I am respectfully asking that I be permitted to share the report with ethics counsel, Michael Ross, Esq., and that I be permitted to review the *Curcio* report with Mr. Tartaglione.

                                                      Respectfully,

                                                      /s/
                                                  Bruce Barket

cc:     all counsel