LAW OFFICE OF
# MICHAEL K. BACHRACH
224 WEST 30TH STREET, SUITE 302
NEW YORK, N.Y. 10001

---

TEL. (212) 929-0592 · FAX. (866) 328-1630



MICHAEL K. BACHRACH *
\* admitted in N.Y., MN and D.C.

http://www.mbachlaw.com
michael@mbachlaw.com

January 16, 2020

**By ECF**

The Honorable Kenneth M. Karas
United States District Court Judge
Southern District of New York
300 Quarropas Street
White Plains, NY 10601-4150

       *Re: United States v. Nicholas Tartaglione,*
       *16 Cr. 832 (S-4) (KMK)*

Dear Judge Karas:

  I represent the defendant, Nicholas Tartaglione, in the above-referenced matter. I write to advise the Court that my office has moved. My new address is 224 West 30th Street, Suite 302, New York, NY 10001. All other contact information remains the same.

          Respectfully submitted,

          Michael K. Bachrach
          *Learned Counsel for Nicholas Tartaglione*

cc:  All parties of record (by ECF)

*The Clerk is to docket the change in Mr. Bachrach's address.*

SO ORDERED
KENNETH M. KARAS U.S.D.J.
1/17/20