MEMO ENDORSED

# BARKETEPSTEIN
### BARKET EPSTEIN KEARON ALDEA & LOTURCO, LLP

666 OLD COUNTRY ROAD, SUITE 700
GARDEN CITY, NEW YORK 11530
516.745.1500 • [F] 516.745.1245
WWW.BARKETEPSTEIN.COM

ADDITIONAL OFFICES:
EMPIRE STATE BUILDING, NY, NEW YORK
HUNTINGTON, NEW YORK
ALL MAIL TO GARDEN CITY ADDRESS

February 14, 2020

**via ECF**
Hon. Kenneth M. Karas
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

Re:   *United States v. Nicholas Tartaglione*
      **16 Cr. 832 (KMK)**

Dear Judge Karas:

I write to request that our letter/motion for a hearing on the failure of the BOP-MCC/Government to preserve surveillance video of the area outside of Mr. Tartaglione's and Jeffrey Epstein's cell from July 23, 2019 be held in abeyance until after the *Curcio* process and the other issues regarding counsel are resolved.

As the Court knows, the motion was held pending negotiations between the defense and the Government to agree to a set of stipulated facts of the events from July 23rd. For reasons related to the roster of counsel the defense is unable to participate in those negotiations at this time.

The Government has consented to this application

Respectfully submitted,

/s/ Bruce A. Barket
Bruce A. Barket

cc:   *via ECF*
      (all counsel)

Granted.
So Ordered.
KMK
2/24/20