

**MEMO ENDORSED**

U.S. Department of Justice

United States Attorney
Southern District of New York

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

March 18, 2020

**By ECF**

The Honorable Kenneth M. Karas
United States District Judge
Southern District of New York
Charles L. Brieant, Jr. United States Courthouse
300 Quarropas Street
White Plains, New York 10601

Re: *United States v. Nicholas Tartaglione*, 16 CR 832 (KMK)

Dear Judge Karas:

The Government submits this letter together with the defendant to request respectfully a brief extension from March 18, 2020 through March 27, 2020 of the time period in which the Government shall make available to the defendant for examination the contraband cellphone discussed on the record when the parties were last before the Court on March 4, 2020. At that time, neither the Government nor counsel for the defendant anticipated the declaration of a national emergency arising from unprecedented public health conditions, which have led to the closure of the U.S. Attorney's Office to business involving members of the public and also frustrated the ability of the Government to bring together the evidence and appropriate personnel. At present, the Government anticipates that it will be able to resolve these issues and permit the examination to proceed in short order.

Respectfully submitted,

GEOFFREY S. BERMAN
United States Attorney

By: *Thomas John Wright*
Thomas John Wright
Assistant United States Attorney
Southern District of New York
(212) 637-2295

Granted.
So Ordered.
*KMK*
3/19/20

cc: All Counsel (by ECF)