UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

United States of America,                                     16-cr-00832 (KMK)

                -against-                                       CALENDAR NOTICE

Nicholas Tartaglione,

                Defendant(s).
-------------------------------------------------------X

The conference scheduled before Judge Karas for Thursday, April 30, 2020 has been cancelled at the request of the parties. The Court will hold a Curcio Hearing on Friday, May 29, 2020 at 10:00 a.m. before the Honorable Kenneth M. Karas, United States District Judge, in Courtroom 521, U. S. District Court, 300 Quarropas Street, White Plains, New York 10601.

Any scheduling difficulties must be brought to the attention of the Court in writing, at least ten business days beforehand.

Dated: April **27**, 2020
White Plains, New York

So Ordered

Kenneth M. Karas, U.S.D.J