

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

May 4, 2020

**By ECF**

The Honorable Kenneth M. Karas
United States District Judge
Southern District of New York
Charles L. Brieant, Jr. United States Courthouse
300 Quarropas Street
White Plains, New York 10601

      Re: *United States v. Nicholas Tartaglione*, 16 CR 832 (KMK)

Dear Judge Karas:

      The Government submits this letter to update the Court on the conclusion of the privilege review of the data forensically extracted from the contraband cellphone and the contraband cellphone's SIM card, which were seized from the defendant by the Bureau of Prisons. Consistent with his expectation, on May 1, 2020, counsel to the defendant, Bruce Barket, Esq., conveyed to the Government that his privilege review of this data was concluded and that he would not assert any privilege on behalf of his client regarding the contraband cellphone. Thereafter, the Government received confirmation from learned counsel to the defendant, Michael Bachrach, Esq., that learned counsel similarly would not assert any privilege on behalf of their client regarding the contraband cellphone. Accordingly, the Government considers the privilege review concluded and will proceed to release the contraband cellphone and its contents to those personnel from the Government assigned to the prosecution of the above-captioned case tomorrow, May 5, 2020 after 12:00 PM.

      Respectfully submitted,

      GEOFFREY S. BERMAN
      United States Attorney

By: *Thomas John Wright*
      Thomas John Wright
      Assistant United States Attorney
      Southern District of New York
      (212) 637-2295

cc:    All Counsel (by ECF)