UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

-against-

Nicholas Tartaglione,

Defendant.

16-CR-832

CALENDAR NOTICE

KENNETH M. KARAS, United States District Judge:

The Court will hold a status conference on Thursday, May 21, 2020 at 10:30 a.m., to discuss scheduling and procedural matters. The conference will be held by teleconference. To access the teleconference, please use the following information:

Meeting Dial-In Number (USA toll-free): (888) 363-4749   Access Code: 7702195

Please enter the conference as a guest by pressing the pound sign (#).

SO ORDERED.

Dated: May 20, 2020
       White Plains, New York

_____
KENNETH M. KARAS
United States District Judge