UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

NICHOLAS TARTAGLIONE,

Defendant.

Case No. 16-CR-832 (KMK)

ORDER

KENNETH M. KARAS, United States District Judge:

The Court will conduct a sealed proceeding on July 29, 2020 in the captioned case.

As the proceeding relates to sensitive, internal matters related to Defendant's

representation, the proceeding will take place ex parte and under seal, with the participation of

the Government's firewall counsel.

SO ORDERED.

DATED:     July 27, 2020
           White Plains, New York

KENNETH M. KARAS
UNITED STATES DISTRICT JUDGE