UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - X
                                           :
UNITED STATES OF AMERICA                   :
                                           :
    - v. -                                 :     ORDER
                                           :
NICHOLAS TARTAGLIONE,                      :     S4 16 Cr. 832 (KMK)
                                           :
            Defendant.                     :
                                           :
- - - - - - - - - - - - - - - - - - - - - X

      Upon the application of the United States of America, by and through Audrey Strauss, Acting United States Attorney, Margery B. Feinzig and Ilan T. Graff, of counsel, and with the consent of the defendant, by and through his counsel, it is ORDERED that the time between July 29, 2020 and August 25, 2020 is hereby excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), in the interests of justice.

The Court finds that the ends of justice served by excluding time outweigh the interests of the public and the defendant in a speedy trial because it will allow a hearing pursuant to *United States v. Curcio,* which commenced on July 29, 2020, to be completed.

SO ORDERED.

_____
THE HONORABLE KENNETH M. KARAS
UNITED STATES DISTRICT JUDGE

Dated:  White Plains, New York
        July 29, 2020