UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

v.

NICHOLAS TARTAGLIONE,

               Defendant.

Case No. 16-CR-832 (KMK)

ORDER

---

KENNETH M. KARAS, United States District Judge:

The Court will conduct a sealed proceeding on August 25, 2020 in the captioned case.

As the proceeding relates to sensitive, internal matters related to Defendant's representation, the proceeding will take place under seal, with the participation of the Government's firewall counsel.

SO ORDERED.

DATED:    August 17, 2020
               White Plains, New York

                                                KENNETH M. KARAS
                                                UNITED STATES DISTRICT JUDGE