

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*United States Courthouse*
*300 Quarropas Street*
*White Plains, New York 10601*

August 28, 2020

**BY ECF**

The Honorable Kenneth M. Karas
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

      Re:    *United States v. Nicholas Tartaglione*, S4 16 Cr. 832 (KMK)

Dear Judge Karas:

      The Government respectfully submits this letter to request permission to file its response to the above-referenced defendant's August 28, 2020 letter motion (the "Letter Motion") by September 11, 2020. The Letter Motion references a number of issues that have been discussed by the parties and addressed by the Court over the duration of this case. In order to ensure the accuracy of its response to the Letter Motion, the Government intends to review the correspondence and transcripts regarding those issues and to consult with both the Bureau of Prisons and the United States Marshals Service. The Government anticipates it will be able to complete that process and submit its response to the Letter Motion within two weeks. Accordingly, the Government respectfully requests that the Court permit the Government to file its response to the Letter Motion by September 11, 2020.

      Respectfully submitted,

      AUDREY STRAUSS
      Acting United States Attorney

By:    /s/
      Maurene Comey & Jason Swergold
      Assistant United States Attorneys

cc:    All counsel of record (by ECF)