UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>NICHOLAS TARTAGLIONE,<br><br>                     Defendant. | Case No. 16-CR-832 (KMK)<br><br>ORDER |

KENNETH M. KARAS, United States District Judge:

    The Court will conduct a sealed proceeding on September 11, 2020 in the captioned case.

    As the proceeding relates to sensitive, internal matters related to Defendant's representation, the proceeding will take place under seal, with the participation of the Government's firewall counsel.

SO ORDERED.

DATED:    September 3, 2020
                 White Plains, New York

_____
KENNETH M. KARAS
UNITED STATES DISTRICT JUDGE