UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

v.

NICHOLAS TARTAGLIONE,

                Defendant.

Case No. 16-CR-832 (KMK)

<u>ORDER</u>

---

KENNETH M. KARAS, United States District Judge:

    The sealed proceeding in the captioned case, currently scheduled for October 28, 2020, is canceled in light of pending submissions by the Parties.

    The proceeding will be rescheduled for December 1, 2020 at 10:00 a.m.

SO ORDERED.

DATED:    October 19, 2020
                 White Plains, New York

                                            KENNETH M. KARAS
                                            UNITED STATES DISTRICT JUDGE