UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

v.

NICHOLAS TARTAGLIONE,

           Defendant.

Case No. 16-CR-832 (KMK)

ORDER

---

KENNETH M. KARAS, United States District Judge:

The proceeding in the captioned case, currently scheduled for December 1, 2020, will be rescheduled for December 15, 2020, at 10:00 a.m.

As the proceeding relates to sensitive, internal matters related to Defendant's representation, the proceeding will take place under seal, with the participation of the Government's firewall counsel.

SO ORDERED.

DATED:    November 17, 2020
                White Plains, New York

                                            KENNETH M. KARAS
                                            UNITED STATES DISTRICT JUDGE