UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

NICHOLAS TARTAGLIONE,

Defendant.

Case No. 16-CR-832 (KMK)

ORDER

KENNETH M. KARAS, United States District Judge:

The teleconference notice docketed on January 8, 2021, (*see* Dkt. No. 251), was issued in error. The Parties should disregard this notice.

SO ORDERED.

DATED:    January 11, 2021
         White Plains, New York

KENNETH M. KARAS
UNITED STATES DISTRICT JUDGE