UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>NICHOLAS TARTAGLIONE,<br>              Defendant. | Case No. 16-CR-832 (KMK)<br><br>ORDER |

KENNETH M. KARAS, United States District Judge:

The Court will conduct a sealed proceeding on February 22, 2021 in the captioned case.

As the proceeding relates to sensitive, internal matters related to Defendant's representation, the proceeding will take place under seal, with the participation of the Government's firewall counsel.

SO ORDERED.

DATED:    February 17, 2021
              White Plains, New York

_____
KENNETH M. KARAS
UNITED STATES DISTRICT JUDGE