

**U.S. Department of Justice**

MEMO ENDORSED *United States Attorney*
*Southern District of New York*

*United States Courthouse*
*300 Quarropas Street*
*White Plains, New York 10601*

February 16, 2021

**BY ECF**
The Honorable Kenneth M. Karas
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

**Re:**     *United States v. Nicholas Tartaglione*, **S4 16 Cr. 832 (KMK)**

Dear Judge Karas:

Please be advised that I am leaving the United States Attorney's Office for other employment. Accordingly, please remove me as counsel of record in the above-captioned case.

Thank you very much for the Court's consideration.

So Ordered.

2/18/21

Respectfully submitted,

AUDREY STRAUSS
United States Attorney

By:          /s/
Lauren Schorr Potter
Assistant United States Attorney

cc:     All counsel of record (by ECF)