UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>NICHOLAS TARTAGLIONE,<br><br>       Defendant. | Case No. 16-CR-832 (KMK)<br><br>ORDER |

KENNETH M. KARAS, United States District Judge:

  The Court will conduct a sealed proceeding on May 19, 2021 in the captioned case.

  As the proceeding relates to sensitive, internal matters related to Defendant's representation, the proceeding will take place under seal, with the participation of the Government's firewall counsel.

SO ORDERED.

DATED:  May 17, 2021
      White Plains, New York

                       KENNETH M. KARAS
                       UNITED STATES DISTRICT JUDGE