UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

NICHOLAS TARTAGLIONE,

Defendant.

Case No. 16-CR-832 (KMK)

ORDER

KENNETH M. KARAS, United States District Judge:

The Court has conducted a sealed, multi-day hearing to examine whether retained counsel, or any attorney associated with retained counsel's law firm, possesses a conflict of interest that requires his or her disqualification as counsel in this case. Based upon the record during those sealed proceedings, the Court has found that: (1) attorney John Weider, who had been acting as one of Defendant's retained lawyers in this case, possesses an actual, unwaivable conflict of interest and must be disqualified, (*see* March 1, 2021 Order (filed under seal)); (2) Mr. Weider's conflict of interest should not be imputed to Bruce Barket or any members of his law firm, (*see id.*); and (3) to the extent potential conflicts exist for Mr. Barket or any other members of his law firm, those conflicts are potential, waivable conflicts. After a thorough, multi-day colloquy, the Court finds that Defendant has knowingly and voluntarily waived said conflicts, and the Court therefore accepts his waiver.

SO ORDERED.

DATED:    May 25, 2021
          White Plains, New York

KENNETH M. KARAS
UNITED STATES DISTRICT JUDGE