# Federal Defenders
## OF NEW YORK, INC.

52 Duane Street - 10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David Patton
*Executive Director and*
*Attorney-in-Chief*

June 17, 2021

**VIA EMAIL**

Honorable Kenneth M. Karas
United States District Court
Southern District of New York
300 Quarropas St.
White Plains, NY 10601

MEMO ENDORSED

Re:     **United States v. Tartaglione**
        **16 Cr. 832 (KMK)**

Dear Judge Karas:

I write to offer my recommendation to the Court for learned counsel to replace Anthony Ricco who was recently relieved in the above-captioned case.

I recommend the appointment of William Easton of the firm Easton, Thompson, Kasperek and Shiffrin based in Rochester, New York. Mr. Easton has served as learned counsel in numerous federal capital cases in the Western, Northern, and Southern Districts of New York. Before entering private practice, he was a supervising attorney in the New York State Capital Defender Office covering upstate New York. I have spoken with Mr. Easton, and he is available for the assignment.

As the Court is aware, Mr. Easton is not a member of the SDNY CJA Panel. Because of the large number of conflicts, there were no available local attorneys qualified for this assignment. Fortunately, Mr. Easton is a highly qualified capital attorney who has experience serving as learned counsel in the SDNY.

Please do not hesitate to contact me with any questions or concerns.

Best regards,

*David Patton*

David E. Patton
Executive Director
Tel.: (212) 417-8738

Mr. Easton is appointed as learned counsel
pursuant to the Criminal Justice Act.

SO ORDERED

KENNETH M. KARAS U.S.D.J.

June 21, 2021