UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

NICHOLAS TARTAGLIONE,

Defendant.

Case No. 16-CR-832 (KMK)

ORDER

KENNETH M. KARAS, United States District Judge:

Please take notice that the above captioned action has been scheduled for a status

conference before the Honorable Kenneth M. Karas, United States District Judge, on Tuesday,

June 29, 2021 at 3:00 P.M in Courtroom 218.

SO ORDERED.

DATED:      June 28, 2021
            White Plains, New York

_____
KENNETH M. KARAS
UNITED STATES DISTRICT JUDGE