UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 16-CR-832 (KMK) |
| v. | ORDER |
| NICHOLAS TARTAGLIONE, | |
| Defendant. | |

KENNETH M. KARAS, United States District Judge:

    Please take notice that the above captioned action has been scheduled for a status conference before the Honorable Kenneth M. Karas, United States District Judge, on Wednesday, September 22, 2021 at 11:00 A.M.

SO ORDERED.

DATED:    August 2, 2021
                White Plains, New York

                                                        KENNETH M. KARAS
                                                        UNITED STATES DISTRICT JUDGE