```
IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK

-------------------------------x
                                :
UNITED STATES OF AMERICA,       :
                                :
        v.                      :   No. 7:16-CR-832
                                :
NICHOLAS TARTAGLIONE,           :
                                :
        Defendant.              :   (Judge Karas)
                                :
-------------------------------x
```

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Edward J. Rymsza, hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Nicholas Tartaglione in the above-captioned matter.

I am in good standing of the bar of the Commonwealth of Pennsylvania and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred, or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated:    August 2, 2021

                          MIELE & RYMSZA, P.C.

                   By:  <u>s/ Edward J. Rymsza</u>
                       Edward J. Rymsza
                       Pa. I.D. No. 82911
                       125 East Third Street
                       Williamsport, PA  17701
                       (570) 322-2113
                       (570) 322-8813 (facsimile)
                       rymsza@comcast.net