IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK

```
-------------------------------x
                                :
UNITED STATES OF AMERICA,       :
                                :
           v.                   :   No. 7:16-CR-832
                                :
NICHOLAS TARTAGLIONE,           :
                                :
           Defendant.           :   (Judge Karas)
                                :
-------------------------------x
```

## ORDER FOR ADMISSION PRO HAC VICE

The motion of Edward J. Rymsza, for admission to practice Pro Hac Vice in the above-captioned action is granted.

Applicant has declared that he is a member of good standing of the bar of the Commonwealth of Pennsylvania; and that his contact information is as follows:

| | |
|---|---|
| Applicant Name: | Edward J. Rymsza, Esq. |
| Firm Name: | Miele & Rymsza, P.C. |
| Address: | 125 East Third Street |
| City/State/Zip: | Williamsport, PA 17701 |
| Telephone: | 570-322-2113 |
| Fax: | 570-322-8813 |

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Nicholas Tartaglione in the above-entitled action;

IT IS HEREBY ORDERED that Applicant is admitted to practice Pro Hac Vice in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: 8/5/2021

BY THE COURT:

Kenneth M. Karas
United States District Judge