

# BARKET EPSTEIN
BARKET EPSTEIN KEARON ALDEA & LoTURCO, LLP

666 OLD COUNTRY ROAD, SUITE 700
GARDEN CITY, NEW YORK 11530
516.745.1500 • [F] 516.745.1245
WWW.BARKETEPSTEIN.COM

ADDITIONAL OFFICES:
EMPIRE STATE BUILDING, NY, NEW YORK
HUNTINGTON, NEW YORK
ALL MAIL TO GARDEN CITY ADDRESS

August 6, 2021

The Honorable Kenneth M. Karas
United States District Court Judge
United States District Court for
the Southern District of New York
300 Quarropas Street
White Plains, New York 10601

**MEMO ENDORSED**

Re: *United States v. Tartaglione*;
No. 7:16-cr-00832 (KMK).

Dear Judge Karas:

I am writing in an abundance of caution to ask for an order permitting newly appointed Learned Counsel, Edward J. Rymzsa, to view the Curcio Report and the filings related to it. The Court's Original order limited the disclosure to "Counsel of Record" which at that time obviously did not include Mr. Rymzsa. I have copied Mr. Rymzsa, the Government's firewall counsel and Curcio Counsel. As the Court's original order was not under seal, I am not asking that this letter be filed under seal.

**Granted.**

SO ORDERED

KENNETH M. KARAS U.S.D.J.

**August 6, 2021**

Respectfully submitted,

/s/Bruce Barket, Esq.
Bruce Barket, Esq.
Aida Leisenring, Esq.
Attorneys for Nicholas Tartaglione

CC via ECF:

Edward J. Rymzsa, Esq.
AUSAs Margery B. Feinzig/Ilan T. Graff (Firewall Counsel)
Curcio Counsel