# BARKET EPSTEIN
BARKET EPSTEIN KEARON ALDEA & LoTURCO, LLP

666 OLD COUNTRY ROAD, SUITE 700
GARDEN CITY, NEW YORK 11530
516.745.1500 • (F) 516.745.1245
WWW.BARKETEPSTEIN.COM

ADDITIONAL OFFICES:
EMPIRE STATE BUILDING, NY, NEW YORK
HUNTINGTON, NEW YORK
ALL MAIL TO GARDEN CITY ADDRESS

August 27, 2021

*Via ECF*
The Honorable Kenneth M. Karas
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

**MEMO ENDORSED**

Re: *United States v. Nicholas Tartaglione*
16 Cr. 832 (KMK)

Dear Judge Karas,

I write in an abundance of caution to request that the Curcio report and related materials be disclosed to the two new lawyers, Karl Schwartz, and Arielle Egan, appointed at the request of Learned Counsel, EJ Rymsza. I have copied all defense counsel, Firewall counsel and Curcio counsel. The original order permitting disclosure was limited to counsel of record and obviously Mr. Schwartz and Ms. Egan were not counsel at that time.

Thank you for your consideration.

Respectfully,

/s/ Bruce A. Barket
Bruce A. Barket
Aida F. Leisenring, Esq.

cc:  *via electronic mail*
Edward J. Rymsza, Esq.
Karl Schwartz, Esq.
Arielle Egan, Esq.
Bobbi C. Sternheim, Esq., Curcio Counsel
AUSAs Margery B. Feinzig/Ilan T. Graff (firewall counsel)

**Granted.**

SO ORDERED
KENNETH M. KARAS U.S.D.J.

**August 27, 2021**