

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*United States Courthouse*
*300 Quarropas Street*
*White Plains, New York 10601*

February 28, 2022

**BY ECF**

The Honorable Kenneth M. Karas
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

      Re:    *United States v. Nicholas Tartaglione*, S4 16 Cr. 832 (KMK)

Dear Judge Karas:

      On behalf of both parties, the Government respectfully submits the attached proposed order authorizing defendant Nicholas Tartaglione to have access to a dedicated laptop within the Metropolitan Detention Center to facilitate his review of discovery materials.

      The parties reserve the right to seek further relief or modification of the order in the future, or to oppose any such further relief or modification.

      Respectfully submitted,

      DAMIAN WILLIAMS
      United States Attorney

By:    /s/
      Maurene Comey
      Jason Swergold
      Jacob R. Fiddelman
      Assistant United States Attorneys
      (212) 637-2324
      (914) 993-1963
      (212) 637-1024

cc:    All counsel of record