UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------X

United States of America,                           16-cr-00832 (KMK)

          -against-                              CALENDAR NOTICE

Nicholas Tartaglione,

          Defendant(s).
-------------------------------------------------X

The Court will hold an Evidentiary Hearing on Tuesday, May 24, 2022 at 10:00 a.m. before the Honorable Kenneth M. Karas, United States District Judge, in Courtroom 521, U. S. District Court, 300 Quarropas Street, White Plains, New York 10601.

Dated: April 5, 2022
      White Plains, New York

So Ordered

Kenneth M. Karas, U.S.D.J