UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>   v.<br><br>NICHOLAS TARTAGLIONE,<br>                        Defendant. | No. 16-CR-832 (KMK)<br><br>ORDER |

KENNETH M. KARAS, District Judge:

      The Court is unavailable, due to other professional obligations, to conduct the hearing as ordinarily scheduled on May 24, 2022. In its efforts to reschedule the hearing, the Court has been met by a flurry of purported conflicts. The Court cannot accommodate the schedules of the numerous lawyers involved in this case. The Court therefore requests the availability of the lawyers who are actually going to conduct the hearing, for the last week of May, and the first two weeks of June of this year.

SO ORDERED.

DATED:    May 17, 2022
               White Plains, New York

_____
KENNETH M. KARAS
UNITED STATES DISTRICT JUDGE