**MIELE & RYMSZA, P.C.**
ATTORNEYS AT LAW
125 EAST THIRD STREET
WILLIAMSPORT, PENNSYLVANIA 17701

TELEPHONE: (570) 322-2113
FACSIMILE: (570) 322-8813
WWW.MIELERYMSZA.COM

MEMO ENDORSED

July 1, 2022

**BY ECF**

The Honorable Kenneth M. Karas
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

Re: <u>United States v. Tartaglione</u>, No.7:16-CR-832

Dear Judge Karas:

As you know, the Court has previously approved a Scheduling Order in this authorized capital case. (Doc. 292). Currently, defense motions to strike the death penalty (both per-se and applied) are due on July 8, 2022. It has become apparent that additional time is required for the defense to thoroughly prepare these important motions. The Government has been contacted and concurs in this request and change in the Scheduling Order.

To that end, we are requesting a short 14-day extension to submit these capital motions and are requesting that the current Scheduling Order be adjusted slightly to reflect the following changes:

- July 22, 2022 – Defense motions to strike the death penalty ("Capital Motions");
- August 26, 2022 – Government Opposition to Capital Motions;
- September 9, 2022 – Defense Reply to Capital Motions

Thank you for your consideration.

Granted.
So Ordered.
*[signature]*
7/1/22

Respectfully,

s/Edward J. Rymsza
Edward J. Rymsza

EJR/ejr