

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*United States Courthouse*
*300 Quarropas Street*
*White Plains, New York 10601*

July 20, 2017

**BY EMAIL**

Counsel for Nicholas Tartaglione

    **Re:**    *United States* **v.** *Nicholas Tartaglione*, **S3 16 Cr. 832 (KMK)**

Dear Counsel:

    We write to provide you with additional information concerning the Government's theory of its case against your client, Nicholas Tartaglione.  At this time, subject to our continuing investigation and based on the evidence presently available to the Government, the Government believes that Mr. Tartaglione was not present when Urbano Santiago, Miguel Luna, and Hector Gutierrez were shot and killed.  That said, as charged in the pending indictment, and as discussed at our meeting on May 15, 2017, the Government intends to prove at trial that Mr. Tartaglione is responsible for the deaths of those individuals, as well as the death of Martin Luna.

        Very truly yours,

        JOON H. KIM
        Acting United States Attorney

By: /s/ Maurene Comey_____
        Maurene Comey & Michael Gerber
        Assistant United States Attorneys
        (914) 993-1933 / (212) 637-2470