**OLIVER W. LOEWY**
Attorney-at-Law
1022 SE 30th Avenue
Portland, Oregon  97214
oliverwloewy@gmail.com
208.283.5381

September 2, 2022

<u>Via ECF</u>

The Honorable Kenneth M. Karas
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY  10601

**MEMO ENDORSED**

Re: *United States v. Tartaglione*, No. 7:16-CR-832

Dear Judge Karas:

I write to seek a one-week extension for the defense Reply to the Government's August 26, 2022, Opposition (Dkt. 352) to the motions to strike the death penalty (Dkts. 329-331).  The requested extension would move the due date from next Friday, September 9, 2022, to September 16, 2022.  *See* Dkt. 325.  The Government has indicated that it has no objection to our request.  The additional time is needed because the motions are lengthy and the issues complex.  Additionally, an important member of the defense team is attending to some unexpected and unavoidable developments in another case which require his attention through September 8.

Thank you for your consideration.

Respectfully,

*s/Oliver W. Loewy*

Oliver W. Loewy

Granted.

SO ORDERED
/s/ Kenneth M. Karas
KENNETH M. KARAS U.S.D.J.

September 2, 2022