**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------x

UNITED STATES OF AMERICA

    -against-

Nicholas Tartaglione

-------------------------------------x

RECEIVED SEP /1 2022
CHAMBERS OF
LAURA TAYLOR SWAIN
CHIEF JUDGE, U.S.D.C.

**ORDER**

7:16-CR-832
_____
Docket #

    Brought before this Court is an application for the appointment of counsel pursuant to the Criminal Justice Act. Upon the request of the undersigned attorney and the consent of the defendant, and

    According to Section VII(D) of the Southern District of New York's Revised Plan for Furnishing Representation pursuant to the Criminal Justice Act (CJA Plan), the Court having found that there is good cause which renders it in the interests of justice to appoint an attorney not employed by the Federal Defenders of New York, Inc. or a member of the Criminal Justice Act Panel to represent the defendant,

    IT IS HEREBY ORDERED that Oliver W. Loewy is appointed to represent the defendant. This appointment shall constitute a temporary appointment to the CJA Panel for the purposes of this case only. The attorney is hereby directed to contact the CJA Clerk, (212) 805-0640, regarding billing practices.

_____
Attorney's Signature

Oliver W. Loewy
Print Attorney's Name

1022 SE 30th Avenue
Address

Portland, Oregon 97214

208-283-5381
Telephone

_____
Defendant's Signature

SO ORDERED
_____
Presiding Judge

_____
Laura Taylor Swain
Chief Judge

5/27/22
DATED

9/6/2022
DATED