

October 20, 2022

<u>via ECF</u>
The Honorable Kenneth M. Karas
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

           Re:    *United States v. Nicholas Tartaglione*
                   **16 Cr. 832 (KMK)**

Dear Judge Karas:

     I am writing to request that Marc Bookman be given full access to the sealed Curcio material, including the initial report, all letters, memos, transcripts from the court proceedings and any other related documents. Mr. Bookman is the new "resource counsel" replacing Tanya Greene who left the resource counsel. As the Court is aware the Curcio proceeding relates to the penalty phase. As such, it is necessary for Mr. Bookman to have access to the material to be able to advise the defense team. Thank you for your consideration.

Granted.
So Ordered.

10/21/22

Respectfully,

    /s/ Bruce A. Barket
Bruce A. Barket, Esq.

Cc via ECF:

AUSA Maurene Comey
All defense counsel