MEMO ENDORSED



666 OLD COUNTRY ROAD, SUITE 700
GARDEN CITY, NEW YORK 11530
516.745.1500 • [F] 516.745.1245
WWW.BARKETEPSTEIN.COM

350 FIFTH AVENUE, SUITE 6400
NEW YORK, NEW YORK 10118
212.972.1710
ALL MAIL TO GARDEN CITY ADDRESS

November 30, 2022

Hon. Kenneth M. Karas
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

      Re:    *United States v. Nicholas Tartaglione*
                  16 Cr. 832 (KMK)

Dear Honorable Karas:

      We write, with the consent of the Government, to request the Court's permission to revise our agreed upon Proposed Scheduling Order with respect to Motions *in limine* and to separate the motions *in limine* relating to liability and penalty from one another. The combined motions are currently due on January 2, 2023. We propose the following deadlines with the same time frame originally agreed upon for Oppositions and Replies:

    Liability Phase Trial:
    Motions *in limine* for Liability Trial: January 13, 2023
    Oppositions to Motions *in limine*: January 27, 2023
    Replies to Motions *in limine*: February 3, 2023

    Penalty Phase Trial:
    Motions *in limine* for Penalty Trial: January 23, 2023
    Oppositions to Motions *in limine*: February 6, 2023
    Replies to Motions *in limine*: February 13, 2023

The request for more time is necessary as we will be receiving 3500 materials just prior to the holidays that will likely contain information relevant to such motions. Thank you for your time and consideration.

Granted.
So Ordered.

12/1/22

Respectfully submitted,

\_\_\_\_/s/Bruce Barket_____
Bruce A. Barket
Aida F. Leisenring

cc via ECF to:

AUSA Maurene Comey
AUSA Jason Swergold
AUSA Jacob Fiddleman

All counsel for Nicholas Tartaglione