

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*50 Main Street, Suite 1100*
*White Plains, New York 10606*

December 12, 2022

**BY ECF**

The Honorable Kenneth M. Karas
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

    Re: *United States v. Nicholas Tartaglione*, S4 16 Cr. 832 (KMK)

Dear Judge Karas:

    The Government respectfully submits this letter to propose a briefing schedule for the Government's *Daubert* motions. At the last status conference, the Court gave the defense until December 22, 2022 to give final and complete expert notice. Accordingly, the Government proposes that its *Daubert* motions be filed on the same schedule as guilt-phase motions *in limine*: motions due on January 13, 2023; opposition due on January 27, 2023; and reply due on February 3, 2023. The defense consents to this request.

Granted.

SO ORDERED.

12/12/2022

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

by: _____
Maurene Comey/ Jason Swergold/ Jacob R. Fiddelman
Assistant United States Attorneys
(212) 637-2324 / (914) 993-1963 / (212) 637-1024

cc:    All counsel of record