IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------x
                                                   :
UNITED STATES OF AMERICA,                          :
                                                   :
        v.                                         :   No. 7:16-CR-832(KMK)
                                                   :
NICHOLAS TARTAGLIONE,                              :
                                                   :
        Defendant.                                 :
                                                   :
---------------------------------------------------x

**Order**

On this __16th__ day of December, 2022, the *Motion to Withdraw as Counsel,* filed by Attorney Karl Schwartz is GRANTED.

By The Court;

[signature]

_____
District Court Judge

4