IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------x
:
UNITED STATES OF AMERICA,         :
:
v.                                :   No. 7:16-CR-832(KMK)
:
NICHOLAS TARTAGLIONE,             :
:
Defendant.                    :
:
---------------------------------------------------------x

**Order**

On this __22__ day of December, 2022, the *Motion to Withdraw as Counsel,* filed by Attorney Arielle Egan is GRANTED.

By The Court:

_____
District Court Judge
12/22/2022

4