U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*50 Main Street, Suite 1100*
*White Plains, New York 10606*

January 27, 2023

**BY ECF**

The Honorable Kenneth M. Karas
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

**MEMO ENDORSED**

Re:   *United States v. Nicholas Tartaglione*, S4 16 Cr. 832 (KMK)

Dear Judge Karas:

The Government respectfully submits this letter to request a small adjustment to the ongoing briefing schedule regarding motions *in limine*. Due to the press of other obligations, the Government respectfully requests a brief extension from today until Monday, January 30, 2023 for both sides to file their opposition briefs, with a corresponding extension from February 3 to February 6 for the parties to file their reply briefs. Defense counsel consents to this request.

We thank the Court for its consideration of this request.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

by: _____
Maurene Comey
Jason Swergold
Jacob R. Fiddelman
Assistant United States Attorneys
(212) 637-2324 / (914) 993-1963 / (212) 637-1024

cc:   All counsel of record

Granted.

SO ORDERED.

1/27/2023