MEMO ENDORSED

# BARKETEPSTEIN
### BARKET EPSTEIN & KEARON, LLP

666 OLD COUNTRY ROAD, SUITE 700
GARDEN CITY, NEW YORK 11530
516.745.1500 • [F] 516.745.1245
WWW.BARKETEPSTEIN.COM

350 FIFTH AVENUE, SUITE 6400
NEW YORK, NEW YORK 10118
212.972.1710
ALL MAIL TO GARDEN CITY ADDRESS

February 7, 2023

Hon. Kenneth M. Karas
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

Re: *United States v. Nicholas Tartaglione*
**16 Cr. 832 (KMK)**

Dear Honorable Karas:

We filed our *Reply to Opposition to Defendant's Motions In Limine* under Docket No. 413. We are requesting that our *reply* papers (Dkt. No. 413) be removed from the docket and that the Court grant us permission to file a redacted copy, pursuant to the government's request, today.

Thank you for your consideration.

Granted.
So Ordered.
2/7/23

Respectfully submitted,

/s/Bruce Barket
Bruce A. Barket
Aida F. Leisenring

/s/Oliver Loewy
Oliver Loewy
Edward J. Rymsza

cc via ECF:
AUSA Maurene Comey
AUSA Jason Swergold
AUSA Jason Fiddelman