UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>NICHOLAS TARTAGLIONE,<br><br>Defendant. | No. 16-CR-832 (KMK)<br><br>ORDER |

KENNETH M. KARAS, United States District Judge:

As previously scheduled, the Court will hold a hearing on February 14, 2023 at 10:30 AM in Courtroom 521 of the Hon. Charles L. Breiant Jr. United States Courthouse, 300 Quarropas St., White Plains, NY 10601.

The Court expects the Parties will be prepared to argue Defendant's *Daubert* Motion, the Government's remaining request to preclude Defendant's expert witness for insufficient notice, and the Motions In Limine.

SO ORDERED.

Dated: February 8, 2023
       White Plains, New York

_____
KENNETH M. KARAS
United States District Judge