# (CRIMINAL) MEMORANDUM TO DOCKET CLERK

This form shall be returned to the docketing section, upon completion of a Hearing or Trial, or on the last day of the Calendar Month, when the action is continued to the following month. Should the Hearing or Trial continue for two or more weeks, this form should be submitted on a weekly basis.

BEFORE: **JUDGE KARAS**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

USA                                                                                      Docket No. 16 CR 00832 (KMK)

    -against-

Nicholas Tartaglione,

                                  Defendant(s)
-----------------------------------------------------------X

## Select the type of Hearing or Trial.

[ ] Allocution Hearing
[ ] Appearance Through Counsel
[ ] Appearance Without Counsel
[ ] Arraignment
[ ] Attorney Appointment Hearing
[ ] Bench Trial
[ ] Bond Forfeiture Hearing
[ ] Bond Hearing
[ ] Bond Revocation Hearing
[ ] Change of Plea Hearing
[ ] Competency Hearing
[ ] Contempt Hearing
[ ] Curcio Hearing
[ ] Detention Hearing
[ ] Discovery Hearing
[ ] Dispositional Hearing (Juvenile)

[ ] Evidentiary Hearing
[ ] Extradition Hearing
[ ] Fatico Hearing
[ ] Forfeiture Hearing
[ ] Franks Hearing
[ ] Hearing Out of Jury Presence
[ ] Hearing re Pro Se Status
[ ] In Camera Hearing
[ ] In Chambers Conference
[ ] Initial Appearance
[ ] Initial Appearance - Revocation Proceedings
[ ] Initial Appearance - Rule 40
[ ] James Hearing
[ ] Jury Selection
[x] Jury Trial

[ ] Material Witness Hearing
[ ] Motion Hearing
[ ] Nara Report Hearing
[ ] Nebbia Hearing
[ ] Omnibus Hearing
[ ] Oral Argument
[ ] Plea Agreement Hearing
[ ] Plea
[ ] Preliminary Examination
[ ] Preliminary Revocation Hearing
[ ] Pretrial Conference
[ ] Pre Se (Faretta) Hearing
[ ] Psychiatric Report Hearing
[ ] Remand Hearing

[ ] Removal Hearing
[ ] Revocation of Probation - Final Hearing
[ ] Violation of Supervised Release
[ ] Rule 44© Hearing
[ ] Scheduling Conference
[ ] Show Cause Hearing
[ ] Status Conference
[ ] Suppression Hearing
[ ] Telephone Conference
[ ] Trial Ready Hearing
[ ] Voir Dire
[ ] Other (Please Specify)

## Select the action.

[ ] Began    [x] Held    [ ] Continued    [ ] Completed    [ ] Scheduled for

Date 3/17/23   Time 9:30 a.m.   Duration: (Hr.) __5__ (Min.) _____

Defendant Nicholas Tartaglione present with attorneys Bruce Barket, Aida Leisenring, Edward Rymsza and Oliver Loewy. Paralegal Specialists Raquel Rodriguez and Heidi Dimercurio. AUSA Maurene Comey, AUSA Jason Swergold and AUSA Jacob Fiddelman for the Government. Paralegal, Shannon Becker and Special Agent Jessica Miller. Conference and witness testimony.

Submitted by: Dawn Bordes

The above information is required for the JS 6 report to the AO.