

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*50 Main Street, Suite 1100*
*White Plains, New York 10606*

April 6, 2023

**BY ELECTRONIC MAIL**

The Honorable Kenneth M. Karas
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

    Re:    *United States v. Jason Sullivan, a/k/a "John Doe"*, 16 Cr. 832 (KMK)

Dear Judge Karas:

    The Government respectfully submits this letter to request that sentencing be scheduled in the above-referenced case and that certain docket entries related to the above-referenced defendant be unsealed. As the Court is aware, sentencing was previously delayed in this matter, and filings related to this defendant were sealed to protect the safety of the defendant, who was cooperating in a case involving significant violence. Because the defendant has now testified publicly, the prior basis for sealing is no longer applicable. Accordingly, the Government respectfully requests that the Court unseal all minute entries, transcripts, and charging documents related to this case. In addition, the Government respectfully requests that the Court order a Presentence Investigation and schedule a sentencing date. The Government has conferred with defense counsel, Jason Ser, Esq., who consents to these requests.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By: /s/ Maurene Comey
Maurene Comey
Jason Swergold
Jacob Fiddelman
Assistant United States Attorneys
(212) 637-2324

Cc: Jason Ser, Esq. (by email)

*Handwritten endorsement:* The motion to unseal is granted. Sentence is scheduled for 9/26/23, at 10:30 am. So Ordered. KMK 4/11/23