

MEMO ENDORSED

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*50 Main Street, Suite 1100*
*White Plains, New York 10606*

April 6, 2023

## BY ELECTRONIC MAIL

The Honorable Kenneth M. Karas
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

      Re:    *United States v. Marcos Cruz*, 16 Cr. 832 (KMK)

Dear Judge Karas:

    The Government respectfully submits this letter to request that sentencing be scheduled in the above-referenced case and that certain docket entries related to the above-referenced defendant be unsealed. As the Court is aware, sentencing was previously delayed in this matter, and filings related to this defendant were sealed to protect the safety of the defendant, who was cooperating in a case involving significant violence. Because the defendant has now testified publicly, the prior basis for sealing is no longer applicable. Accordingly, the Government respectfully requests that the Court unseal all minute entries, transcripts, and charging documents related to this case. The Government has conferred with defense counsel, Domenick Porco, Esq., who consents to these requests.

*The Motion to Unseal is granted.*
*Sentence is scheduled for*
*10/3/23, at 2:00*
*So Ordered*
*4/11/23*

Respectfully Submitted,

DAMIAN WILLIAMS
United States Attorney

By:   /s/ Maurene Comey
     Maurene Comey
     Jason Swergold
     Jacob Fiddelman
     Assistant United States Attorneys
     (212) 637-2324

cc: Domenick Porco, Esq. (by e-mail)