**INGA L. PARSONS**
**CHRISTIAN URBANO***
(of Counsel)
Attorneys at Law
3 Bessom St. No. 234
Marblehead, MA  01945

Admitted to MA* NY WY
Federal Courts
U.S. Supreme Court

Tel: 781-581-2262
Fax: 888-406-9538
Cell: 781-910-1523

Inga@IngaParsonsLaw.com

Christian@IngaParsonsLaw.com

MEMO ENDORSED

May 10, 2023

Honorable Kenneth M. Karas
United States District Judge
United State District Court
300 Quarropas Street
White Plains, NY 10601

Re: *United States v. Nicholas Tartaglione*, 16-cr-832  (KMK)

Dear Judge Karas:

I will be joining Mr. Tartaglione's attorneys, as co-counsel, together with Susan Wolfe.  We have filed notices of appearance.  Because of the length of the trial (the transcripts were just obtained and there are over 3000 pages of trial transcripts alone) in addition to the voluminous documents and motions involved, it is evident that we have quite a lot of catching up to do before we can meaningfully contribute.  As a result, we are requesting a 90-day adjournment of the date to file post-trial motions, from June 1, 2023 to September 1, 2023.

At this point we are not asking for an adjournment of the October 31st sentencing date, but we might need do to so depending on the complexity of the motions and whether the Court decides that a hearing is warranted.  We have conferred with government counsel and they have no objection to the proposed extension, making their brief in opposition due on October 1, 2023

Thank you for your time and consideration, and I look forward to appearing before you.

Granted.
So Ordered.
[signature]
5/11/23

Respectfully,

/s/*Inga L. Parsons*

Inga L. Parsons

cc:  All counsel of record via ECF

New York: 5 Columbus Cir, Ste 710, New York, NY 10019; Wyoming: P.O. Box 44, Pinedale, WY 82941