

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*50 Main Street*
*White Plains, New York 10606*

June 22, 2023

**BY ECF**
The Honorable Kenneth M. Karas
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

      Re:    *United States v. Nicholas Tartaglione*, S4 16 Cr. 832 (KMK)

Dear Judge Karas:

    Please be advised that I am leaving the United States Attorney's Office for other employment. Accordingly, please remove me as counsel of record in the above-captioned case.

    Thank you very much for the Court's consideration.

                              Respectfully submitted,

                              DAMIAN WILLIAMS
                            United States Attorney

         By:      /s/
                            Jason M. Swergold
                            Assistant United States Attorney

cc:    All counsel of record (by ECF)