**Inga Parsons** <inga@ingaparsonslaw.com>  6/21/2023 4:24 PM
Re: [EXTERNAL] Nicholas Tartaglione 78514-054
**To** Papapetru, Sophia (BOP)   **Copy** Susan Wolfe, kymmie0214@yahoo.com   **Blind copy** Inga Parsons

Please advise status and if he had been moved - cannot work on his case while in the shu - thank you so much

Sent from my iPhone

> On Jun 20, 2023, at 5:43 AM, Papapetru, Sophia (BOP) <spapapetru@bop.gov> wrote:
>
> I will look into this matter.
>
> **From:** inga@ingaparsonslaw.com <inga@ingaparsonslaw.com>
> **Sent:** Monday, June 19, 2023 12:09 PM
> **To:** Papapetru, Sophia (BOP) <spapapetru@bop.gov>
> **Cc:** Susan Wolfe <scwolfe@scwolfelaw.com>; kymmie0214@yahoo.com
> **Subject:** [EXTERNAL] Nicholas Tartaglione 78514-054
>
> Dear Ms. Papetru:
>
> I am Mr. Tartaglione's federal attorney.  I write regarding an incident that occurred on Friday afternoon in Unit 71.  Mr. Tartaglione was working on the computers and another inmate plugged in a phone near him.  When the count came the facility discovered the phone.  Mr. Tartaglione did not plug in the phone nor is it Mr. Tartaglione's phone.  He advised the staff to look at the camera which showed that it was not Mr. Tartaglione and he was cleared.  Nevertheless, he has been placed in the SHU.  He is unable to work on his case in the SHU.  It is our understanding that he will be moved to another unit right away.  We are writing to advise you of the situation and to ensure that this move happens as soon as possible.
>
> Also, please ensure the preservation of the video of the incident should there be any question as to Mr. Tartaglione's non-involvement.
>
> I can be reached at 781-910-1523 and this return email.
>
> I appreciate your attention and assistance on this issue.  If you need any additional information, please let me know.
>
> Sincerely,
>
> Inga Parsons
>
> **Inga L. Parsons**
>
> **Law Offices of Inga L. Parsons**
>
> **Email:** Inga@IngaParsonsLaw.com