IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK

```
-------------------------------------------------------x
                                                       :
UNITED STATES OF AMERICA,                              :
                                                       :
     v.                                                :    No. 7:16-CR-832
                                                       :
NICHOLAS TARTAGLIONE,                                  :
                                                       :
                 Defendant.                            :    (Judge Karas)
                                                       :
-------------------------------------------------------x
```

## MOTION TO WITHDRAW AS COUNSEL

Edward J. Rymsza, CJA counsel for Nicholas Tartaglione, respectfully requests leave to withdraw as counsel in the above-captioned case and in support thereof represents:

1. The undersigned was appointed by the Court as learned counsel on July 23, 2021 pursuant to the Criminal Justice Act ("CJA").

2. On January 6, 2022, a scheduling order was entered by the Court. As part of that Order, trial was scheduled to commence on March 13, 2023.

3. December 13, 2022, the case's capital designation was deauthorized by the Department of Justice.

4. Notwithstanding the deauthorization, CJA counsel remained in the case for the then-upcoming March 2023 trial.

5. After trial, Mr. Tartaglione retained new private counsel, Inga Parsons and Susan Wolfe.

6. Given the posture of the case and new counsel's related retention, there is no longer a need for the undersigned's continued representation.

WHEREFORE, undersigned counsel respectfully requests that the Court allow him to withdraw as counsel for Mr. Tartaglione.

Dated: August 15, 2023

                              MIELE & RYMSZA, P.C.

                              By:    s/Edward J. Rymsza
                                     Edward J. Rymsza, Esq.
                                     Pa. I.D. No. 82911
                                     *Pro Hac Vice*
                                     Attorney for Defendant
                                     125 East Third Street
                                     Williamsport, PA  17701
                                     (570) 322-2113
                                     (570) 322-8813 (facsimile)
                                     Rymsza@comcast.net

## CERTIFICATE OF SERVICE

I, Edward J. Rymsza, Esq., hereby certify that on this 15th day of August 2023, I served the foregoing Motion to Withdraw on all counsel by ECF.

Dated: August 15, 2023

                              MIELE & RYMSZA, P.C.

                    By:    s/Edward J. Rymsza
                            Edward J. Rymsza, Esq.
                            Pa. I.D. # 82911
                            *Pro Hac Vice*
                            Attorney for Defendant
                            125 East Third Street
                            Williamsport, PA  17701
                            (570) 322-2113
                            (570) 322-8813 (facsimile)
                            Rymsza@comcast.net