# INGA L. PARSONS
## CHRISTIAN URBANO*
### (of Counsel)

|  |  |  |
|---|---|---|
| Admitted to MA* NY WY | Attorneys at Law | Tel: 781-581-2262 |
| Federal Courts | 3 Bessom St. No. 234 | Fax: 888-406-9538 |
| U.S. Supreme Court | Marblehead, MA  01945 | Cell: 781-910-1523 |

Inga@IngaParsonsLaw.com                                           Christian@IngaParsonsLaw.com

October 13, 2023

Honorable Kenneth M. Karas
United States District Judge
United State District Court
300 Quarropas Street
White Plains, NY 10601

**Re:**  *United States v. Nicholas* **Tartaglione** 16-cr-832 (KMK)

Dear Judge Karas:

    I write this letter to advise the Court that the government, by AUSA Maurene Comey, has no objection to our request for two more weeks to file our post-hearing motions.  I also want to explain that it was no fault of Ms. Comey or Ms. Wolfe in terms of getting a response from the government before filing the letter.

    I was on CJA duty in the SDNY yesterday and unable to file with no wifi and wanted to get the letter in before 5:00 p.m. I had expected I would be done in magistrate's court by 4:00 p.m. as my last case was ready by 3:30 p.m. However, unexpectedly there was some judicial function or swearing in and the magistrate judge did not return to court until after 6:00 p.m. and we did not get out of Court until well after 7:00 p.m.

    I asked Ms. Wolfe if she could file the letter.  Ms. Wolfe had asked for the government's position but given my request that the letter be filed before 5:00 p.m. it gave very little time for Ms. Comey to respond.  I emphasize that any delay or insufficient time for Ms. Comey to respond was my responsibility and my fault alone. Ms Wolfe was doing me a favor and accommodating my instructions.

    I would also add that this two-week continuance will be much appreciated as I just received a call this morning regarding my mother and it is possible that I will need to go back to Wyoming this weekend.

Hon. Kenneth Karas
October 13, 2023
Page 2

      Again, thank you for your time and consideration (and patience).

                                              Respectfully,

                                              s/ *Inga L. Parsons*

                                              Inga L. Parsons

Cc:  Counsel of Record