

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*50 Main Street, Suite 1100*
*White Plains, New York 10606*

December 12, 2023

**BY ECF & E-MAIL**
Honorable Kenneth M. Karas
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

      Re:    *United States v. Jason Sullivan*, 16 Cr. 832 (KMK)

Dear Judge Karas:

      The Government respectfully submits this letter in advance of the sentencing scheduled for December 14, 2023 in the above-captioned matter to provide the Court with victim impact statements the Government has received. Pursuant to the Crime Victims' Rights Act, 18 U.S.C. 3771, the Government has informed the family members of Martin Luna, Urbano Santiago, Miguel Luna, and Hector Gutierrez of their right to be heard in connection with the defendant's sentencing. In response, the Government received two written submissions, each with accompanying attachments. First, Hector Gutierrez's wife, Endelia Gayton Chávez submitted a letter along with several identification documents. The Government has obtained a certified translation of Ms. Chávez's letter, which is enclosed with the remainder of her submission. Second, Martin Luna's daughter, Clara May Luna submitted a letter along with several videos of her father showing glimpses of the parent he was to her. That submission and its attachements are also enclosed.

      The Government expects other members of the victims' families will attend sentencing in this matter and may request to address the Court orally at that time.

                                       Respectfully submitted,

                                       DAMIAN WILLIAMS
                                       United States Attorney

                        By:  _____
                                 Maurene Comey
                                 Jacob R. Fiddelman
                                 Assistant United States Attorneys
                                 (212) 637-2324

cc:    Jason Ser, Esq. (by email)
        Richard Jasper, Esq. (by email)

1