

MEMO ENDORSED

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*50 Main Street, Suite 1100*
*White Plains, New York 10606*

December 12, 2023

**BY ECF**

The Honorable Kenneth M. Karas
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

> Re:    *United States v. Nicholas Tartaglione*, S4 16 Cr. 832 (KMK)

Dear Judge Karas:

The Government respectfully submits this letter to request a two-week extension of its deadline to respond to the defendant's Rule 33 motions in the above-captioned case. As the Court is aware, the defendant's motions were only recently finalized and span 88 pages of briefing with many dozens of exhibits. The Government respectfully requests a two-week extension of time to January 4, 2024, with a corresponding extension for the defendant's reply brief to January 25, with sentencing to remain as scheduled for February 21. The defendant, through counsel, consents to this extension. We thank the Court for its consideration of this request.

Granted.

So Ordered.

12/12/23

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

by: _____
     Maurene Comey
     Jacob R. Fiddelman
     Assistant United States Attorneys
     (212) 637-2324/-1024

cc:    All counsel of record