# INGA L. PARSONS
## CHRISTIAN URBANO
(of Counsel - MA)

| | | |
|---|---|---|
| Admissions in MA NY WY<br>Federal Courts<br>U.S. Supreme Court | Attorneys at Law<br>3 Bessom St. No. 234<br>Marblehead, MA 01945 | Tel: 781-581-2262<br>Fax: 888-406-9538<br>Cell: 781-910-1523 |

Inga@IngaParsonsLaw.com                                Christian@IngaParsonsLaw.com

BY ECF FILING

Honorable Kenneth M. Karas
United States District Judge
United State District Court
300 Quarropas Street
White Plains, NY 10601

**Re:** *United States v. Nicholas Tartaglione* 16-cr-832 (KMK)

Dear Judge Karas:

Susan Wolfe and I had been struggling with how best to handle the PSI given the mandatory sentence. Moreover, our focus had been on the Rule 33, and, frankly, we did not focus on the PSI, given the mandatory sentence.

Mr. Tartaglione has maintained his innocence, and we ask to be permitted to impose a general objection to the factual/offense conduct and guidelines portions of the Report based on that factual/offense conduct. Part of our delay in getting this to the Court was the vagaries of the MDC so that we could make sure there were no other corrections to the personal history.

> Mr. Tartaglione may maintain his innocence, but any facts in the PSR that do not directly address his guilt/innocence to which no objection is lodged could be accepted by the Court and any subsequent objection could be deemed to have been waived. The Court defers to counsel as to how they want to handle this posssibility.
>
> So Ordered.
> /s/
> 12/22/23

Respectfully submitted,

/s/ *Inga L. Parsons*

_____
Inga L. Parsons
3 Bessom Street, No. 234
Marblehead, MA 01945
781-581-2262

Hon. Kenneth M. Karas  
*Us v. Tartaglione* 16-cr-832

December 21, 2023  
Page 2 of 2

## CERTIFICATE OF SERVICE

    I hereby certify that the foregoing was served on the 21st day of December 2023 upon all counsel of record by ECF/CM delivery and the USPO by email:

                                                /s/    *Inga L. Parsons*