

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*50 Main Street, Suite 1100*
*White Plains, New York 10606*

January 2, 2024

**BY ECF**

The Honorable Kenneth M. Karas
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

    Re:    *United States v. Nicholas Tartaglione*, S4 16 Cr. 832 (KMK)

Dear Judge Karas:

    Due in part to a couple of unfortunately timed COVID cases, the Government respectfully submits this letter to request a second two-week extension of its deadline to respond to the defendant's Rule 33 motions in the above-captioned case to January 18, 2024, with a corresponding extension for the defendant's reply brief to February 8. The defendant, through counsel, consents to this extension. We thank the Court for its consideration of this request.

    Respectfully submitted,

    DAMIAN WILLIAMS
    United States Attorney

by: _____
    Maurene Comey
    Jacob R. Fiddelman
    Assistant United States Attorneys
    (212) 637-2324/-1024

cc:    All counsel of record