**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

MEMO ENDORSED

50 Main Street, Suite 1100
White Plains, New York 10606

January 2, 2024

**BY ECF**

The Honorable Kenneth M. Karas
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

      **Re:**    *United States v. Nicholas Tartaglione*, S4 16 Cr. 832 (KMK)

Dear Judge Karas:

      Due in part to a couple of unfortunately timed COVID cases, the Government respectfully submits this letter to request a second two-week extension of its deadline to respond to the defendant's Rule 33 motions in the above-captioned case to January 18, 2024, with a corresponding extension for the defendant's reply brief to February 8. The defendant, through counsel, consents to this extension. We thank the Court for its consideration of this request.

Granted.

So Ordered.

*[signature]*
1/2/24

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

by: *[signature]*
Maurene Comey
Jacob R. Fiddelman
Assistant United States Attorneys
(212) 637-2324/-1024

cc:    All counsel of record