# EXHIBIT A

July 06, 2023

Honorable Kenneth M. Karas
White Plains Federal Courthouse
300 Quarropas Street
White Plains, NY 10601-4150

Dear Judge Karas,

I am writing this letter on behalf of Jason Sullivan. I have known him for my whole life. He is my older brother.

In my experience, Jason is someone who possesses several remarkable traits such as protective, kind-hearted, generous, loving, funny, helpful, and gentle is just a few.
One significant example that comes to mind is when my brother, who has always been my protector, saved my life. When I was very young, I went swimming with my family in a neighbor's pool. I wanted to show my family that I was big enough to dive under a raft. I was wrong. My mother was on this raft. I went to dive under, I panicked and got stuck under the raft. I was fighting under the raft and my mother could not get out of it. My brother Jason saw this struggle and immediately dove under and pulled me out and saved me. I don't remember much after that, except that when I came to, I looked at my brother and was crying saying, "I love you." I will forever be grateful for him, my brother.

Thank you for taking the time to read this letter. I am available to answer any questions you might have and hope this letter will make an impact on how you look at Jason.

Natalee Rae Miele