# INGA L. PARSONS
## CHRISTIAN J. URBANO*
(of Counsel)

| | Attorneys at Law | |
|---|---|---|
| Admitted to MA* NY WY | 3 Bessom St. No. 234 | Tel: 781-581-2262 |
| Federal Courts | Marblehead, MA 01945 | Fax: 888-406-9538 |
| U.S. Supreme Court | | Cell: 781-910-1523 |

Inga@IngaParsonsLaw.com                                                            Christian@IngaParsonsLaw.com

February 2, 2024

Honorable Kenneth M. Karas
United States District Judge
United State District Court
300 Quarropas Street
White Plains, NY 10601

**Re:** *United States v. Nicholas Tartaglione* 16-cr-832 (KMK)

Dear Judge Karas:

We are awaiting the government's Response to our Rule 33 Supplement. We propose that we submit one reply addressing both their Response to the Defense Rule 33 Motion and their Response to the Rule 33 Supplement due one week from receipt of the government's Response to the Rule 33 Supplement.

The government, by AUSA Maurene Comey, consents to this proposal.

Best,

/s/ *Inga L. Parsons*

Inga L. Parsons

Granted.
So Ordered.
[signature]
2/2/24

Cc: Wolfe, S.