**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*50 Main Street, Suite 1100*
*White Plains, New York 10606*

February 12, 2024

**BY ECF**

The Honorable Kenneth M. Karas
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re:   *United States v. Nicholas Tartaglione*, S4 16 Cr. 832 (KMK)

Dear Judge Karas:

The Government respectfully submits this letter regarding the sentencing date in the above-referenced matter. Defendant Nicholas Tartaglione is currently scheduled to be sentenced on Wednesday, February 21, 2024. Under the recently set briefing schedule, however, the defense motion for a new trial pursuant to Federal Rule of Criminal Procedure 33 will not be fully briefed until this Friday, February 16, 2024. To allow sufficient time for the motion to be resolved before sentencing, the Government has no objection to an adjournment of sentencing. The Government has conferred with defense counsel, who have indicated that they also have no objection to adjourning sentencing while the motion remains pending. Because members of the victims' families planned to travel to attend the sentencing, the Government respectfully requests that any new sentencing date be set as quickly as possible to allow the family members to make new travel arrangements.

Sentence is adjourned to 5/ 21 /24,
at 2:00

So Ordered.

*/s/ KMK*
2/14/24

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

by: _____
Maurene Comey
Jacob R. Fiddelman
Assistant United States Attorneys
(212) 637-2324/-1024

cc:   All counsel of record (by ECF)