**INGA L. PARSONS**
**CHRISTIAN J. URBANO\***
**(of Counsel)**
**Attorneys at Law**
**3 Bessom St. No. 234**
**Marblehead, MA  01945**

Admitted to MA* NY WY                                                     Tel: 781-581-2262
Federal Courts                                                           Fax: 888-406-9538
U.S. Supreme Court                                           Cell: 781-910-1523

Inga@IngaParsonsLaw.com                              Christian@IngaParsonsLaw.com

February 15, 2024

Honorable Kenneth M. Karas
United States District Judge
United State District Court
300 Quarropas Street
White Plains, NY 10601

    **Re:**  *United States v. Nicholas Tartaglione* 16-cr-832 (KMK)

Dear Judge Karas:

We are preparing our combined reply which is due tomorrow, Friday the 16th.  Meanwhile my father was involved in a car accident (we think he is going to be okay) but I am staying out in Wyoming until Sunday to make sure and to handle the insurance issues.  We would like to be able to submit our response on Monday as I will also have a chance to see my client in person on Monday before final submission.   No business days would be lost given Monday is a holiday.

The government, by AUSA Maurene Comey, consents to this extension.

Best,

/s/ *Inga L. Parsons*

Inga L. Parsons

Cc:  Wolfe, S.