# INGA L. PARSONS
## CHRISTIAN J. URBANO*
(of Counsel)

Admitted to MA* NY WY  
Federal Courts  
U.S. Supreme Court

Attorneys at Law  
3 Bessom St. No. 234  
Marblehead, MA 01945

Tel: 781-581-2262  
Fax: 888-406-9538  
Cell: 781-910-1523

Inga@IngaParsonsLaw.com

Christian@IngaParsonsLaw.com

February 15, 2024

Honorable Kenneth M. Karas  
United States District Judge  
United State District Court  
300 Quarropas Street  
White Plains, NY 10601

**Re:** *United States v. Nicholas Tartaglione* 16-cr-832 (KMK)

Dear Judge Karas:

We are preparing our combined reply which is due tomorrow, Friday the 16th. Meanwhile my father was involved in a car accident (we think he is going to be okay) but I am staying out in Wyoming until Sunday to make sure and to handle the insurance issues. We would like to be able to submit our response on Monday as I will also have a chance to see my client in person on Monday before final submission. No business days would be lost given Monday is a holiday.

The government, by AUSA Maurene Comey, consents to this extension.

Best,

/s/ *Inga L. Parsons*

Inga L. Parsons

Cc: Wolfe, S.

Granted. The Court wishes a speedy recovery for Ms. Parsons' father.

So Ordered  
2/15/24

Offices: 50 Congress Street Suite 600 Boston MA 02109 * 1790 Broadway Suite 710 New York NY 10019