# INGA L. PARSONS
## CHRISTIAN J. URBANO*
(of Counsel)

| | Attorneys at Law | |
|---|---|---|
| Admitted to MA* NY WY | 3 Bessom St. No. 234 | Tel: 781-581-2262 |
| Federal Courts | Marblehead, MA 01945 | Fax: 888-406-9538 |
| U.S. Supreme Court | | Cell: 781-910-1523 |

Inga@IngaParsonsLaw.com                                       Christian@IngaParsonsLaw.com

BY ECF

May 24, 2024

Honorable Kenneth M. Karas
United States District Judge
United State District Court
300 Quarropas Street
White Plains, NY 10601

**Re:** *United States v. Nicholas* **Tartaglione** 16-cr-832 (KMK)

Dear Judge Karas:

On May 22, 2024, counsel filed the Defendant's Statement in advance of the date set for sentencing and in further support of his Rule 33 Motion and request for a hearing. The video that was referred to was provided by email and also USB Fedex. The Defendant's statement was filed publicly but there were a few references that needed to be redacted. Defense counsel attempted to withdraw the document the same same day and first thing the following day and the document was temporarily sealed.

By this letter defense counsel respectfully requests that document 576 be permanently sealed. The government by AUSA Maurene Comey has no objection. Counsel is working with the AUSA on finalizing the redactions for public disclosure of the Defendant's Statement.

Counsel will submit the unredacted version to the Court via email along with the cover letter.

Respectfully,                                              Granted.

/s/ Inga L. Parsons                                       So Ordered.
                                                          5/28/24

Inga L. Parsons

Cc: AUSAs Comey, Fiddelman