

U.S. Department of Justice

*United States Attorney
Southern District of New York*

*50 Main Street, Suite 1100
White Plains, New York 10606*

June 8, 2024

**BY ECF & E-MAIL**
Honorable Kenneth M. Karas
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

  Re: *United States v. Nicholas Tartaglione*, 16 Cr. 832 (KMK)

Dear Judge Karas:

  The Government respectfully submits this letter in advance of the sentencing scheduled for June 10, 2024 in the above-captioned matter to provide the Court with victim impact materials the Government has received. Pursuant to the Crime Victims' Rights Act, 18 U.S.C. 3771, the Government has informed the family members of Martin Luna, Urbano Santiago, Miguel Luna, and Hector Gutierrez of their right to be heard in connection with the defendant's sentencing. In response, the Government received two submissions. First, the Government received a written submission from Hector Gutierrez's wife, Endelia Gayton Chávez, who submitted a letter along with several identification documents. The Government has obtained a certified translation of Ms. Chávez's letter, which is enclosed with the remainder of her submission. Second, Martin Luna's daughter, Clara May Luna submitted several videos of her father showing glimpses of the parent he was to her. Those submissions are enclosed.

  The Government expects other members of the victims' families will attend sentencing in this matter and may request to address the Court orally at that time.

              Respectfully submitted,

              DAMIAN WILLIAMS
              United States Attorney

          By: _____
             Maurene Comey
             Jacob R. Fiddelman
             Assistant United States Attorneys
             (212) 637-2324

cc: Inga Parsons, Esq. (by email)
   Susan Wolfe, Esq. (by email)