UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

v.

NICHOLAS TARTAGLIONE,

               Defendant.

No. 16-CR-832 (KMK)

ORDER

---

KENNETH M. KARAS, United States District Judge:

For the reasons stated on the record in advance of Defendant's sentencing on June 10, 2024, Defendant's Motion for a New Trial pursuant to Rule 33 of the Federal Rules of Criminal Procedure is denied.

The Clerk of Court of respectfully asked to terminate the pending Motion. (*See* Dkt. Nos. 572–73, 576, 578.)

SO ORDERED.

Dated:    June 17, 2024
           White Plains, New York

                                         KENNETH M. KARAS
                                  United States District Judge