UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

UNITED STATES OF AMERICA,

           -v-                           7:16-cr-00832-KMK

NICHOLAS TARTAGLIONE

                      Defendant.

-----------------------------------------------------------------X

## DEFENDANT'S NOTICE OF APPEAL

NOTICE IS HEREBY GIVEN that NICHOLAS TARTAGLIONE appeals to the United States Court of Appeals for the Second Circuit from the conviction, judgment, ruling on Rule 33, and sentence entered in this action on June 10, 2024.

Mr. Tartaglione was found guilty after trial and was sentenced on June 10, 2024. His offense occurred after November 1, 1987.

Mr. Tartaglione is represented by counsel but wishes to proceed *in forma pauperis* and have his appellate counsel paid under the Criminal Justice Act as he cannot afford to retain counsel for this appeal. A Motion for Leave to Appeal *in forma pauperis* is being filed herewith.

**Defense Counsel:**

    Inga L. Parsons
    Inga Parsons Law, LLC
    All Mail: 3 Bessom St., No. 234
    Marblehead, MA 01945
    781-581-2262 (o)
    888-406-9538 (f)
    781-910-1523 (c)
    Inga@IngaParsonsLaw.com

    Susan C. Wolfe
    Law Office of Susan C Wolfe
    2400 Johnson Avenue, Suite 1G
    Riverdale, New York 10463
    (917) 209-0441
    scw@scwolfelaw.com



RECEIVED JUN 13 2024 U.S.D.C. W.P.

**Prosecution Counsel:**

    Maurene Comey
    Assistant United States Attorney
    Southern District of New York
    26 Federal Plaza, 37th Floor
    New York, NY 10278
    212-637-2324
    Maurene.Comey@usdoj.gov

    Jacob R. Fiddelman
    Assistant United States Attorney
    United States Attorney's Office
    Southern District of New York
    26 Federal Plaza, 37th Floor
    New York, NY 10278
    Tel:  212-637-1024
    Cell: 646-787-5563
    Email: jacob.fiddelman@usdoj.gov

    Respectfully submitted,

    */s/ Inga L. Parsons*

    Inga L. Parsons

    */s/ Susan C. Wolfe*

    Susan C. Wolfe

I certify that the foregoing was served on the government AUSA Maurne Comey and AUSA Jacob Fiddelman by email on June 11, 2024.

    */s/ Inga L. Parsons*

**Prosecution Counsel:**

Maurene Comey
Assistant United States Attorney
Southern District of New York
26 Federal Plaza, 37th Floor
New York, NY 10278
212-637-2324
Maurene.Comey@usdoj.gov

Jacob R. Fiddelman
Assistant United States Attorney
United States Attorney's Office
Southern District of New York
26 Federal Plaza, 37th Floor
New York, NY 10278
Tel: 212-637-1024
Cell: 646-787-5563
Email: jacob.fiddelman@usdoj.gov

Respectfully submitted,

/s/ Inga L. Parsons

Inga L. Parsons

/s/ Susan C. Wolfe

Susan C. Wolfe

I certify that the foregoing was served on the government AUSA Maurne Comey and AUSA Jacob Fiddelman by email on June 11, 2024.

/s/ Inga L. Parsons