

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*50 Main Street, Suite 1100*
*White Plains, New York 10606*

May 20, 2026

**BY EMAIL**

The Honorable Kenneth M. Karas
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

  **Re:**  *United States v. Nicholas Tartaglione,* **16 Cr. 832 (KMK)**

Dear Judge Karas:

  The Government firewall counsel respectfully submit this letter to notify the Court that we do not object to the unsealing proposed by the defense.

        Respectfully submitted,

        JAY CLAYTON
        United States Attorney


     by: /s/ Margery Feinzig
       Margery Feinzig
       Karl Metzner
       Assistant United States Attorneys
       (914) 993-1903


cc: Susan Wolfe, Esq., counsel for Nicholas Tartaglione (by email)