**SUSAN C. WOLFE, ESQ.**
Law office of Susan C. Wolfe
2400 Johnson Ave, Suite 1G
Bronx, York 10463

Tel:  (917) 209-0441                                    Diane Fischer,
Email:  scwolfe@scwolfelaw.com                          of counsel

May 28, 2026

Honorable Kenneth M. Karas
United States District Judge
United State District Court
300 Quarropas Street
White Plains, NY 10601

**Re:  *United States v. Nicholas* Tartaglione** 16-cr-832 (KMK)

Dear Judge Karas:

As per the Court's Order dated May 22, 2026, attached please find a courtesy copy of a portion of the records of the *Curcio* hearing in this case, that we are filing by ECF today.  Some are redacted, some are not. The records are reflected in the index, they are separated by Exhibit letters A though F, and numbered sequentially on the top left

Thank you for your attention.

Very truly yours,

S/
Susan C. Wolfe
Inga Parsons