MEMO ENDORSED



The New York Times
Company

Al-Amyn Sumar
Legal Department

T 202 862 7705

al-amyn.sumar@nytimes.com

620 8th Avenue
New York, NY 10018
nytimes.com

May 20, 2026

**VIA EMAIL**

The Honorable Kenneth M. Karas
United States District Judge
United States Courthouse
300 Quarropas St.
White Plains, NY 10601

Re:    *United States v. Tartaglione*, 16-cr-832 – Response to Defense Counsel's
Proposed Procedure for Unsealing

Dear Judge Karas:

I write on behalf of The New York Times Company and reporters Benjamin
Weiser, Jan Ransom, and Steve Eder (together, "The Times") in response to the
May 19 letter from Mr. Tartaglione's counsel. In that letter, Mr. Tartaglione
indicates he will not meet the Court's May 20 deadline to propose redactions of
the still-sealed materials and instead "propose[s] a procedure for unsealing in
three stages, on a rolling basis." The First Amendment and common law rights of
access are contemporaneous rights, *Lugosch v. Pyramid Co.*, 435 F.3d 110, 126–
27 (2d Cir. 2006), and the Court has already extended Mr. Tartaglione's deadline
once, Dkt. No. 616. Nonetheless, in the interest of moving this process forward
and minimizing the burden on the parties, The Times respectfully proposes the
following.

The Court should prioritize the release of the Report and the court orders. These
are discrete documents, almost certainly shorter in length than the Transcripts.
Mr. Tartaglione's latest letter does not directly address these materials, and it
may be that he intends to timely submit proposed redactions of them. But in the
event he does not, The Times respectfully requests that the Court order him to do
so promptly.

As for the Transcripts, The Times acknowledges that reviewing factually
complex and voluminous materials can be a time-consuming endeavor. It
therefore does not object to Mr. Tartaglione's request to the extent that he seeks a
limited amount of additional time to review the Transcripts carefully and propose
redactions. But that review should proceed quickly to ensure that delay does not
"undermine[] the benefit of public scrutiny." *Lugosch*, 435 F.3d at 127 (cleaned
up).

MEMO ENDORSED

We thank the Court for its consideration.

Respectfully submitted,

Al-Amyn Sumar

cc:     All counsel of record (via email)

The Clerk of Court is respectfully directed to docket this letter.

So Ordered.

June 2, 2026

2