Case 7:16-cr-00832-KMK    Document 626    Filed 06/05/26    Page 1 of 3

# Police Officer With Bit Part in Epstein Jail Drama Is Convicted of Murder

Nicholas Tartaglione, a retired police officer who had shared a cell with Jeffrey Epstein, the disgraced financier, killed four men over a debt, prosecutors said.

 **By Karen Zraick**

Published April 6, 2023    Updated April 10, 2023

See more of our coverage in your search results.

Add The New York Times on Google ↗

Nearly seven years after the day that four men were lured to a bar in Chester, N.Y., and killed "gangland style," a retired police officer turned drug dealer was found guilty in their murders.

Nicholas Tartaglione, the former officer, was convicted on all counts in federal court in White Plains, N.Y., and faces life in prison.

"Mr. Tartaglione's heinous acts represent a broader betrayal, as he was a former police officer who once swore to protect the very community he devastated," Damian Williams, the U.S. attorney for the Southern District of New York, said in a statement on Thursday.

Cited in US v Tartaglione
16CR832 Decided 5/6/26
Archived on 3/15/26
This document is protected by copyright.
Further reproduction is prohibited without permission.

Case 7:16-cr-00832-KMK    Document 626    Filed 06/05/26    Page 2 of 3



Prosecutors said Nicholas
Tartaglione lured the victims to a bar
planning to collect on a debt.
Journal News — USA TODAY Network

Prosecutors said that Mr. Tartaglione, an avid bodybuilder who had retired from the Briarcliff Manor Police Department in 2008, had been running a drug ring. In 2015, he suspected that a man named Martin Luna had stolen money from him.

On April 11 of the following year, Mr. Tartaglione lured Mr. Luna to a bar in order to confront him, prosecutors said. Not knowing it was a trap, Mr. Luna brought with him his nephews Miguel Luna and Urbano Santiago and a family friend, Hector Gutierrez.

"What occurred next could only be described as pure terror," Mr. Williams said.

Prosecutors said that Mr. Tartaglione tortured Mr. Luna and forced one of his nephews to watch as he strangled him with a zip tie. He and two associates then took the other men to the woods where they shot them and buried them in a mass grave.

Mr. Tartaglione, of Otisville, N.Y., was arrested in December 2016. As the authorities continued their investigation, one of his accomplices killed himself. That man, Gerard Benderoth, who was also a retired police officer and bodybuilder,

Cited in US v Tartaglione
16CR832 Decided 5/1/26

Allowed on 4/15/2

This document is protected by copyright.
Further reproduction is prohibited without permission.

was pulled over by F.B.I. agents and local police officers in Haverstraw, N.Y., in March 2017. They were hoping to get him to cooperate in the inquiry, but he shot himself before they reached the car.

Another bodybuilder, Joseph Biggs, a school security guard from Nanuet, N.Y., was charged that June with having a role in the murders. He testified against Mr. Tartaglione, hoping for a more lenient sentence, The Journal News reported. He and Mr. Benderoth had worked for Mr. Tartaglione collecting debts from customers who bought steroids from them outside local gyms, he testified. He detailed how he, Mr. Benderoth and Mr. Tartaglione carried out the killings.

Mr. Biggs and Mr. Tartaglione were both charged with 17 counts, including murder, kidnapping, and drugs and weapons charges. Prosecutors said last year that they would not pursue the death penalty for Mr. Tartaglione, at the direction of Attorney General Merrick Garland.

A lawyer for Mr. Tartaglione, Bruce A. Barket, said that his client maintained his innocence and would appeal the verdict.

"They don't have an accurate picture of who did what," he said of the prosecutors.

After his arrest, Mr. Tartaglione shared a cell for a time with Jeffrey Epstein, the disgraced financier jailed on sex trafficking charges. Mr. Tartaglione alerted guards to a suicide attempt by Mr. Epstein in 2019, his lawyer said at the time.

After that incident, Mr. Epstein accused Mr. Tartaglione of assaulting him, a charge that Mr. Tartaglione denied. A prison official said at the time that Mr. Epstein's story appeared to be an attempt to avoid being put on suicide watch. He killed himself less than a month later.

**Karen Zraick** is a breaking news and general assignment reporter.

---

A version of this article appears in print on , Section A, Page 17 of the New York edition with the headline: Retired Police Officer Who Shared Cell With Epstein Is Found Guilty in Murder of 4

Cited in US v. Tartaglione
16CR832 Decided 5/6/26
Archived on 5/13/26
This document is protected by copyright.
Further reproduction is prohibited without permission.