# SUSAN C. WOLFE, ESQ.

Law office of Susan C. Wolfe
2400 Johnson Ave, Suite 1G
Bronx, York 10463

Tel:    (917) 209-0441                                  Diane Fischer,
Email:  scwolfe@scwolfelaw.com                          of counsel

June 12, 2026

Honorable Kenneth M. Karas
United States District Judge
United State District Court
300 Quarropas Street
White Plains, NY 10601

**Re:**  *United States v. Nicholas* **Tartaglione** 16-cr-832 (KMK)

Dear Judge Karas:

Mr. Tartaglione and the Government have reached an agreement that allows for the unsealing of the *Curcio* proceedings*,* while providing Mr. Tartaglione with certain protections against the use of the records.  The anticipated terms of the agreement have been explained to Mr. Tartaglione and he has advised counsel that he consents to them.  The agreement provides for a additional step of obtaining his personal agreement to the final Stipulation and having him "specifically direct counsel to sign the Stipulation."

We have attempted to contact Mr. Tartaglione, but there are times when conditions at the prison are such that inmates do not have access to the phone or email. Assuming one of those conditions exists currently, we respectfully request an extension of our time to submit redactions until Wednesday June 17,2026, so that we may file the final Stipulation by that date.

Thank you for your consideration.

Very truly yours,

s/

SUSAN C. WOLFE