# SUSAN C. WOLFE, ESQ.

Law office of Susan C. Wolfe
2400 Johnson Ave, Suite 1G
Bronx, York 10463

Tel:    (917) 209-0441                                             Diane Fischer,
Email:  scwolfe@scwolfelaw.com                                     of counsel

June 17, 2026

Honorable Kenneth M. Karas
United States District Judge
United State District Court
300 Quarropas Street
White Plains, NY 10601

**Re:**   *United States v. Nicholas* **Tartaglione** 16-cr-832 (KMK)

Dear Judge Karas:

As I indicated in my previous letter, Mr. Tartaglione and the Government have reached an agreement that allows for the unsealing of the *Curcio* proceedings, while providing Mr. Tartaglione with certain protections against the use of the records.  Mr. Tartaglione has had a chance to review the stipulation, approves of it and has authorized me to sign on his behalf.  The executed Stipulation is attached and submitted for the Court's approval.

Thank you for your consideration.

Very truly yours,

s/

SUSAN C. WOLFE