

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

June 18, 2026

**BY ECF**

The Honorable Kenneth M. Karas
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

> Re: *United States v. Nicholas Tartaglione*, 16 Cr. 832 (KMK)

Dear Judge Karas:

As reflected in the stipulation filed last night by counsel for defendant Nicholas Tartaglione (Dkt. 629-1), and in recognition of the presumption of public access and the strong public interest in the matters at issue, the parties have reached an agreement regarding the pending motion to unseal the *Curcio* proceedings. In short, in exchange for certain promises by the United States Attorney's Office for the Southern District of New York to limit its use of the *Curcio* records, Tartaglione has consented to unsealing the *Curcio* proceedings in their entirety and dissolving the firewall, including waiver of any applicable privileges. This agreement moots the pending motion to unseal and eliminates the need for any party or the Court to engage in any further review for redactions.

The Government therefore requests that the Court enter the attached proposed order, which directs the unsealing and public docketing of the full set of *Curcio* records and dissolves the firewall. Upon entry of the order, the parties will promptly coordinate with Your Honor's Chambers regarding the logistics of publicly docketing the unsealed records.

Respectfully submitted,

JAY CLAYTON
United States Attorney

by: _____
Jacob R. Fiddelman
Assistant United States Attorney
(212) 637-1024

CC:     Susan Wolfe, Esq. and Inga Parsons, Esq., counsel for Nicholas Tartaglione (by ECF)
        Al-Amyn Sumar, Esq., counsel for The New York Times (by email)