UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA | **ORDER** |
| v. | S4 16 Cr. 832 (KMK) |
| NICHOLAS TARTAGLIONE, | |
| Defendant. | |

KENNETH M. KARAS, United States District Judge:

In light of the stipulation between the parties, in which Defendant has consented to unsealing of the *Curcio* proceedings in the captioned case and has waived all applicable privileges over those materials, the Court hereby directs that the records of the *Curcio* proceedings be unsealed in their entirety and publicly docketed. The firewall is no longer necessary and is hereby dissolved. In light of the unsealing of all relevant records, the attorneys who have served as the Government's firewall counsel at any point are no longer subject to any prohibition on discussing the *Curcio* proceedings with other Government personnel or any other individual. Counsel is directed to file the requested materials on the docket. The Clerk of Court is respectfully directed to unseal the identified materials.

SO ORDERED.

DATED:      June 22, 2026
            White Plains, New York

_____
KENNETH M. KARAS
UNITED STATES DISTRICT JUDGE