

# BARKETEPSTEIN

### BARKET EPSTEIN & KEARON, LLP

666 Old Country Road, Suite 700
Garden City, New York 11530
516.745.1500 • [F] 516.745.1245
WWW.BARKETEPSTEIN.COM

350 Fifth Avenue, Suite 6400
New York, New York 10118
212.972.1710
All Mail to Garden City Address

*Ex Parte and Under Seal*

August 20, 2019

Hon. Kenneth M. Karas
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

Re:    ***United States v. Nicholas Tartaglione***
       **16 Cr. 832 (KMK)**

Dear Honorable Karas:

I write to supplement the letter written by co-counsel requesting a *Curcio* hearing. Contrary to learned counsel's representations, there is no actual, potential, or possible conflict caused by any of my communications with the press that would warrant assignment of *Curcio* counsel or a *Curcio* hearing.

To the contrary, the bond between Mr. Tartaglione and my firm has never been stronger and nothing has occurred, or is reasonably likely to occur, which will in any way interfere with our ability and willingness to zealously represent Mr. Tartaglione on every front where he is being attacked. From the guilt/innocence phase, to the penalty phase, to the conditions of his confinement, to the baseless allegations in the media, we have done, and will continue to do, everything within our power to protect him, in accordance with our ethical obligations.

Indeed, it is not clear from co-counsel's letter what potential conflicts exist, what specific statements or conduct has caused them, and what exactly Mr. Tartaglione would be asked to waive. While I appreciate the need to be circumspect when dealing with these issues, I do not believe that the Court should direct a *Curcio* inquiry and appoint *Curcio* counsel unless and until it has identified both a factual and legal basis establishing the existence of any possible or potential conflicts. If there are none, then no further inquiry should take place.

As learned counsel well knows, my firm and I are Mr. Tartaglione's counsel of choice, and in the context of learned counsel's letter to the Court, Mr. Tartaglione fully supports the statements I have made to the media, which I had full authority to make pursuant to Rules 1.6,

1.7, 1.8, and 3.6 of the New York Rules of Professional Conduct, as applicable to me pursuant to Rule 1.5(b)(5) of the Local Rules of the Southern and Eastern District Courts of New York.

Therefore, before appointing *Curcio* counsel, if one should be appointed at all, we are asking that any potential conflicts be specifically identified and that the factual and legal basis for them be specified so as to permit intelligent discussion and review of this issue.

We are asking that this letter be filed *ex parte* and under seal.

Thank you for your consideration.

Respectfully submitted,

Bruce A. Barket
Aida F. Leisenring

cc via email: co-counsel

08/20/2019 TUE 10:33   FAX                                                        Ø001

```
                    ********************
                    *** FAX TX REPORT ***
                    ********************

                    TRANSMISSION OK

        JOB NO.                    4087
        DEPT. ID                   9906
        DESTINATION ADDRESS        19143904152
        SUBADDRESS
        DESTINATION ID
        ST. TIME                   08/20 10:32
        TX/RX TIME                 00'40
        PGS.                       3
        RESULT                     OK
```

# TO BE FILED EX PARTE AND UNDER SEALED

## BARKET EPSTEIN KEARON ALDEA & LOTURCO, LLP

*Attorneys at Law*
666 Old Country Road
Garden City, New York 11530
(516)745-1500
Fax (516) 745-1245

### FAX TRANSMITTAL SHEET

**Facsimile No.:**     **(914) 390-4152**

**Date:**              August 20, 2019

**To:**                Honorable Kenneth M. Karas
                       District Court Judge of the Southern District of New York

**From:**              Bruce A. Barket, Esq

**Re:**                United States v. Nicholas Tartaglione
                       (16-CR-832)

**NOTE:**              **ALSO MAILED VIA FEDERAL EXPRESS**

**Pages: 3**
**(Including Cover)**

**MESSAGE:**     CC via Email to All Counsel of Record for Mr. Tartaglione.

**NOTICE:**  Pursuant to CPLR Rule 2103(b) (5) the telecopier number of this office has not yet been designated as a proper number for the service of documents or papers in this action or proceeding