Honorable Kenneth M. Karas      8-22-19

     Your Honor,

     My Name is Nicholas Tartaglione And As I'm sure The Court is aware, I am currently fighting some very serious charges in your Court. First, let me just say I'm writing this letter in a cell without the help of a dictionary or Spell Check or Any of the other aids I came to rely upon As A Police Officer when writing reports so I apologize for Any and all errors that may appear in this letter, they Are Not A reflection of my respect towards the Court.

     That being said, the purpose of this letter is to Ask that the Court please remove Anthony Ricco from my mitigation team As soon as possible. I understand Mr. Riccos has a great deal of experience and talent, however I still must Ask that he be removed or replaced as soon As possible. As Your Honor may recall, we visited this same problem about two years ago but decided to leave things As they Are At that time. I'm sorry to say that Can no longer be the Case. My reasons to remove Mr. Ricco are quite valid and at this time I respectfully Ask The Court to let me Keep those reasons

to myself.

In Closing I would like to thank Your Honor for His help in not just this matter, but for All the help The Court has been in regards to the Conditions here At M.C.C. I'm truly grateful.

Respectfully
Nicholas Tartaglione

*Nicholas Tartaglione*