HonoraBle Judge Karas                          9-6-19

Your Honor,

     I would first like to thank The Court for again taking the time out to read this letter As well As the previous letter I sent to The Court regarding Mr. Anthony Ricco. Earlier today I met with my attorney, Bruce Barket and he informed me that Your Honor received my first letter.

     The reason for this letter Your Honor is to stress to The Court that I do Not wAnt to meet with Mr. Ricco Again Nor do I want Any members of my legal team to meet with him. Im very grateful to The Court for the Concern that has been shown regarding this matter in the past, however I must respectfully request that Mr. Ricco be removed from my team As Soon As The Court cAN possibly do So.

     In closing, I again would like to express my Sincere gratitude in Your Honors concern for my well being at M.C.C., Conditions here Are Still deplorable but its Not for lack of trying.

              Respectfully
              Nicholas Tartaglione