Hon. Kenneth M. Karas                    9-12-19

Your Honor,

I'm writing this letter to Respectfully INFORM the Court that I AM Standing Firm in my decision to Fire Mr. Anthony Ricco. As the Court is AWARE I have been INCARCERATED for Almost three years now. During that entire time Mr. Ricco has met with me only three times. We have never discussed the details or the facts of my case. At the last visit which took place in August of 2019, Mr Ricco misrepresented the Reason for that visit. He later lied to other members of my legal team As to what took place At that meeting. As a Result my trust in Mr. Ricco has diminished to the point that no Signifigant progress Relating to my defense can be Acomplished. It is my belief that Mr. Ricco Remaining on my team will be highly distracting And very likely damaging in my preperation for trial.

Respectfully

Nicholas Tartaglione

Nicholas Tartaglione

CC: Bruce Barket