Judge Karas,                                    10-7-19

    Thank you for Allowing me the time to Reconsider my decision Regarding Mr. Anthony Ricco. I have given the matter a great deal of thought. My decision has not changed. I'm again asking the court to please Remove or Replace Mr. Ricco as a member of my legal team.

    I feel I owe the court another "thank you" for All your help in Regards to my Safety and well being. Being known as a police officer in here has been the most difficult time of my life. Recently however it has been tolerable and that is a great deal better than what it was. That is thanks to you.

    In closing I would like to Apologize for my becoming emotional in your court last month. Being called a killer and a drug dealer for the past 3 years caused me to trip. I meant no disrespect and it will not happen again.

Respectfully
Nicholas Tartaglione
Nicholas Tartaglione