# ANTHONY L. RICCO
*Attorney At Law*
20 VESEY STREET, SUITE 400
NEW YORK, NEW YORK 10007

TEL. (212) 791-3919  FAX. (212) 791-3940

November 7, 2019

**BY EMAIL**:  TO BE FILED EX PARTE AND UNDER SEAL

Hon. Kenneth M. Karas
United States District Court Judge
Southern District of New York
The Hon. Charles L. Brieant Jr.
Federal Building and Courthouse
300 Quarropas Street
White Plains, New York 10601-4150

> Re: ***United States v. Nicholas Tartaglione***, Docket No. 16 Cr. 832 (KMK)

Dear Judge Karas:

This letter is a sur-reply to the correspondence filed by attorney Barket earlier today.  The bottom line here is simple, the appointment of *Curcio* counsel was required as a result of attorney Barket's conduct in this case.  A *Curcio* investigation has been necessary to determine whether attorney Barket's conduct and interests have diverged with the interests of Nicholas Tartaglione. Attorney Barket's explanations for his conduct, including his desire to blame others for his decisions and actions, shall become relevant should the court deem that a *Curcio* hearing is necessary.

Learned Counsel, and all appointed counsel, have provided *Curcio* counsel with the information in our possession relevant to her investigation.  I am confident that Learned Counsel and all appointed council have not violated any provision of the New York Rules of Professional Conduct, Rule 1.6 and has employed appropriate restraint in our communications with the court in the effort to protect the rights of a capital defendant and to ensure that the capital defendant is represented by conflict free counsel.

Learned Counsel and all appointed counsel stand by all the factual representations as set forth in the letter to the court dated November 7, 2019, and have numerous Basecamp posts, emails and text messages to support those representations.   Those documents have long ago been provided to *Curcio* counsel, upon her request.

Finally, Learned Counsel and all appointed counsel are available to attest to any questions that the court may have, (and to provide to the court with all necessary supporting documentation should the court request them), to resolve any facts in dispute to determine whether the court shall either "secure a waiver under *Curcio* or disqualify defense counsel under *Levy.*"

We respectfully request that this application and the related proceedings that follow be held *ex parte* and under seal to avoid revealing information that could adversely impact the defendant and prejudice his penalty phase investigation and presentation.

Respectfully submitted,

*Anthony L Ricco*

Anthony L. Ricco, Esq.

*Bruce D. Koffsky*

Bruce D. Koffsky, Esq.

*Michael Bachrach*

Michael Bachrach, Esq.

Kenneth J. Montgomery, Esq.
John Diaz, Esq.

ALR/jh

cc:   All defense counsel (including Barket and Leisenring)

2