U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*50 Main Street, Suite 1100*
*White Plains, New York 10606*

June 23, 2026

**BY ECF**
The Honorable Kenneth M. Karas
United States District Judge
United States District Court
300 Quarropas Street
White Plains, New York 10601

Re:   *United States v. Nicholas Tartaglione*
      **S4 16 Cr. 832 (KMK)**

Dear Judge Karas:

Pursuant to the Court's June 22, 2026 Order (ECF No. 631) directing the filing and unsealing of records related to the *Curcio* proceedings in the above referenced matter, the table below contains the second group of records, attached to this letter as the following exhibits:

| Exhibit | Date | Description |
|---|---|---|
| 1 | 3-3-20 | Firewall counsel letter re potential conflicts |
| 2 | 5-22-20 | Firewall counsel letter re potential conflicts |
| 3 | 6-12-20 | Order re scope of Curcio hearing |
| 4 | 6-17-20 | Firewall counsel proposed Curcio questions |
| 5 | 7-29-20 | Transcript – Curcio Hearing |
| 6 | 8-7-20 | Firewall counsel letter re waiver |
| 7 | 9-11-20 | Transcript – Curcio Hearing |
| 8 | 10-19-20 | Curcio scheduling order |
| 9 | 10-28-20 | Firewall counsel letter re Wieder conflict |
| 10 | 3-1-21 | Curcio Order re Wieder and Barket |
| 11 | 5-19-21 | Transcript – Curcio Hearing |

Respectfully submitted,

JAY CLAYTON
United States Attorney

By: _Margery B. Feinzig_
Margery B. Feinzig
Assistant United States Attorney
(914) 993-1903

Cc:  Susan Wolfe, Esq. (By ECF)