UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

NICHOLAS TARTAGLIONE,

Defendant.

Case No. 16-CR-832 (KMK)

ORDER

Ex Parte/Under Seal

KENNETH M. KARAS, United States District Judge:

After reviewing the text messages submitted by Mr. Barket on June 3, 2020 for *in camera* review, the Court concludes that these messages are not relevant to the *Curcio* inquiry. Accordingly, the Court will not order that they be shared with any other counsel at this time.

At the *Curcio* hearing, the Court anticipates conducting a limited factual inquiry concerning Mr. Barket's statements to the press, the removal of the Note, and the possible involvement of defense counsel in the possession and use of a contraband cell phone. Thereafter, if the Court determines that such conflicts are waivable, the hearing will focus on whether Defendant understands and wishes to waive possible conflicts related to press statements, the removal of the Note, and possession and use of a contraband cell phone.

As the Court has already received proposed questions from Appointed Counsel, and as Retained Counsel has declined to submit additional inquiries, the Government's firewall counsel is respectfully directed to submit proposed questions for the planned hearing by June 19, 2020.

SO ORDERED.

DATED:    June 12, 2020
          White Plains, New York

KENNETH M. KARAS
UNITED STATES DISTRICT JUDGE