UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>NICHOLAS TARTAGLIONE,<br><br>              Defendant. | Case No. 16-CR-832 (KMK)<br><br>ORDER |

KENNETH M. KARAS, United States District Judge:

In view of the briefing schedule this Court adopted via sealed Memo Endorsement on September 25, 2020, the *Curcio* hearing scheduled for October 28, 2020 is canceled.

The Court will review and consider the Parties' submissions following Government firewall counsel's submission of its letter brief, which is due October 30, 2020.

The next *Curcio* hearing will be rescheduled for December 1, 2020 at 10:00 a.m.

SO ORDERED.

DATED:    October 19, 2020
          White Plains, New York

_____
KENNETH M. KARAS
UNITED STATES DISTRICT JUDGE