UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

v.

NICHOLAS TARTAGLIONE,

                          Defendant.

Case No. 16-CR-832 (KMK)

ORDER

Under Seal

---

KENNETH M. KARAS, United States District Judge:

For reasons stated on the record during the *Curcio* hearing on February 22, 2021, the Court found that (1) John Weider has been acting as one of Defendant's lawyers in this case, and (2) Mr. Weider suffers from an unwaivable conflict of interest and must therefore be disqualified.  The Court reserved judgment as to whether Mr. Weider's conflict should be imputed to Bruce Barket.  For reasons that will be discussed in a forthcoming Opinion, the Court has concluded that Mr. Weider's conflict should *not* be imputed to Mr. Barket or his law firm.

SO ORDERED.

DATED:      March 1, 2021
            White Plains, New York

KENNETH M. KARAS
UNITED STATES DISTRICT JUDGE