# SUSAN C. WOLFE, ESQ.

Law office of Susan C. Wolfe
2400 Johnson Ave, Suite 1G
Bronx, York 10463

Tel:     (917) 209-0441

Email:  scwolfe@scwolfelaw.com

Diane Fischer,
of counsel

June 23, 2026

**BY ECF**

The Honorable Kenneth M. Karas
United States District Judge
United States District Court
300 Quarropas Street
White Plains, New York 10601

**Re:** ***United States v. Nicholas Tartaglione,*** **S4 16 Cr. 832 (KMK)**

Dear Judge Karas:

Pursuant to Your Honor's June 22, 2026 Order (ECF No. 631) directing the unsealing and filing of records related to the *Curcio* proceedings in in this case, and consistent with the procedure adopted by the government, defense counsel is filing the following group of documents as exhibits to letters to the Court.

| A | 11-12-2019 | Ricco letter-motion to adjourn trial and scheduling order |
|---|---|---|
| B | 11-13-2019 | Barket letter to court |
| C | 11-13-2019 | Ricco response to Barkett 11-13-19 letter |
| D | 11-20-2019 | Transcript – Status conference |
| E | 1-9-2020 | Ricco letter: permission to disclose Curcio report to counsel in privity |
| F | 1-9-2020 | Barket letter: permission to share Curcio report with Ross |
| G | 1-14-2020 | Ricco re: 1-8-20 Court order |

Hon. Kenneth Karas
June 23, 2026
Page 2

| H | 1-16-2020 | Barket response to Court order re: Curcio report |
| I | 1-18-2020 | Tartaglione Letter to Ricco |
| J | 1-21-2020 | Ricco Letter to Court responding to Barket letter re Curcio report |

Respectfully submitted,

/S/

Susan C. Wolfe