# SUSAN C. WOLFE, ESQ.

Law office of Susan C. Wolfe
2400 Johnson Ave, Suite 1G
Bronx, York 10463

Tel:     (917) 209-0441                                    Diane Fischer,
Email:  scwolfe@scwolfelaw.com                             of counsel

June 26, 2026

**BY ECF**

The Honorable Kenneth M. Karas
United States District Judge
United States District Court
300 Quarropas Street
White Plains, New York 10601

**Re: *United States v. Nicholas Tartaglione,* S4 16 Cr. 832 (KMK)**

Dear Judge Karas:

Pursuant to Your Honor's June 22, 2026 Order (ECF No. 631) directing the unsealing and filing of records related to the *Curcio* proceedings in in this case, and consistent with the procedure adopted by the government, defense counsel is filing the following documents, including two from the previous group that could not be filed with the others, one because of its size and the other because it could not be identified:

| A | 1-16-2020 | Barket response to Court order re: Curcio report |
| B | 11-20-2019 | Transcript – Status conference |
| C | 1-22-2020 | Transcript – Status conference |
| D | 1-23-2020 | Ricco letter to Court re Tartaglione 1/18 letter |
| E | 1-24-2020 | Barket Letter re Tartaglione letter 1-18-20 |
| F | 1-28-2020 | Ricco letter re BOP regs |

| G | 2-3-2020 | Ricco letter re sealed filings to firewall counsel |
|---|---|---|
| H | 2-5-2020 | Barket letter re request to provide materials to firewall counsel |
| I | 2-13-2020 | Barket letter re removal of learned counsel |
| J | 2-13-2020 | Bachrach letter re §3005 and CJA guidelines – re Ricco |
| K | 3-2-2020 | Barket response to letters concerning 1-18-20 letter from MCC and third-party mailing |

Respectfully submitted,

/S/

Susan C. Wolfe