

666 OLD COUNTRY ROAD, SUITE 700
GARDEN CITY, NEW YORK 11530
516.745.1500 • [F] 516.745.1245
WWW.BARKETEPSTEIN.COM

ADDITIONAL OFFICES:
EMPIRE STATE BUILDING, NY, NEW YORK
HUNTINGTON, NEW YORK
ALL MAIL TO GARDEN CITY ADDRESS

*Ex Parte and Under Seal*

January 24, 2020

**via FACSIMILE (914) 390-4152**
Hon. Kenneth M. Karas
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

Re:    *United States v. Nicholas Tartaglione*
**16 Cr. 832 (KMK)**

Your Honor:

I write pursuant to the Court's order, dated January 23, 2020 and in response to Mr. Ricco's letter of the same date.   First, I apologize that my response to the Court's directive is late.  My office installed a new file server yesterday and we have and some difficulty receiving all our emails.

At my request, Mr. Bachrach emailed me a copy of the letter received by Mr. Ricco.  I had not seen it before and, to be clear, neither I nor Ms. Leisenring had anything to do with sending the letter. We did not even know it was written until we received the Court's Order this afternoon.  The "Mid Island" post office processing and distribution facility is in Melville, New York, about 20 miles east of our office.  I don't know if that is where it was mailed from or if all Long Island mail is processed through that facility.  I don't know how the letter, assuming it was written by Mr. Tartaglione, made its way from the MCC to a Long Island post office.

Neither I nor Ms. Leisenring have seen Mr. Tartaglione since our last court appearance. Unfortunately, other than speculation, I don't have any more information on the letter, why it was sent, how it was sent or if it was sent to the Daily News.

I join Mr. Ricco's application to have these letters filed under seal and ex parte.


Respectfully submitted,


_____/s/ Bruce A. Barket_____
Bruce A. Barket


cc:    *via electronic mail*
       (all co-counsel)