

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*50 Main Street, Suite 1100*
*White Plains, New York 10606*

June 29, 2026

**BY ECF**
The Honorable Kenneth M. Karas
United States District Judge
United States District Court
300 Quarropas Street
White Plains, New York 10601

> Re:    ***United States v. Nicholas Tartaglione***
>        **S4 16 Cr. 832 (KMK)**

Dear Judge Karas:

Pursuant to the Court's June 22, 2026 Order (ECF No. 631) directing the filing and unsealing of records related to the *Curcio* proceedings in the above referenced matter, the table below contains the following record attached to this letter as the following exhibit:

| Exhibit | Date | Description |
|---------|---------|----------------------|
| 1 | 3-29-18 | Transcript-conference |

Respectfully submitted,

JAY CLAYTON
United States Attorney

By: _Margery B. Feinzig_
Margery B. Feinzig
Assistant United States Attorney
(914) 993-1903

Cc: Susan Wolfe, Esq. (By ECF)