# SUSAN C. WOLFE, ESQ.

Law office of Susan C. Wolfe
2400 Johnson Ave, Suite 1G
Bronx, York 10463

Tel:     (917) 209-0441                                    Diane Fischer,
Email:  scwolfe@scwolfelaw.com                             of counsel

July 1, 2026

**BY ECF**

The Honorable Kenneth M. Karas
United States District Judge
United States District Court
300 Quarropas Street
White Plains, New York 10601

**Re: *United States v. Nicholas Tartaglione,* S4 16 Cr. 832 (KMK)**

Dear Judge Karas:

Pursuant to Your Honor's June 22, 2026 Order (ECF No. 631) directing the unsealing and filing of records related to the *Curcio* proceedings in in this case, and consistent with the procedure adopted by the government, defense-appellate counsel is filing the following documents as exhibits to this letter to the Court.

| A | 4-20-2020 | Appointed Counsel's Curcio Hearing Exhibit Book |
| B | 5-5-2020 | Retained Counsel Barket's Exhibit Book |

Respectfully submitted,
/S/
Susan C. Wolfe