

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*50 Main Street, Suite 1100*
*White Plains, New York 10606*

July 10, 2026

**BY ECF**
The Honorable Kenneth M. Karas
United States District Judge
United States District Court
300 Quarropas Street
White Plains, New York 10601

> **Re:**   *United States v. Nicholas Tartaglione*
> **S4 16 Cr. 832 (KMK)**

Dear Judge Karas:

On June 26, 2026, we filed a record (ECF 638-5) that was related to the *Curcio* proceedings in the above-referenced matter. It inadvertently contained red boxes marking tentative unapplied redactions that were contemplated at an earlier stage of the proceedings. We attach a copy of the same letter without the red boxes and respectfully request that the Court direct the Court Clerk to remove ECF 638-5 and replace it with the attached unmarked copy. We also respectfully request that the Court "so order" this letter.

Granted. The Clerk is respectfully
directed to remove ECF 638-5 and
replace it with the unmarked copy
attached to this letter.

So Ordered.

7/13/26

Respectfully submitted,

JAY CLAYTON
United States Attorney

By: _Margery B. Feinzig_
Margery B. Feinzig
Assistant United States Attorney
(914) 993-1903

Cc: Susan Wolfe, Esq. (By ECF)